Donald A. Green (SBN 225171)
Doan Law Firm
2850 Pio Pico Dr Ste D
Carlsbad, CA 92008
Phone: (760) 450-3333
Fax: (760) 720-6082

Attorneys for Plaintiff BROWNELL

FILED
2008 JAN -9 PM 2:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK BROWNELL,** | **CASE NUMBER:** '08 CV 0053 DMS BLM |
| **Plaintiff,** | |
| **v.** | **COMPLAINT FOR VIOLATIONS OF ERISA DISABILITY BENEFIT PLAN; BREACH OF FIDUCIARY DUTIES; INTENTIONAL INTERFERENCE WITH ERISA BENEFITS; FAILURE TO PROPERLY PAY WAGES PURSUANT TO CALIFORNIA LABOR CODE, INCLUDING WAITING TIME PENALTIES** |
| **SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,** | |
| **Defendants.** | |

**JURISDICTION AND VENUE**

1. This action is brought under the Employee's Retirement Income Security Act (hereinafter ERISA). This court has jurisdiction to hear this matter pursuant to 29 USC Section 1101 et seq. and 28 USC Section 1331.

2. Venue is proper insofar as Plaintiff was employed within this District and claim for benefits gave rise within this District. Furthermore, Defendants all do business within this District.

**PARTIES**

3. At all times relevant hereto, Plaintiff was employed by Defendant SAN DIEGO GAS & ELECTRIC COMPANY (SDG&E), predecessor in interest to SEMPRA ENERGY, INC.(SEMPRA), business entities, form unknown. As such, Plaintiff Was a beneficiary under the employee benefit plans described herein.

4. At all times relevant hereto, Defendant SDG&E was the plan sponsor and administrator of a Long Term Disability Plan for SDG&E employees, of which Plaintiff was a beneficiary, as well as other employee retirement, health and welfare benefit plans.

5. At all times relevant hereto, the Disability Plan was an employee pension benefit plan within the meaning of 29 USC Section 1002.

**FIRST CAUSE OF ACTION AGAINST DEFENDANTS SEMPRA and SDG&E FOR TERMINATION OF EMPLOYMENT TO INTERFERE WITH BENEFITS**

6. On or about July 4, 2004, Plaintiff made a claim for benefits under the SDG&E Long Term Disability (LTD) Plan, suffering severe cellulitis of his foot, which ultimately resulted in amputation of his leg.

7. Plaintiff thereafter began receiving benefits, despite various controversies regarding his benefit rates, overpayment, etc.

8. The Disability Plan provides that, for so long as a beneficiary is receiving LTD benefits, his health benefits shall

continue in full force and effect, and that any premium would be deducted from the disability benefit.

9. In contravention of this provision, and in retaliation for filing a disability claim, Defendants SDG&E and SEMPRA terminated Plaintiff from his employment, thereby depriving him of health benefits. Plaintiff was forced to participate in a COBRA plan, at additional substantial cost.

10. In addition, during such time as Plaintiff remains on disability, he is to continue receiving pension and related employment credits. Defendants terminated Plaintiff in order to prevent such crediting, having a direct financial interest in Plaintiff accumulating additional benefits. As a consequence thereof, Plaintiff has been deprived of, and continues to be deprived of, ongoing benefit credits.

11. The above alleged conduct is in violation of 29 U.S.C. 1140(g). Plaintiff has no plain, speedy and adequate remedy at law for the conduct and is entitled to injunctive relief pursuant to the remedies provided for in 29 U.S.C. Section 1132, including but not limited to, an order of reinstatement, an order to give Plaintiff all accumulated credits, and restitution as may be required to restore Plaintiff to his position before defendants' wrongful conduct.

12. Plaintiff has exhausted all available internal, contractual and administrative remedies available to her.

13. Plaintiff is furthermore entitled to all attorney's fees and costs expended in this action, as provided in 29 U.S.C. Section 1132(g).

**SECOND CAUSE OF ACTION AGAINST SEMPRA AND SDG&E FOR FAILURE TO PAY WAGES (IMPROPER DEDUCTION) AND PENALTIES**

17. On or about December 12, 2003, Plaintiff requested to be cashed out of vacation time. Pursuant to SDG&E policy, he had such a right. Such sum was to be paid in full, without deductions, excepting regular payroll deductions.

18. Of approximately $1,600, however, SDG&E took out all but approximately $40, claiming setoffs for benefit payments. This unauthorized unilateral deduction is in violation of California law.

19. Plaintiff timely filed a claim with the Labor Commission, which, for reasons unknown to him, was not timely processed by the Labor Commission. However, any statute of limitations relating to this claim was tolled by the filing of that claim.

20. Plaintiff is entitled to the entirety of his vacation wages, without deductions, as required by law.

21. Further, pursuant to Labor Code Section 201, Defendants were required to pay any sums owing to Defendant on the date of his termination. This Defendants did not do. Accordingly, pursuant to Labor Code Section 203, Plaintiff is entitled to his daily wages, in the sum of $204.31 for a period of thirty days, or a total of $6,129.20.

22. In addition, pursuant to Labor Code Section 218.5, Plaintiff is entitled to attorney's fees in this action.

WHEREFORE, PLAINTIFF PRAYS RELIEF AGAINST DEFENDANTS, AND EACH OF THEM AS FOLLOWS:

1. For a judicial order reinstating him, and vesting all past earned credits retroactively, as if he had not been terminated.
2. For restitution, in an amount according to proof.
3. For vacation wages unlawfully deducted;
4. For interest on all past due sums;
5. For attorney's fees;
6. For costs of suit incurred herein; and
7. For such other and further relief as this court deems just and proper.

DATED: 1/9/08

Donald A. Green
Attorney for Plaintiff

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 2008 JAN -9 PM 4:2_ CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

**I. (a) PLAINTIFFS**
MARK BROWNELL

**(b)** County of Residence of First Listed Plaintiff: San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
DONALD A. GREEN, DOAN LAW FIRM
2850 Pio Pico Dr., Site D, Carlsbad, CA 92008

**DEFENDANTS**
SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY

County of Residence of First Listed Defendant: San Diego, CA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'08 CV 0053 DMS BLM

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☒ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
29 U.S.C. 1002, 1140

Brief description of cause:
Complaint for violation of ERISA Disability Benefit Plan, Breach of Fiduciary Duties, Failure to Pay Wage

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE: 01/09/2008 SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 146258 AMOUNT 350, APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

1/9/08

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 146258 - SR**

**January 09, 2008**
**15:00:14**

**Civ Fil Non-Pris**
USAO #.: 08CV0053 CIV. FIL.
Judge..: DANA M SABRAW
Amount.: $350.00 CK
Check#.: BC#1179

**Total-> $350.00**

FROM: BROWNELL V. SDG&E
CIV. FIL.