**DONALD A. GREEN (SBN 225171)**
**DOAN LAW FIRM LLP**
**8355 LA MESA BLVD.**
**LA MESA, CA 91941**
**(619) 462-2711 ♦ FACSIMILE (619) 698-7540**

**ATTORNEY FOR PLAINTIFF, MARK BROWNELL**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,<br><br>Defendants. | Case No. 08cv53-DMS (BLM)<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Plaintiff, MARK BROWNELL, hereby requests the Court grant permission for him to appear telephonically at the Early Neutral Evaluation Conference scheduled for April 11, 2008 at 1:30 p.m. This request is made pursuant to the Court's March 11, 2008 *Notice and Order Setting Early Neutral Evaluation Conference* and the attached *Declaration of Mark Brownell.*

This action was initially filed on January 9, 2008 generally alleging that defendants San Diego Gas & Electric Company and/or Sempra Energy have denied Plaintiff disability benefits and owe him for unpaid wages. (*Declaration of Mark Brownell*, ¶ 2) On March 11, 2008, United States Magistrate Judge Barbara L. Major set an Early Neutral Evaluation conference to be held on April 11, 2008 at 1:30 p.m.

Mr. Brownell disabled. His left leg has been amputated and he is continuing to have medical difficulties with his right leg and is in danger of losing the right one as well. Mr. Brownell's doctors

have advised him that he may lose his right leg if he puts excessive pressure on it and have advised him that it is in his best interest not to travel at this time. (*Declaration of Mark Brownell*, ¶ 4)

Moreover, Mr. Brownell currently resides out of state in Atlanta, Texas. His personal appearance at the ENE on April 11, 2008 therefore would be burdensome and difficult. If he is required to personally appear at the ENE, he would have to make arrangements to travel to California at this late date, and also require personal assistance from another person. (*Declaration of Mark Brownell*, ¶ 5)

In light of these facts, Plaintiff is hereby requesting, pursuant to the Court's *Notice and Order Setting Early Neutral Evaluation Conference*, to appear at the Early Neutral Evaluation Conference on April 11, 2008 telephonically.

Dated: APRIL 2, 2008

By: ______________________
DONALD A. GREEN
Attorney for Plaintiff, MARK BROWNELL

DONALD A. GREEN (SBN 225171)
DUAN LAW FIRM LLP
8355 LA MESA BLVD.
LA MESA, CA 91941
(619) 462-2711 ◆ FACSIMILE (619) 698-7540

ATTORNEY FOR PLAINTIFF, MARK BROWNELL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br>Plaintiff,<br>v.<br>SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,<br>Defendants. | Case No. 08cv53-DMS (BLM)<br><br>**DECLARATION OF PLAINTIFF MARK BROWNELL IN SUPPORT OF REQUEST FOR TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** |

I, the undersigned, declare:

1. I, MARK BROWNELL, am the Plaintiff in this action. This declaration is submitted based on the best of my personal knowledge and if called to testify would testify competently thereto unless such information is declared on information and belief as follows.

2. This action was initially filed by my attorney, DONALD A. GREEN, on January 9, 2008. I have generally alleged that San Diego Gas & Electric Company and/or Sempra Energy have denied me disability benefits and owe me for unpaid wages.

3. On March 11, 2008, United States Magistrate Judge Barbara L. Major set an Early Neutral Evaluation conference to be held on April 11, 2008 at 1:30 p.m. Shortly thereafter, my attorney informed me of the requirement for the personal appearance of all parties at this conference.

4. I am disabled. My left leg has been amputated and I am continuing to have medical difficulties with my right leg and am in danger of losing this one as well. My doctors have advised

me that I may lose my leg if I put excessive pressure on it and have advised me that it is in my best interest not to travel at this time.

5. . I also currently reside in Atlanta, Texas. My personal appearance at the ENE on April 11, 2008 therefore would be burdensome and difficult. I would have to make arrangements to travel to California at this late date, and also require assistance from another person in order to attend the ENE.

6. In light of these facts, I am executing this declaration to request that I be permitted to appear at the Early Neutral Evaluation Conference on April 11, 2008 telephonically. I will fully cooperate with any mandates from the Court in any event.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: APRIL 2, 2008

By: [signature]
MARK BROWNELL

*Mark Brownell v. San Diego Gas & Electric, et al*
Case No. 08cv53-DMS (BLM)

## PROOF OF SERVICE BY MAIL

I, Donald A. Green, declare as follows:

I am over 18 years of age and not a party to this action; I am an attorney with the Law Office of Donald A. Green, located in the County of San Diego, State of California, and my business address is 2850 Pio Pico Dr., Suite D, Carlsbad, CA 92008, telephone number (760) 450-3333; facsimile number (760) 720-6082.

On April 2, 2008, I served the document(s) described as:

1. **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION CONFERENCE**
2. **DECLARATION OF MARK BROWNELL**
3. **[PROPOSED] ORDER**

on the interested parties in this action as listed below:

**BY MAIL:**

☒ As follows: I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY FACSIMILE TRANSMISSION:** From Fax No. (760) 720-6082 to the ***facsimiles of the below-listed facsimile numbers.*** The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on APRIL 2, 2008 at Carlsbad, California.

DONALD A. GREEN

Z:\PI_TMW7\Data\FILES\25-1024\pos - Request for Telephonic Appearance.doc

*Mark Brownell v. San Diego Gas & Electric, et al*
Case No. 08cv53-DMS (BLM)

**PROOF OF SERVICE BY MAIL**

| | |
|---|---|
| *Attorney for Defendants, SAN DIEGO GAS & ELECTRIC COMPANY and SEMPRA ENERGY* | Ms. Dawn M. Andrews, Esq.<br>Sempra Energy<br>101 Ash St., 11th Floor<br>San Diego, CA 92101<br>Tel: (619) 699-5034<br>FAX: (619) 696-4838<br>dandrews@sempra.com |