Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
SAN DIEGO GAS & ELECTRIC COMPANY
and SEMPRA ENERGY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br><br>Defendants. | Case No. 08 CV 53 DMS (BLM)<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendants SAN DIEGO GAS & ELECTRIC COMPANY ("SDGE") and SEMPRA ENERGY (collectively "Defendants") hereby move this Court *ex parte* for an Order continuing the Early Neutral Evaluation Conference, which is currently set in for April 11, 2008. The reasons, as completely set out in the Declaration of Horace W. Green submitted concurrently herewith, are as follows:

1. Counsel for Defendants has an unavoidable calendar conflict, which cannot be changed.

2. Because counsel for Defendants was not made aware until April 2, 2008 that the Conference had been scheduled, counsel has not had ample opportunity to analyze

the file sufficiently to prepare and submit a meaningful ENE Conference Statement by the April 4, 2008 deadline. Upon receiving such Notice, Defendants have moved promptly to notify counsel and the Court of Defendants' conflict.

For these reasons, Defendants respectfully request that the Conference be continued. Defendants' counsel is available to attend a Conference on April 18, 2008; May 9, 2008; or May 16, 2008.

Prior to submission of this application, counsel for Defendants discussed this matter with counsel for Plaintiff. Plaintiff's counsel indicated that he opposed any continuance of the Conference.

DATE: April 3, 2008

GREEN & HUMBERT

By: /s/ Horace W. Green
HORACE W. GREEN

Attorneys for Defendants
SAN DIEGO GAS & ELECTRIC
COMPANY and SEMPRA ENERGY