Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
SAN DIEGO GAS & ELECTRIC COMPANY
and SEMPRA ENERGY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br><br>Defendants. | Case No. 08 CV 53 DMS (BLM)<br><br>**DECLARATION OF HORACE W. GREEN IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE** |

I, Horace W. Green, declare as follows:

1. I am an attorney duly licensed to practice before this Honorable Court, and am counsel for Defendants San Diego Gas & Electric Company ("SDGE"), and Sempra Energy ("Sempra") (collectively "Defendants") in this action. In this capacity, I have personal knowledge of the facts set forth below, and if called as a witness could and would testify competently thereto.

2. On March 11, 2008 I filed Defendants' Answer to Complaint in this action. As of that date, I was registered with the Court's e-filing system.

3. On April 2, 2008 I received notice through the Court's e-notification system that Plaintiff had filed a Request for Telephonic Appearance at Early Neutral Evaluation Conference. This was the first notice I received that an Early Neutral Evaluation Conference had been set in this matter. I then went to the Court's PACER system and downloaded the Notice and Order Setting Early Neutral Evaluation Conference. The Notice and Order is dated March 11, 2008, which is the same day that the Answer was filed. I do note that the Order requires Plaintiff's counsel to give notice of the ENE to parties responding after the date of the Order; I did not receive any such notice.

4. I have a calendar conflict on April 11. My in laws are celebrating their 50th wedding anniversary, and I am taking my family out of town for the celebration. The plans have been in effect for several weeks now, and cannot be changed. Also, because I was unaware until yesterday that the ENE had been scheduled, I have not had ample opportunity to analyze the file sufficiently to prepare and submit a meaningful ENE Statement by tomorrow, as the Order requires.

5. I spoke today with Donald Green, counsel for Plaintiff. Mr. Green informed me that he is not willing to agree to a continuance of the ENE Conference. I then informed Mr. Green that I would be making the attached application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California on April 3, 2008.

/s/ Horace W. Green

Horace W. Green