Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
SAN DIEGO GAS & ELECTRIC COMPANY;
SAN DIEGO GAS & ELECTRIC COMPANY
PENSION PLAN; and SEMPRA ENERGY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY A. DELOACH,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY; SAN DIEGO GAS & ELECTRIC COMPANY PENSION PLAN; and SEMPRA ENERGY,<br><br>Defendants. | Case No. 07 CV 1046 LAB (CAB)<br><br>**PROOF OF SERVICE** |

U.S. DISTRICT COURT
CIVIL ACTION NO. 07 CV 1046-LAB (CAB)

**DECLARATION OF SERVICE BY ELECTRONIC FILING VIA CM/ECF**
**DELOACH V. SAN DIEGO GAS & ELECTRIC COMPANY, et al.**

I, the undersigned declare:

That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Francisco, State of California, at the law offices of Green & Humbert in which county the within mentioned mailing occurred. My business address is 220 Montgomery St., Suite 438, San Francisco, CA 94104. On March 31, 2008, I served the following documents:

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**

**DECLARATION OF HORACE W. GREEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**

**DEFENDANTS' OBJECTIONS TO DECLARATION OF JOHN P. STENNETT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**

**DEFENDANTS' OBJECTIONS TO DECLARATION OF RAY A. DELOACH IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On the following named person:

John P. Stennett
STENNETT & STENNETT
501 W. Broadway, Suite 1340
San Diego, CA 92101
Attorneys for Plaintiff

By Electronic filing and service via CM/ECF; I transmitted a true copy of the above entitled documents to CM/ECF on March 31, 2008. I caused all of the above-entitled documents to be sent to recipients noted via CM/ECF e-service at the recipients' office. The file transmission was reported as complete and a copy of the CM/ECF filing receipt page will be maintained with the original documents in my office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2008, at San Francisco, California.

/s/ Horace W. Green
Horace W. Green
horaceg@lifehealthlaw.com