Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
SAN DIEGO GAS & ELECTRIC COMPANY
and SEMPRA ENERGY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br><br>Defendants. | ) | Case No. 08 CV 53 DMS (BLM)<br><br>**WITHDRAWAL OF DOCUMENT** |

Plaintiff SAN DIEGO GAS & ELECTRIC COMPANY and SEMPRA ENERGY request the withdrawal of document number 8 ("Certificate of Service") on the Court Docket. This document was inadvertently filed in the wrong case.

DATE: April 3, 2008 GREEN & HUMBERT

By: **/s/ Horace W. Green**
HORACE W. GREEN

Attorneys for Defendants
SAN DIEGO GAS & ELECTRIC
COMPANY and SEMPRA ENERGY