UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BROWNELL,<br>Plaintiff,<br>v.<br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br>Defendants. | Case No. 08cv53-DMS (BLM)<br>**ORDER RESETTING CONFERENCE DATE AND CHANGING CONFERENCE TO TELEPHONIC** |

On March 2, 2008, Plaintiff requested permission to appear telephonically at the Early Neutral Evaluation Conference ("ENE"), currently set for April 11, 2008. Doc. No. 6. In support, Plaintiff cited his medical condition and the hardship he would incur by traveling to San Diego for the ENE. Id. On March 3, 2008, Defendant filed a separate application, requesting that the ENE be continued, due to a conflict on defense counsel's calendar. Doc. No. 7. After reviewing these applications, as well as the parties' confidential settlement statements, the Court **PARTIALLY GRANTS** the parties' requests as follows.

///

The ENE is reset from April 11, 2008 to **April 10, 2008** at **2:00 p.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **The conference shall be attorneys-only, and counsel shall appear telephonically.** The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: April 7, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE DANA M. SABRAW
U.S. DISTRICT JUDGE

ALL COUNSEL