UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br><br>Defendants. | Civil No. 08cv53-DMS (BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On April 10, 2008 at 2:00 p.m., the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Donald Green on behalf of Plaintiff and Horace Green on behalf of Defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

2. The Rule 26(f) conference shall be completed on or before **April 21, 2008**;

3. A joint discovery plan shall be lodged with Magistrate Judge Barbara L. Major on or before **April 28, 2008**;

4. Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur on or before **May 5, 2008**; and,

5. A Case Management Conference pursuant to Rule 16(b) shall be held on **May 8, 2008** at **2:30 p.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **Counsel shall appear telephonically.** The Court will initiate the conference call.

6. Plaintiff must provide Defendants with a written settlement demand on or before **April 17, 2008**. Defendants must provide Plaintiff with a written responsive settlement offer on or before **April 24, 2008**.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions. Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

**IT IS SO ORDERED.**

DATED: April 11, 2008

Barbara L. Major

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

THE HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES