**DONALD A. GREEN (SBN 225171)**
**DOAN LAW FIRM LLP**
**8355 LA MESA BLVD.**
**LA MESA, CA 91941**
**(619) 462-2711 ♦ FACSIMILE (619) 698-7540**

**ATTORNEY FOR PLAINTIFF, MARK BROWNELL**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,<br><br>Defendants. | Case No. 08cv53-DMS (BLM)<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE RULE 16(B) CASE MANAGEMENT CONFERENCE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Plaintiff, MARK BROWNELL, hereby applied to the court *ex parte* for an order continuing the Rule 16(b) Case Management Conference currently set for May 8, 2008 at 2:30 p.m. . This request is made pursuant to the Court's April 10, 2008 *Order Following Early Neutral Evsaluation Conference*.

This action was initially filed on January 9, 2008 generally alleging that defendants San Diego Gas & Electric Company and/or Sempra Energy have denied Plaintiff disability benefits and owe him for unpaid wages. (*Declaration of Mark Brownell*, ¶ 2) An Early Neutral Evaluation Conference was held on April 10, 2008 before United States Magistrate Judge Barbara L. Major. At that time, Hon. Judge Major scheduled the Case Management Conference for May 8, 2008.

Donald A. Green, Plaintiff's attorney-of-record, was originally available to attend the Case Management Conference at the time it was set. On April 25, 2008, Mr. Green was scheduled to begin trial in San Diego Superior Court in the case of Bankruptcy Receivables Management v. Kenneth

Eady, Case No. IC874150 in Department 62. The case was put on the wheel pending an open courtroom. On the afternoon of May 5, 2008, the Court contacted Mr. Green and advised him that the trial would be scheduled to start on May 7, 2008. The trial itself is scheduled to last 1 ½ to 2 days. Due to these facts, I will be available for the Case Management Conference at 2:30 p.m. on May 8, 2008.

In light of these facts, Plaintiff is hereby requesting that this Court grant this ex parte application to continue the Case Management Conference to the week of May 19, 2008.

Dated: MAY 6, 2008 By:______________________

DONALD A. GREEN
Attorney for Plaintiff, MARK BROWNELL

**DONALD A. GREEN (SBN 225171)**
**DOAN LAW FIRM LLP**
**8355 LA MESA BLVD.**
**LA MESA, CA 91941**
**(619) 462-2711 ♦ FACSIMILE (619) 698-7540**

**ATTORNEY FOR PLAINTIFF, MARK BROWNELL**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br>Plaintiff,<br>v.<br>SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,<br>Defendants. | Case No. 08cv53-DMS (BLM)<br>**DECLARATION OF DONALD A GREEN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, the undersigned, declare:

1. I, DONALD A. GREEN, am attorney-of-record for Plaintiff in this action. I am licensed to practice law in all state courts in the state of California, and the Southern and Central Federal District Courts of the State of California.. This declaration is submitted based on the best of my personal knowledge and if called to testify would testify competently thereto unless such information is declared on information and belief as follows.

2. This action was initially filed on January 9, 2008 generally alleging that defendants San Diego Gas & Electric Company and/or Sempra Energy have denied Plaintiff disability benefits and owe him for unpaid wages.

3. An Early Neutral Evaluation Conference was held on April 10, 2008 before United States Magistrate Judge Barbara L. Major. At that time, Hon. Judge Major scheduled the Case Management Conference for May 8, 2008.

4. I was originally available to attend the Case Management Conference at the time it was set. On April 25, 2008, I was also scheduled to begin trial in San Diego Superior Court in the case of *Bankruptcy Receivables Management v. Kenneth Eady*, Case No. IC874150 in Department 62. The case was put on the wheel pending an open courtroom.

5. On the afternoon of May 5, 2008, the Court contacted me and advised me that the trial would be scheduled to start on May 7, 2008. The trial itself is scheduled to last 1 ½ to 2 days. Due to these facts, I will be available for the Case Management Conference at 2:30 p.m. on May 8, 2008.

6. In light of these facts, Plaintiff is hereby requesting that this Court grant this ex parte application to continue the Case Management Conference to the week of May 19, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: MAY 6, 2008

By: ______________________
DONALD A. GREEN

*Mark Brownell v. San Diego Gas & Electric, et al*
Case No. 08cv53-DMS (BLM)

**PROOF OF SERVICE BY MAIL**

I, Donald A. Green, declare as follows:

I am over 18 years of age and not a party to this action; I am an attorney with the Law Office of Donald A. Green, located in the County of San Diego, State of California, and my business address is 2850 Pio Pico Dr., Suite D, Carlsbad, CA 92008, telephone number (760) 450-3333; facsimile number (760) 720-6082.

On May 6, 2008, I served the document(s) described as:

1. **PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
2. **DECLARATION OF DONALD A. GREEN**
3. **[PROPOSED] ORDER**

on the interested parties in this action as listed below:

**BY MAIL:**

☒ As follows: I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY FACSIMILE TRANSMISSION:** From Fax No. (760) 720-6082 to the ***facsimiles of the below-listed facsimile numbers***. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on MAY 6, 2008 at Carlsbad, California.

DONALD A. GREEN

<u>*Mark Brownell v. San Diego Gas & Electric, et al*</u>
Case No. 08cv53-DMS (BLM)

**PROOF OF SERVICE BY MAIL**

| | |
|---|---|
| *Attorney for Defendants, SAN DIEGO GAS & ELECTRIC COMPANY and SEMPRA ENERGY* | Mr. Horace W Green, Esq.<br>Green and Humbert<br>220 Montgomery Street<br>Suite 438<br>San Francisco, CA 94104<br>Tel: (415)837-5433<br>Fax: (415)837-0127<br>horaceg@lifehealthlaw.com |