Donald A. Green (SBN 225171)
Doan Law Firm, LLP
Attorneys at Law
2850 Pio Pico Drive, Suite D
Carlsbad, California 92008
Telephone: (760) 450-3333
Facsimile: (760) 720-6082

Attorneys for Plaintiff
MARK BROWNELL

Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
SAN DIEGO GAS & ELECTRIC COMPANY
and SEMPRA ENERGY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br>Plaintiff,<br>vs.<br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br>Defendants. | Case No. 08 CV 53 DMS (BLM)<br>**STIPULATION RE EXTENSION OF TIME FOR DESIGNATION AND COUNTER DESIGNATION OF EXPERT WITNESSES** |

**IT IS HEREBY STIPULATED** by and between the parties that the time in which Plaintiff, MARK BROWNELL, has to designate his expert witnesses in this matter shall be extended for a period of 15 days, to August 23, 2008.

**IT IS FURTHER STIPULATED** that the deadline for Defendants' Counter designation of expert witnesses shall be extended to September 5, 2008.

AUG/11/2008/MON 02:46 PM DOAN LAW FIRM FAX No. 760-746-4430 P. 003

Dated: AUGUST 8, 2008

DOAN LAW FIRM, LLP

DONALD A. GREEN
Attorney for Plaintiff, MARK BROWNELL

GREEN & HUMBERT

HORACE W. GREEN
Attorney for Defendant, SDG&E