UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br><br>Defendants. | Civil No. 08cv53-DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EXPERT DISCOVERY DEADLINES**<br><br>[Doc. No. 19] |

On August 18, 2008, parties to the above matter filed a joint motion to continue Plaintiff's deadline for designating expert witnesses, currently set for August 8, 2008, and Defendants' deadline for supplemental designation of expert witnesses, currently set for August 22, 2008. Doc. No. 19. The parties' joint motion is **GRANTED** as follows.

///

///

///

///

///

///

Plaintiff shall serve on Defendants a list of experts, whom Plaintiff expects to call at trial, on or before **August 23, 2008**. Defendants may supplement their designation in response to Plaintiff's designation no later than **September 5, 2008**. **All other dates and deadlines remain as previously set.**

**IT IS SO ORDERED.**

DATED: August 19, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

THE HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES