# EXHIBIT C

Michael G. Doan, Esq.*
Shawn A. Doan, Esq.
Donald A. Green, Esq.
*Board Certified Specialist
Consumer Bankruptcy Law
American Board of Certification

# DOAN LAW FIRM, LLP

DOAN PROFESSIONAL TERRACE
2850 PIO PICO DRIVE, SUITE D
CARLSBAD, CA 92008

Phone (760) 450-3333
Fax (760) 720-6082
www.doanlaw.com

North San Diego County

320 East Second Ave., #108
Escondido, CA 92025
Phone (760) 746-4476
Fax (760) 746-4436

August 22, 2008

*By Facsimile and U.S. Mail Only*

Mr. Horace W Green, Esq.
Green and Humbert
220 Montgomery Street
Suite 438
San Francisco, CA 94104
Tel: (415)837-5433
Fax: (415)837-0127

**Re: Mark Brownell v. SDGE, *et al***
**Case No.: 08cv53-DMS (BLM)**

Dear Mr. Green:

Thank you for your response to my voice mail yesterday concerning a stipulation to permit Plaintiff to amend the complaint. As you requested, I am faxing you a copy of the amended complaint for your review.

It is my understanding from your message that you will need to obtain authority from your clients in order to agree to such amendments, and that this might take "a week or so." With your *Motion for Summary Judgment* pending, however, I believe it is imperative that I file this motion right away. The court has scheduled a date of September 26, 2008 at 1:30 p.m. for oral argument on the motion in Dept. 10 of the federal court.

Please advise me if your clients agree to the amendments as soon as possible. If your clients agree to the amendments, I will be more than willing to take the motion off calendar. As always, your cooperation and assistance are appreciated. Thank you

Regards,

DOAN LAW FIRM, LLP

DONALD A. GREEN, ESQ.