Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
SAN DIEGO GAS & ELECTRIC COMPANY
and SEMPRA ENERGY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br><br>Defendants. | **Case No. 08 CV 53 DMS (BLM)**<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS**<br><br>**Hearing Date: October 3, 2008**<br>**Time: 1:30 p.m.**<br>**Ctrm.: 10**<br><br>**HONORABLE DANA M. SABRAW** |

TO PLAINTIFF MARK BROWNELL AND TO COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 3, 2008, at 1:30p.m. or as soon thereafter as the matter may be heard by the Honorable Dana M. Sabraw in Courtroom 10 of this Honorable Court, Defendants SAN DIEGO GAS & ELECTRIC COMPANY and SEMPRA ENERGY ("Defendants") will, and hereby do, move the Court for an Order granting summary judgment with respect to the first and second claims for relief in Plaintiff's Complaint. This Motion is based on the expiration of applicable Statutes of Limitation.

This Motion is based upon this Notice, the Memorandum of Points and Authorities filed and served concurrently herewith, the Declaration of Dawn M. Andrews, Declaration of James Boland, Declaration of Larry Stein, the pleadings and papers filed herein, and upon such other and further filings or evidence as may be presented to the Court at the time of the hearing on this motion.

DATE: August 25, 2008

GREEN & HUMBERT

By: **/s/ Horace W. Green**
HORACE W. GREEN

Attorneys for Defendants
SAN DIEGO GAS & ELECTRIC
COMPANY and SEMPRA ENERGY

# PROOF OF SERVICE

**Mark Brownell v. San Diego Gas & Electric Company; SEMPRA Energy**
**U.S.D.C. Southern District of California Case No.: 08 CV 53 DMS (BLM)**

I, Horace W. Green, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. My business address is Green & Humbert, 220 Montgomery Street, Suite 438, San Francisco, CA 94104.

On **August 25, 2008**, I caused to be served the **Defendants' Notice of Motion for Summary Judgment on Statute of Limitations Grounds** on all interested parties through their attorneys of record by placing a true and correct copy thereof addressed as follows:

**Attorneys for Plaintiff:**

Donald A. Green
DOAN LAW FIRM LLP
2850 Pio Pico Drive
Carlsbad, CA 92008

By Electronic filing and service via CM/ECF; I transmitted a true copy of the above entitled documents to CM/ECF on August 18, 2008. I caused all of the above-entitled documents to be sent to the recipients noted via CM/ECF e-service at the recipients' office. The file transmission was reported as complete and a copy of the CM/ECF filing receipt page will be maintained with the original documents in my office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 25, 2008** at San Francisco, California.

/s/ Horace W. Green
Horace W. Green