**DONALD A. GREEN (SBN 225171)**
**DOAN LAW FIRM LLP**
**8355 LA MESA BLVD.**
**LA MESA, CA 91941**
**(619) 462-2711 ♦ FACSIMILE (619) 698-7540**

**ATTORNEY FOR PLAINTIFF, MARK BROWNELL**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,<br><br>Defendants. | Case No. 08cv53-DMS (BLM)<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Plaintiff, MARK BROWNELL, hereby requests the Court grant permission for him to appear telephonically at the Mandatory Settlement Conference scheduled for September 17, 2008, at 1:30 P.M. This request is made pursuant to the Court's May 7, 2008 *Order Vacating Case Management Conference and Regulating Discovery and Other Pretrial Proceedings,* the attached *Declaration of Mark Brownell,* and the attached stipulation of the parties to permit Plaintiff's telephonic appearance.

This action was initially filed on January 9, 2008 generally alleging that defendants San Diego Gas & Electric Company and/or Sempra Energy have denied Plaintiff disability benefits and owe him for unpaid wages. On May 7, 2008, United States Magistrate Judge Barbara L. Major set Mandatory Settlement Conference to be held on September 17, 2008, at 1:30 P.M.

Mr. Brownell is disabled. His left leg has been amputated and he is continuing to have medical difficulties with his right leg and is in danger of losing the right one as well. Mr. Brownell's

doctors have advised him that he may lose his right leg if he puts excessive pressure on it and have advised him that it is in his best interest not to travel at this time. (*Declaration of Mark Brownell*, ¶ 5)

Mr. Brownell is in an electric wheelchair and is having difficulty with a wound on the right side of his foot. He is also on oxygen and his heart is only working at 16% at the current time, which conditions make travel extremely difficult as well as dangerous. (*Declaration of Mark Brownell*, ¶4)

Moreover, Mr. Brownell currently resides out of state in Atlanta, Texas. His personal appearance at the MSC on September 17, 2008 therefore would be burdensome, expensive, and difficult. His doctor has advised him that he should not travel in his current condition, and traveling with this condition would be nearly impossible. (*Declaration of Mark Brownell*, ¶ 6). The parties have further met and conferred regarding this issue and Defendants have agreed to stipulate to said appearance by telephone. A true and correct copy of the stipulation is attached hereto and incorporated herein by reference.

In the alternative, Plaintiff's wife and/or brother have Power of Attorney documents which allow them to act on Plaintiff's behalf. Plaintiff would request that either his wife or his brother be allowed to appear in person at the MSC on his behalf. Plaintiff would prefer that his brother, who lives in San Diego, California, be allowed to appear in this event, due to the great personal expense his wife's appearance would require.

In light of these facts, Plaintiff is hereby requesting, pursuant to the Court's *Order Vacating Case Management Conference and Regulating Discovery and Other Pretrial Proceedings*, to appear at the Mandatory Settlement Conference on September 17, 2008 telephonically. Plaintiff respectfully requests, that in the event the Court does not grant Plaintiff's request to appear telephonically, in the alternative, the Court allow Plaintiff's wife and/or brother to appear pursuant to a Power of Attorney on Plaintiff's behalf.

Dated: September 10, 2008

By: /S/ DONALD A. GREEN
DONALD A. GREEN
Attorney for Plaintiff, MARK BROWNELL