DONALD A. GREEN (SBN 225171)
DOAN LAW FIRM LLP
8355 LA MESA BLVD.
LA MESA, CA 91941
(619) 462-2711 ♦ FACSIMILE (619) 698-7540

ATTORNEY FOR PLAINTIFF, MARK BROWNELL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BROWNELL,<br>Plaintiff,<br>v.<br>SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,<br>Defendants. | Case No. 08cv53-DMS (BLM)<br>**DECLARATION OF PLAINTIFF MARK BROWNELL IN SUPPORT OF REQUEST FOR TELEPHONIC APPEARANCE AT MANDATORY SETTLEMENT CONFERENCE** |

I, the undersigned, declare:

1. I, MARK BROWNELL, am the Plaintiff in this action. This declaration is submitted based on the best of my personal knowledge and if called to testify would testify competently thereto unless such information is declared on information and belief as follows.

2. This action was initially filed by my attorney, DONALD A. GREEN, on January 9, 2008. I have generally alleged that San Diego Gas & Electric Company and/or Sempra Energy have denied me disability benefits and owe me for unpaid wages.

3. On May 7, 2008, United States Magistrate Judge Barbara L. Major set a Mandatory Settlement Conference to be held on September 17, 2008 at 1:30 p.m. Shortly thereafter, my attorney informed me of the requirement for the personal appearance of all parties at this conference. Until just this week, I was planning to attend that Mandatory Settlement Conference, but my doctor has advised me not to travel.

4. I am disabled. My left leg has been amputated and I am continuing to have medical difficulties with my right leg and am in danger of losing this one as well. I am in an electric wheelchair, and am currently dealing with the recent loss of another toe as well as a severe open wound to the outside of my right foot. I am also on oxygen and my doctor, Dr. Rush, has advised me that only 16% of my heart is working at this time.

5. My doctors have advised me that I may lose my leg if I put excessive pressure on it and have advised me that it is in my best interest not to travel at this time.

6. I also currently reside in Atlanta, Texas. My personal appearance at the Mandatory Settlement Conference on September 17, 2008 therefore would be most burdensome and difficult. I believe that my personal appearance in my current condition would be nearly impossible.

7. In light of these facts, I am executing this declaration to request that I be permitted to appear at the Mandatory Settlement Conference on September 17, 2008 telephonically. I will fully cooperate with any mandates from the Court in any event.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: SEPTEMBER 9, 2008

By: M. Brownell
MARK BROWNELL