**DONALD A. GREEN (225171)**
**DOAN LAW FIRM LLP**
**ATTORNEYS AT LAW**
**2850 PIO PICO DR., SUITE D**
**CARLSBAD, CA 92008**
**(760)450-3333 FACSIMILE (760)720-6082**

Attorney for Plaintiff, MARK BROWNELL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,<br><br>Defendants. | Case No. 08cv53-DMS (BLM)<br><br>**STIPULATION RE NONOPPOSITION TO PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT MANDATORY SETTLEMENT CONFERENCE**<br><br>Date: September 17, 2008<br>Time: 1:30 p.m.<br>Judge: Hon. Barbara L. Major<br><br>Filed: January 9, 2008<br>Trial Date: NONE SET |

**IT IS HEREBY STIPULATED** by and between the parties that the Plaintiff, MARK BROWNELL, may appear by telephone at the Mandatory Settlement Conference in this matter, scheduled for September 17, 2008 at 1:30 p.m. Defendants do not oppose Plaintiff's request for same.

Dated: SEPTEMBER 10, 2008

DONALD A. GREEN,
Attorney for Plaintiff, MARK BROWNELL

HORACE W. GREEN,
Attorney for Defendants, SDG&E / Sempra