*Mark Brownell v. San Diego Gas & Electric, et al*
Case No. 08cv53-DMS (BLM)

**PROOF OF SERVICE BY MAIL**

I, DONALD A. GREEN, declare as follows:

I am over 18 years of age and not a party to this action; I am an employee with the Law Office of Donald A. Green, located in the County of San Diego, State of California, and my business address is 2850 Pio Pico Dr., Suite D, Carlsbad, CA 92008, telephone number (760) 450-3333; facsimile number (760) 720-6082.

On SEPTEMBER 10, 2008, I served the document(s) described as:

1. **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT MANDATORY SETTLEMENT CONFERENCE;**
2. **DECLARATION OF MARK BROWNELL IN SUPPORT OF PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT MANDATORY SETTLEMENT CONFERENCE;**
3. **STIPULATION RE NONOPPOSITION TO PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE**
4. **[PROPOSED] ORDER**

on the interested parties in this action as listed below:

**BY MAIL:**

☒ As follows: I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY FACSIMILE TRANSMISSION:** From Fax No. (760) 720-6082 to the ***facsimiles of the below-listed facsimile numbers***. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on SEPTEMBER 10, 2008 at Carlsbad, California.

/S/ DONALD A. GREEN
DONALD A. GREEN

<u>*Mark Brownell v. San Diego Gas & Electric, et al*</u>
Case No. 08cv53-DMS (BLM)

**PROOF OF SERVICE BY MAIL**

| | |
|---|---|
| *Attorney for Defendants, SAN DIEGO GAS & ELECTRIC COMPANY and SEMPRA ENERGY* | Mr. Horace W Green, Esq.<br>Green and Humbert<br>220 Montgomery Street<br>Suite 438<br>San Francisco, CA 94104<br>Tel: (415)837-5433<br>Fax: (415)837-0127<br>horaceg@lifehealthlaw.com |