UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BROWNELL,<br>Plaintiff,<br>v.<br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br>Defendants. | Case No. 08cv53-DMS (BLM)<br>**ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE**<br>[Doc. No. 23] |

///

///

///

///

///

///

///

///

///

///

///

On September 11, 2008, Plaintiff requested permission to appear telephonically at the Mandatory Settlement Conference set for September 17, 2008. Doc. No. 23. In support, Plaintiff states that he lives in Texas and, due to significant cardiac difficulties and problems attendant to an amputated foot, his doctor has advised him that travel would be "nearly impossible." Id. In light of these statements, the Court finds good cause to grant Plaintiff's motion, and Plaintiff may appear telephonically at the September 17, 2008 Mandatory Settlement Conference.

**IT IS SO ORDERED.**

DATED: September 12, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE DANA M. SABRAW
U.S. DISTRICT JUDGE

ALL COUNSEL