**DONALD A. GREEN (SBN 225171)**
**DOAN LAW FIRM LLP**
**2850 PIO PICO DR., SUITE D**
**CARLSBAD, CA 92008**
**(760) 450-3333 ♦ FACSIMILE (760) 720-6082**

**ATTORNEY FOR PLAINTIFF, MARK BROWNELL**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BROWNELL,<br><br>Plaintiff,<br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,<br><br>Defendants. | Case No. 08cv53-DMS (BLM)<br><br>**DECLARATION OF MICHAEL GENE WILLOUGHBY** |

I, the undersigned, declare:

1. I, MICHAEL GENE WILLOUGHBY, am an economist with a PhD in Financial and Industrial Economics. I have been retained by Donald A. Green, attorney for the Plaintiff, Mark Brownell, as an expert to provide an independent opinion of the monetary value of the benefits' shortfall (the "Loss") suffered by Mark Brownell.

2. It is my opinion that the "quantifiable" present value of the reasonably likely loss of benefits less offsets suffered by Mark S. Brownell as a result of the Company's faulty processing of his entitlements as an employee on disability is $377,513.

/ / /

/ / /

/ / /

/ / /

/ / /

3. A true and correct copy of my Economic Report is attached hereto and incorporated herein by reference as Exhibit 1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: SEPTEMBER 16, 2008

At: WASHINGTON, DC

By: *[signature]*

MICHAEL GENE WILLOUGHBY

# EXHIBIT 1

Michael Gene Willoughby, Ph.D., CFA

Post Office Box 1601

La Jolla, CA 92038

mwilloughby@ucsd.edu

# ECONOMIC REPORT

September 2, 2008

Donald A. Green, Esq.
Doan Law Firm, LLP
2850 Pico Drive, Suite D
Carlsbad, California 92008

Re: Mark Brownell v. San Diego Gas & Electric Company, Sempra Energy
Case No. 08cv53-DMS

Dear Mr. Green:

You have asked me to provide an independent opinion of the monetary value of the benefits' shortfall (the "Loss") suffered by your client, Mark Brownell, as a result of his disability and subsequent employment termination (the "Termination") by San Diego Gas & Electric Company (the "Company").

I am a financial economist and my qualifications are outlined on the attached curriculum vita [Exhibit A] and a listing of the last five years of my reported testimony as an expert witness is also attached [Exhibit B]. For the foregoing report based on my review of records and the analysis narrated and illustrated in this Report, I am compensated on an hourly basis at $300 per hour.

## Documentation

In the course of my analysis, I have reviewed:

**A. Legal Documents.**

a) The Complaint filed January 9, 2008.

b) Plaintiff's Initial Disclosures filed January 9, 2008.

c) Plaintiff's Supplemental to Initial Disclosures.

d) Plaintiff's Initial List of Experts.

e) Defendant's First Supplement to Initial Disclosures.

f) Defendant's Second Supplement to Initial Disclosures.

g) Plaintiff's Confidential Early Neutral Evaluation Brief filed April 4, 2008.

**B. Company Documents & Company Records for the Plaintiff.**

a) CIGNA Group/Association – Brownell Disability Claim.

b) CIGNA Group/Association – Proof of Loss file dated June 7, 2004; BRO01666-174.

c) Brownell's Social Security administration "SSI" file; BRO0136-140.

d) Brownell's LTD worksheets; BRO0141-142.

e) S.D.G.E. facsimile dated June 21, 2004 with LTD documents; BRO0189-215.

f) The San Diego Gas & Electric Company SUMMARY PLAN DESCRIPTION dated August 2000 Parts F1 to F13.

g) Defendant's Privilege Log; BRO0001-0128.

h) S.D.G.E. Cash Balance Plan for Mark S. Brownell.

i) Payroll Records for Mark S. Brownell.

**C. Correspondence.**

a) U.C.S.D. Department of Orthopaedics letter dated June 10, 2003; BRO0165.

b) S.D.G.E. letter dated May 27, 2004; BRO0178.

c) S.D.G.E. letter dated June 1, 2004; BRO0185-187.

d) S.D.G.E. letter dated June 15, 2004; BRO0205-206.

e) S.D.G.E. form "Leave of Absence" dated June 15, 2004.

f) Email from Diana Wettig to Armida Balvaneda & Paul Smith dated July 14, 2004.

g) Email from Diana Wettig to Candace Lacy dated July 16, 2004.

h) S.D.G.E. letter dated July 28, 2004; BRO0188.

i) Fax 09-06-2005 Long Term Disability Benefit Calculation Worksheet.

j) Local 465 *International Brotherhood of Electrical Workers* letter dated July 30, 2004; BRO0115-116.

k) SEMPRA Benefits Fax with memo from Diana Wettig to Steve Williams dated August 3, 2004.

l) Local 465 *International Brotherhood of Electrical Workers* letter dated August 27, 2004.

m) Cigna Group Insurance, Life Claim Administration letter dated September 15, 2004.

n) Local 465 *International Brotherhood of Electrical Workers* letter dated October 4, 2004; BRO0127B-127I

o) Interoffice Memorandum from Larry Stein re Benefits Committee Meeting 11/29/2004 dated November 19, 2004; BRO0126-127A.

p) Sempra Energy letter dated December 7, 2004; BRO0128.

q) Local 465 *International Brotherhood of Electrical Workers* letter dated December 14, 2004 with Grievance Form.

r) Law Offices of George L. de la Flor letter dated June 1, 2005; BRO0129-131 & 180-182.

s) S.D.G.E. letter dated August 19, 2005.

t) Sempra Energy letter dated June 10, 2005.

u) Sempra Energy letter dated July 21, 2005.

v) Law Offices of George L. de la Flor letter dated September 29, 2005.

w) Sempra Energy letter dated October 3, 2005.

x) S.D.G.E. letter dated December 5, 2005; BRO0176-177.

y) S.D.G.E. letter dated December 7, 2005; BRO0175.

z) S.D.G.E. letter dated December 9, 2005; BRO0160-164.

aa) Mark Brownell letter dated February 17, 2006.

bb) S.D.G.E. letter dated August 24, 2006; BRO0152-153.

cc) S.D.G.E. letter dated December 15, 2006.

dd) S.D.G.E. letter dated January 4, 2007; BRO0150.

ee) S.D.G.E. letter dated February 6, 2007; BRO0151.

ff) Sempra Energy letter dated March 22, 2007; BRO0145-149.

gg) Sempra Energy letter dated June 15, 2007; BRO0144.

hh)S.D.G.E. letter dated July 14, 2007; BRO0154-156

ii) S.D.G.E. letter dated July 14, 2007; BRO0157-159

**Background**

It is my understanding that Mark S. Brownell, an SDGE employee, was declared disabled by a licensed physician in June 2003. Thereafter, he took a Leave of Absence, applied for and was granted Short-term Disability, Social Security Disability, and Long-term Disability compensation.

The determination of Mr. Brownell's employee benefits is the issue here. This includes his accrued sick & vacation days and his payroll deductions for certain benefits as an employee on Long-term Disability. Some of this depends on the determination of the dates of his Leave of Absence which,

from my review of the Company's internal communications is not clear, as well as the interpretation of the Company policies regarding disabled employees.

Based on the Company's internal correspondence, selected portions of which I have outlined and attached as [Exhibit C], the Company's own employees are uncertain as to amounts of benefits and dates of for the measurement of benefits, as well as the application of Company Policy.

## The Over-payment of LTD Benefits

The Company allegedly "over-paid" Mr. Brownell his LTD benefits between August 27, 2005 and August 11, 2006 due to an over site, glitch, or omission in its payroll system. The Company provided Mr. Brownell with a calculation of the over payment. I revisited the Company's calculation, see my Exhibit D, and found that the Company over-stated the Over Statement by $ 1,638.80. This was due to the fact that the SSI offset is a monthly amount while the Company's LTD benefit is a bi-weekly amount. Two bi-weeklies are 28 days but a month is 30-31 days, thus offsetting 28 days with 30-31 days creates an over-statement of the offset.

## Other Elements of Loss

Based on my review of the records (listed above) in this matter, a calculation of Mr. Brownell's net shortfall (overage) of benefits & entitlements involves an evaluation of:

a) Short-term Disability Insurance benefits ("SDI") as an "offset".

b) Social Security Disability Insurance benefits ("SSI") as an "offset".

c) The Company's Long-term Disability benefits ("LTD").

d) Accrued Vacation & Sick Days.

e) Employee's cost/value of Employer-provided benefits, in particular, health insurance.

f) Employer's contributions to the Employee's post-retirement benefits fund.

## Analysis

From my review of the records listed above and conferences with Mr. Brownell's counsel, Donald Green, I have produced a Schedule of benefits and offsets as Exhibit E entitled to Mr. Brownell, based on the following assumptions:

i. Mr. Brownell's Leave of Absence, for one-year, begins following the exhaustion of his Vacation, Sick, and other accrued Time-off days.

ii. Mr. Brownell is entitled to LTD 180 days from the time he is declared "disabled" to age sixty-five as long as he is evaluated to be "disabled".

iii. Mr. Brownell's termination does not affect his LTD entitlement nor any other Company entitlements related to LTD.

iv. Mr. Brownell is entitled to Company-sponsored health insurance and retirement credits as long as he is receiving LTD. [1]

v. Mr. Brownell's normal deductions from his normal compensation are an offset to Company-paid benefits until the start of his LTD.

The Schedule is divided into three periods of time: (1) disability to termination, (2) termination to the end of 2008 (past), and (3) 2009 to Mr. Brownell's sixty-fifth birthday (future). Each of the relevant elements of loss is apportioned according to weeks. Table I below summarizes the results of my analysis.

Table I

| Period | Dates | Net Loss of Benefits (present value for future benefits) |
|---|---|---|
| Disability to Termination | 6/6/2003 to 7/28/2004 | ( $ 9,614 ) |
| Termination to end of 2008 | 7/29/2004 to 12/31/2008 | $ 178,837 |
| 2009 to Age 65 | 1/1/2009 to 12/28/2017 | $ 208,290 |
| **Total** | **6/6/2003 to 12/28/2017** | **$ 377,513** |

### Losses Not Quantified

Mr. Brownell has also incurred some economic losses that I have not quantified because I do not have sufficient documents. These additional damages include:

a) Medical costs incurred due to the transition to health insurance coverage's unlike the SDGE group coverage's;

b) Interest accruals to Mr. Brownell's Cash Savings Account;

c) Borrowing costs and/or opportunity rate-of-return losses due to the Brownell's use of personal funds to finance cash flow needs incurred in the processing & dispute of Mr. Brownell's claims;

[1] Mr. Brownell was receiving Company correspondence regarding the Company Savings Plan as recently as December 15, 2006. However, the last statement of "his" entitlement provided was the 2004 Statement.

d) Penalties incurred for early withdrawal of tax-exempt retirement fund s to finance cash flow needs incurred in the processing & dispute of Mr. Brownell's claims;

e) Relocation costs incurred to manage, or budget, cash flow needs incurred in the processing & dispute of Mr. Brownell's claims.

## Conclusion

Based upon the assumptions and analysis described above and documents listed, it is my conclusion that the "quantifiable" present value of the reasonably likely loss of benefits less offsets suffered by Mark S. Brownell as a result the Company's faulty processing of his entitlements as an employee on disability is $ 377,513.

Most cordially,

Michael G. Willoughby, Ph.D., CFA

Economist

Encl: Exhibits [A] to [E]

# EXHIBIT A

Exhibit A

**Michael G. Willoughby, Ph.D., CFA**
Department of Economics, University of California San Diego
9500 Gilman Drive La Jolla, California 92093-0508
mwilloughby@ucsd.edu

---

Department of Economics. Since 1994

- **Lecturer "LSOE"** (with Security of Employment since 2003)
  Teach: Investments; Accounting; Economics (intro); Statistics (Econometrics 1).

School of Medicine "Masters of Advanced Studies" LHCO Program since 2001

Teach: Statistical Decision-making; Financial Management.

## Education & Professional Credentials; Formal Training

- Ph.D., Financial & Industrial Economics — Columbia University, 1986
- M.Phil. Business — Columbia Business School, 1985
- MA. Economics — Rutgers University, 1981
- BA. Economics — University of Colorado, 1975
- CFA (No. 15458) — I.C.F.A., 1992
- Professional Certificate, Accounting — U.C.S.D. Extension, 1992
- Certified Credit Union Director (CCD) — C.U.E.S. /London Business School, 2004

### Corporate Governance

- USA Federal Credit Union
  **Director** (since 1999); **Chairman** (2005-07).
  $700M financial institution with 22 branches in California, Nevada, Japan, and Korea.
- Fresh Start Surgical Gifts
  **Director & Charter Member** (1994-97); **Chairman** (1995-97).
  A Not-for-Profit organization providing reconstructive surgery for children.

### Associations

- American Statistical Association
- Institute of Chartered Financial Analysts
- Financial Analysts Society of San Diego, Inc.
  - President 1994-95.

Exhibit A

## Prior Full-time Professional Experience

- Cottingham Management Company, LLC, Founding Partner 2003-07
  General Partner of *Cottingham Aggressive Growth Fund, L.P* – a hedge fund.
- Kroll, Inc. (now Marsh & McLennan), Associate Managing Director 2002-03
  Global risk consulting firm with fifty-eight offices in 25 countries
- Century Business Services 1997-02
  Professional business support consultants with 194 offices in the U.S.
- Bruno, Mack, & Barclay, CPAs (now LECG Mack Barclay) 1995-97
- Brinig & Associates, San Diego 1994-95
- Jassoy, Graff, & Douglas, CPAs, La Jolla 1989-94

## Prior Academic Experience

- San Diego State University *Visiting Assistant Professor*
  College of Business Administration (MBA program). 1990 – 92 / 2005 - 06
- Columbia University, New York, New York *Adjunct Assistant Professor*
  Columbia Business School – MBA Macro Economics 1986
  Barnard College – Financial Markets; Macroeconomic Theory 1986 – 88
- Rutgers University, Newark College of Arts & Sciences *Assistant Professor*
  Department of Business & Accounting 1985 - 88
  Department of Economics 1982 - 85

## Military Service

1975 - 81 United States Navy. *Regular Navy Supply Corps Officer.*

1982 - 97 United States Naval Reserve. *Retired as a Captain in 1997.*

Active Duty Assignments while a Reservist:

| | |
|---|---|
| Military Sealift Command Atlantic Bayonne New Jersey | 1982-83 |
| Naval Support Activities U.K. London, United Kingdom | 1984 - 88 |
| U.S. Naval Base Subic Bay R.P.I. | 1989 |
| Naval Regional Contracting Command San Diego | 1990 |
| Naval Support Forces Antarctica, McMurdo Station | 1991-92 |
| Naval War College, Newport Rhode Island | 1993 |
| Office of the Assistant Secretary of the Navy, The Pentagon | 1994 |
| Controller's Office S.A.C. N.A.T.O. Norfolk Virginia | 1995 |
| Naval Supply Systems Command Washington DC | 1996 |

# EXHIBIT B

Exhibit B

**Michael G. Willoughby, Ph.D., CFA**

Reported testimony since January 1, 2003

| Deposition | Trial | CASE | Venue | Case No. | TRIAL PL. | TRIAL DF. | DEPO PL. | DEPO DF. | OTHER PL. | OTHER DF. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 52 | 49 | 184 | 99 | 17 | 18 |
| 4/25/2008 | | Hernandez v. BANK OF NOVA SCOTIA | New York | 601518/06 | | | | 1 | | |
| 1/7/2008 | | Beatty v. City of Oceanside | San Diego | | | | 1 | | | |
| | | | 2 | | 0 | 0 | 1 | 1 | 0 | 0 |
| 8/9/2007 | | Old Gringo, Inc. v. YOLO TARUT | San Diego | GIC 869455 | | | | 1 | | |
| 6/27/2007 | | BOCHENEK v Mathews, Bergen, & Grier | San Diego | GIC 868138 | | | 1 | | | |
| 5/9/2007 | 12/6/2008 | Baja Bound v. MEX BOUND | San Diego | GIC 853833 | | 1 | | 1 | | |
| 4/18/2007 | | JOHNSON & LABIGAN v. Mendez | Los Angeles | PC 037493, 618 | | | 2 | | | |
| 4/6/2007 | | CARTE v Avila | San Diego | GIC 866859 | | | 1 | | | |
| 3/28/2007 | 4/16/2007 | WILLIAMS v. Greco | San Francisco | CIV 432951 | | | 1 | | 1 | |
| 1/24/2007 | | Huber v. PHILLIPS | San Diego | GIC 857239 | | | | 1 | | |
| | | | 10 | | 0 | 1 | 5 | 3 | 1 | 0 |
| 12/6/2006 | 6/4/2007 | Rollins v. PROFESSIONAL DEMO | Orange County | 05CC07743 | | 1 | | 1 | | |
| 10/11/2006 | | Rogers v. WATERMARK | San Diego | GIC 830102 | | | | 1 | | |
| 8/29/2006 | 3/1/2007 | LOERCH v. UCSD | San Diego | GIC 842170 | 1 | | 1 | | | |
| 8/14/2006 | 9/22/2006 | RAKESTRAW v. Kaiser | San Diego | | | | 1 | | 1 | |
| 7/7/2006 | | BONAVITA v. City of San Diego | San Diego | GIC 852174 | | | 1 | | | |
| 6/27/2006 | | SORENSEN v. Midwest TV | San Diego | GIC 852185 | | | 1 | | | |
| 5/4/2006 | | Liberation Mgmt v. VSD | San Diego | 05-CV0363-L | | | | 1 | | |
| 3/31/2006 | | Cardinal Health v. TYCO ELECTRONICS | San Diego | GIN 040706 | | | | 1 | | |
| 2/23/2006 | 4/5/2006 | WELLER v. Santacruz & Boyd | San Diego | GIE 023960 | 1 | | 1 | | | |
| | 1/24/2006 | Stewart v. SD FITNESS, PETER STARCEVIC | San Diego | GIE 022783 | | 1 | | | | |
| 1/26/2006 | | Williams v. OCEANSIDE PROPERTIES | San Diego | | | | | 1 | | |
| 1/12/2006 | | J.T. THORPE: In the Matter of the Rehabilitation of Centaur Insurance Company | U.S. Circuit Cook Co., IL | 87 CH 8615 | | | 1 | | | |

Exhibit B

## Michael G. Willoughby, Ph.D., CFA

Reported testimony since January 1, 2003

| Deposition | Trial | CASE | Venue | Case No. | TRIAL PL. | TRIAL DF. | DEPO PL. | DEPO DF. | OTHER PL. | OTHER DF. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 52 | 49 | 184 | 99 | 17 | 18 |
| | | | 39 | | 4 | 5 | 13 | 11 | 4 | 2 |
| 11/16/2005 | | Don v. COLRICH CONSTRUCTION | San Diego | GIC 815308 | | | | 1 | | |
| 10/5/2005 | | Papenhausen v. CARMAR INS. AGENCY | San Diego | GIC 814501 | | | | 1 | | |
| 9/26/2005 | | TAYLOR v. Michi-Cal | San Diego | GIC 833037 | | | 1 | | | |
| 8/10/2005 | 11/30/2005 | WORLD OMNI FINANCIAL v. ARCO (Ace Reinsurance). | Southern District of New York | G-04-07 | | | 1 | | 1 | |
| 7/22/2005 | 8/16/2005 | Scully v. ACADIA PHARMA | San Diego | GIC 834204 | | 1 | | 1 | | |
| 7/18/2005 | | VASQUEZ v. Residential Investments, Inc. | San Diego | GIS 007325 | | | 1 | | | |
| 7/7/2005 | | STARKS v McWhirter | San Diego | | | | 1 | | | |
| 4/11/2005 | | HOLLER v. Metabolife | San Diego | | | | 1 | | | |
| 3/16/2005 | 5/11/2005 | Lukich v. SIGNS & PINNICK | San Diego | GIC 811584 | 1 | | | 1 | | |
| | | | 12 | | 1 | 1 | 5 | 4 | 1 | 0 |
| 4/15/2004 | | QUINLIVAN v. Kaiser | San Diego | | | | 1 | | | |
| 1/6/2004 | 4/14/2004 | GRASSILLI v. State of California | San Diego | EC 19095 | 1 | | 1 | | | |
| | | | 3 | | 1 | 0 | 2 | 0 | 0 | 0 |
| 12/18/2003 | | Payroll World v. PAYCHEX | San Diego | | | | 1 | | | |
| 12/17/2003 | 12/17/2003 | WU v. Herrera-Copola | Orange County | 97WM10458 | 1 | | | | | |
| 12/3/2003 | | EGER v. Joliffe | San Diego | GIN 024118 | | | 1 | | | |
| 11/21/2003 | | CHIEN v. | San Francisco | | | | 1 | | | |
| 10/8/2003 | 4/5/2004 | FULKERSON v. Berry | Riverside | 02CC12153 | 1 | | 1 | | | |
| 8/14/2003 | 8/19/2003 | WALLER v. Simpson & Simpson | El Dorado | | 1 | | 1 | | | |

Exhibit B

## Michael G. Willoughby, Ph.D., CFA

Reported testimony since January 1, 2003

| Deposition | Trial | CASE | Venue | Case No. | TRIAL PL. | TRIAL DF. | DEPO PL. | DEPO DF. | OTHER PL. | OTHER DF. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 52 | 49 | 184 | 99 | 17 | 18 |
| 4/15/2003 | 5/1/2003 | BLAIR v. UCSD | San Diego | GIC 785064 | 1 | | 1 | | | |
| 4/8/2003 | | HERRON v. | San Diego | | | | 1 | | | |
| 4/1/2003 | 4/24/2003 | MEYER v. Kaiser | Riverside | | | | 1 | | 1 | |
| 1/30/2003 | | City of Santa Monica v. Shell, CHEVRON, EXXON-MOBIL et al. re *Settlement Agreement* | Orange County | | | | | 1 | | |
| 1/14/2003 | | Traveler's/Gulf Insurance v WACOVIA BANK (FIRST UNION) | North Carolina | 2000-CVS-355! | | | 1 | | | |
| 1/9/2003 | 6/19/2003 | Wohlwend v. CITY OF SAN DIEGO | San Diego | GIC 776873 | | 1 | | 1 | | |
| | | | 17 | | 4 | 1 | 9 | 2 | 1 | 0 |

# EXHIBIT C

Exhibit C

Discussions amongst SDGE Personnel

| Item | Event Date | Company Communication | Interpretation ? | Document Bates Stamp | Date of Record | Author |
|---|---|---|---|---|---|---|
| 1 | 6/1/2003 | LOA: started 6/1/2003. | Why does the LOA start prior to the last day worked (Item 4) or the Disability start date (Item 3)? | BRO0006 | 10/30/2003 | Candace Lacy |
| 2 | 6/1/2003 | LOA effective 6/1/03. | Same question as above. | BRO0020 | 6/8/2004 | Teresita Del Rosario |
| 3 | 6/6/2003 | Disability started on 6/6/2003. Last day work 6/5/03. Exhausted sick leave 6/9/03. First day without pay 6/10/03. | The last day worked was a Thursday. There are 4 calendar days to 6/9/03, but 2 days are weekend days; only Friday & Monday are weekdays. Did Brownell have only 2 days of accrued sick time? | BRO0033 | 6/15/2005 | Teresita Del Rosario |
| 4 | 6/5/2003 | Last day at work 6/5/03 (eligible for LTD 12/01/03). | This is 180 days from 6/5/2003. | BRO0005 | 9/22/2003 | Candace Lacy |
| 5 | 6/9/2003 | Sick days exhausted. | How many sick days had Brownell accrued as of 6/5/2003? | BRO00019 | 6/16/2004 | Paul Smith |
| 6 | 6/10/2003 | Mr. Brownell went off work collecting UCDI benefits effective 6/10/03. | | BRO00026 | 8/3/2004 | Carrie Burkhart |
| 7 | 6/13/2003 | Apply LOA as of 12/04/03 or 6/13/2003? | One year later and the LOA date is still being debated. | BRO0019 | 6/16/2004 | Paul Smith |
| 8 | 6/13/2003 | ... his sick leave was exhausted 6/09/03 and part of his vacation 6/13/03. On 12-04-03 he was cashed out for the remainder of his vacation. I am not sure if then we would apply his LOA as of 12/04/03 or | What part of his vacation? Does vacation accrue during the LTD waiting period? Mr. Smith doesn't seem confident about when to start counting towards termination. | BRO0019 | 6/16/2004 | Paul Smith |
| 9 | Regarding LOA form? | "There is not one in the file. At the time of his leave, his dept should have completed one. I will complete one now and back date it. | One year later and one day before (Item 7) he questions the LOA date, he is planning to back date a form. | BRO0019 | 6/15/2004 | Paul Smith |
| 10 | 6/25/2003 | "I agree with Beth's point of view". Had he used Vacation time (64 hours) in 8 hr increments, it would have taken him up to 6/25/03. | In Item 8, Brownell has exhausted "part of his vacation" at 6/9/03 but here we have 8 days of vacation which would carry him to 6/19/03. | BRO0018 | 6/30/2004 | Armida Balvaneda |
| 11 | 7/5/2003 | Brownell "was in receipt of check in the amount of $2,236" for "the duration from 6/10/03 - 7/05/03. | How does the post last day worked count carry compensation to 7/5/03? | BRO0001 | 7/8/2003 | Armida Balvaneda |
| 12 | 7/13/2003 | ... given the 30 day waiting period, the earliest the leave would have started would be 7/13/03. | 30 days from what? Thirty days from 6/14/03? | BRO00019 | 6/17/2004 | Steven Williamson |
| 13 | 7/13/2003 | I show that his LOA should have begun on 07/13/03. | This conflicts with Items 1 and 2. | BRO00019A | 6/15/2004 | Paul Smith |
| 14 | 7/26/2003 | Starts LOA? | Another possible day for the start of the LOA. | BRO0018 | 6/30/2004 | Armida Balvaneda |
| 15 | 7/26/2003 | ... his Leave of absence date is effective 7/26/2003. | | BRO0022 | 7/28/2004 | Candace Lacy |
| 16 | 10/2/2003 | Social Security commenced 10/2/2003. $ 1,636 / month. | Social Security is paid *monthly* . | BRO0031 | 12/2/2004 | |
| 17 | 12/1/2003 | the 180 day waiting period ends. | 180 days from (prior to) 12/1/2003 is 6/4/200 | BRO0003 | 8/28/2003 | Candace |

Exhibit C

Discussions amongst SDGE Personnel

| Item | Event Date | Company Communication | Interpretation ? | Document Bates Stamp | Date of Record | Author |
|---|---|---|---|---|---|---|
| 18 | 12/2/2003 | LTD commences. | | BRO0029 | | Teresita Del |
| 19 | 12/3/2003 | I find it odd that the EIM record shows that the employee starting leave effective 12/3/2003 ... | The EIM record has the LOA date as of 12/3/2003. This is consistent with Item 7, and supports Mr. Smith's inquiry. | BRO0023 | 7/28/2004 | Debora Couey |
| 20 | 5/6/2004 | per Brad at CIGNA claimant is approve for Premium waiver benefits started on 5/4/04. | So how then are the Health Care Insurance premiums are handled? Assume for Analysis that They are *Waived* for the employee | BRO00033 | 6/16/2005 | Teresita Del Rosario |
| 21 | 6/1/2004 | LOA is expired 6/1/04. | Which means that it started 6/1/2003? But that is debated later. | BRO00015 | 6/8/2004 | Teresita Del Rosario |
| 22 | 6/3/2004 | LOA ending 6/3/04. | Another start & end date for the LOA? | BRO00014 | 5/13/2004 | Candace Lacy |
| 23 | 6/8/2004 | Premium Waiver was sent to CIGNA on 6/8/04. | | BRO00033 | 6/18/2005 | Teresita Del Rosario |
| 24 | 7/13/2004 | ... given the 30 day waiting period, the earliest the leave would have started would be 7/13/03. | Mr. Williams seems certain that the LOA date should be 7/13/2003. | BRO00019 | 6/17/2004 | Steven Williamson |
| 25 | 7/14/2004 | Termination Date? Push out beyond 7/14/2004 due vacation paid? | So is the LOA start date of 7/13/03, now? And, what vacation is he referring to? | BRO0018 | 6/18/2004 | Steven Williamson |
| 26 | 7/26/2004 | LOA ends? | There appear to be three candidates for end of LOA: 6/1/04 (Item 21) and 6/3/04 (Item 22) and 7/26/04 (Item 25)? | BRO0018 | 6/30/2004 | Armida Balvaneda |
| 27 | 7/28/2004 | Termination Date. | It is not clear how this date was determined. | BRO0025 | 8/3/2004 | Carrie Burkhart |
| 28 | 7/28/2004 | Should LTD increase with H&W benefits not deducted? | What should happen to LTD after terminat | BRO0026 | 8/3/2004 | Carrie Burkhart |
| 29 | 7/28/2004 | The Employee Handbook says an employee on disability and collecting disability pay cannot have his/her | Assumption for analysis. | BRO0027 | 8/3/2004 | Julie Bryant |
| 30 | 7/28/2004 | Plan of Action: continue benefits until age 65. | Assumption for analysis. | BRO0030 | 10/22/2004 | Teresita Del Rosario |
| 31 | 6/16/2005 | Premium waiver to CIGNA. | Assumption for analysis. | BRO0034 | 7/22/2005 | Teresita Del Rosario |

# EXHIBIT D

# The Overpayment Revisited

| From | To | Days | Weeks | LTD Benefit (bi-weekly) | SSI: an Offset to LTD - see footnote (monthly) | Amount due Brownell | Amount paid Brownell (From SDGE Records) |
|---|---|---|---|---|---|---|---|
| These Dates Were Copied from SDGE Correspondence | | | | $ 1,302.56 | $ (1,636.00) | | |
| 8/27/2005 | 9/23/2005 | 28.00 | 4.00 | $ 2,605 | $ (1,505) | $ 1,100 | $ 3,387 |
| 9/24/2005 | 10/21/2005 | 28.00 | 4.00 | $ 2,605 | $ (1,505) | $ 1,100 | $ 3,908 |
| 10/22/2005 | 11/4/2005 | 14.00 | 2.00 | $ 1,303 | $ (752) | $ 550 | $ 2,605 |
| 11/5/2005 | 11/18/2005 | 14.00 | 2.00 | $ 1,303 | $ (752) | $ 550 | $ 2,605 |
| 11/19/2005 | 8/11/2006 | 266.00 | 38.00 | $ 24,749 | $ (14,297) | $ 10,451 | $ 24,749 |
| | | | | | | $ 13,752 | $ 37,253 |

| Overpayment | Difference with SDGE |
|---|---|
| $ 23,501 | $ **1,637.80** |

## Footnote: Calculating the *Correct* SSI Offset Amount

| | | |
|---|---|---|
| Days in a Year | 365.25 | there is one extra day every four years |
| *divide* by months in a Year | 12 | |
| = average days in a Month | 30.4375 | |

| | | |
|---|---|---|
| Days in two bi-weekly Pay Periods | 28 | |
| *divide* by average days in a Month | 30.4375 | |
| = average Month in two bi-weekly Pay Periods | 0.919918 | |
| *multiply* by SSI "monthly" Offset | $ 1,636.00 | |
| = Offset SSI amount for two bi-weekly Pay Periods | | **$ 1,504.99** |

### Annual amounts to Confirm the Offset

| | | | | | |
|---|---|---|---|---|---|
| LTD | $ 1,302.56 | x | 26 | $ 33,866.56 | |
| SSI | $ 1,636.00 | x | 12 | $ (19,632.00) | |
| | | | | | $ 14,234.56 |
| LTD | $ 1,302.56 | x | 26 | $ 33,866.56 | |
| SSI | **$ 1,504.99** | x | 13 | $ (19,564.81) | |
| | | | | | $ 14,301.75 |

The difference here is due to Leap-years.

# EXHIBIT E

## Schedule of Benefits, Offsets, and Deductions

| Year | Age | From (Time Periods) | To (Time Periods) | Days | Weeks | Compensation | LTD Benefit | SSI: an Offset to LTD | SDI: an Offset to LTD | Cash Plan (Health Insurance Benefits & Costs of Coverages) | SDGE Ee Cost (Health Insurance Benefits & Costs of Coverages) | Cobra + Supplemental Coverages (Health Insurance Benefits & Costs of Coverages) | Assignments, Insurance, Union Dues | Horizontal Sub-totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] |
| | | | | | | $ 1,021.60 | $ 1,302.56 | $ (1,636.00) | $ (602.00) | $ 420.56 | (138.00) | 810.00 | (123.49) | |
| | | | | | | weekly | bi-weekly | monthly | weekly | monthly | bi-weekly | monthly | bi-weekly | |
| **Disability to Termination** | | | | | | | | | | | | | | |
| | | 6/6/2003 | 6/25/2003 | 20.00 | 2.86 | $ 2,919 | | | | | $ (197) | | $ (176) | |
| | | 6/26/2003 | 12/1/2003 | 159.00 | 22.71 | Stops at start of LOA | | | | | $ (1,567) | this is the value of the Health insurance offered the Brownell's post termination | $ (1,402) | |
| | | 12/2/2003 | 6/7/2004 | 189.00 | 27.00 | | $ 17,585 | $ (10,159) | $ (16,254) | this is included in the $ 67,997 reported at 12/31/2004. | $ (1,863) | | Should cease with the initiation of LTD. | |
| | | 6/8/2004 | 7/28/2004 | 51.00 | 7.29 | | $ 4,745 | $ (2,741) | Stops at 6/7/2004 | | $ (503) | | | |
| | | | | | | $ 2,919 | $ 22,330 | $ (12,900) | $ (16,254) | $ - | $ (4,130) | $ - | $ (1,579) | $ (9,614) |
| **Termination to end of 2008** | | | | | | | | | | | | | | |
| 2004 | 51.83 | 7/29/2004 | 12/29/2004 | 154.00 | 22.00 | | $ 14,328 | $ (8,277) | | $ 67,997 | $ (1,518) | $ 4,098 | | |
| 2005 | 52.83 | 12/30/2004 | 12/28/2005 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2006 | 53.82 | 12/29/2005 | 12/27/2006 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2007 | 54.82 | 12/28/2006 | 12/26/2007 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2008 | 55.84 | 12/27/2007 | 12/31/2008 | 371.00 | 53.00 | | 34,518 | (19,941) | | 5,126 | (3,657) | 9,873 | | |
| | | | | | | $ - | $ 150,446 | $ (86,913) | | $ 88,212 | $ (15,939) | $ 43,031 | | $ 178,837 |
| **Future Benefits: 2009 to Age 65 are restated at Present Value below** | | | | | | | | | | | | | | |
| 2009 | 56.83 | 1/1/2009 | 12/30/2009 | 364.00 | 52.00 | | $ 33,867 | $ (19,565) | | $ 5,029 | $ (3,588) | $ 9,687 | | |
| 2010 | 57.83 | 12/31/2009 | 12/29/2010 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2011 | 58.83 | 12/30/2010 | 12/28/2011 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2012 | 59.82 | 12/29/2011 | 12/26/2012 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2013 | 60.82 | 12/27/2012 | 12/25/2013 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2014 | 61.83 | 12/26/2013 | 12/31/2014 | 371.00 | 53.00 | | 34,518 | (19,941) | | 5,126 | (3,657) | 9,873 | | |
| 2015 | 62.83 | 1/1/2015 | 12/30/2015 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2016 | 63.83 | 12/31/2015 | 12/28/2016 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2017 | 64.82 | 12/29/2016 | 12/27/2017 | 364.00 | 52.00 | | 33,867 | (19,565) | | 5,029 | (3,588) | 9,687 | | |
| 2018 | 65.00 | 12/28/2017 | 2/28/2018 | 63.00 | 9.00 | | 5,862 | (3,386) | | 870 | (621) | 1,677 | | |
| | | | | | | | $ 311,312 | $ (179,846) | | $ 46,232 | $ (32,982) | $ 89,043 | | $ 233,760 |

Future Benefits: 2009 to Age 65

**Exhibit E**

## Schedule of Benefits, Offsets, and Deductions

| Year | Age | Time Periods: From | Time Periods: To | Days | Weeks | Compensation | LTD Benefit | SSI: an Offset to LTD | SDI: an Offset to LTD | Cash Plan | Health Insurance Benefits & Costs of Coverages: SDGE Ee Cost | Health Insurance Benefits & Costs of Coverages: Cobra + Supplemental Coverages | Assignments, Insurance, Union Dues | Horizontal Sub-totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] |
| | | | | | | $ 1,021.60 | $ 1,302.56 | $ (1,636.00) | $ (602.00) | $ 420.56 | (138.00) | 810.00 | (123.49) | |
| | | | | | | weekly | bi-weekly | monthly | weekly | monthly | bi-weekly | monthly | bi-weekly | |
| Future Benefits: 2009 to Age 65 at Present Value | | | | | | Factors | | | | | | | | Future Benefits: 2009 to Age 65 |
| | | | | | | 0.06 | | | | | | | | |
| at Present Value | | | | | | 0.04 | | | | | | | | at Present Value |
| 8/31/2008 | | | | | | 2.42% | | | | | | | | |
| 7/1/2009 | 0.83 | 1/1/2009 | 12/30/2009 | 364.00 | 52.00 | 0.980 | $ 33,199 | $ (19,179) | | $ 4,930 | $ (3,517) | $ 9,496 | | |
| ####### | 1.83 | 12/31/2009 | 12/29/2010 | 364.00 | 52.00 | 0.957 | 32,419 | (18,729) | | 4,814 | (3,435) | 9,273 | | |
| ####### | 2.83 | 12/30/2010 | 12/28/2011 | 364.00 | 52.00 | 0.935 | 31,657 | (18,288) | | 4,701 | (3,354) | 9,055 | | |
| ####### | 3.82 | 12/29/2011 | 12/26/2012 | 364.00 | 52.00 | 0.913 | 30,913 | (17,858) | | 4,591 | (3,275) | 8,842 | | |
| ####### | 4.82 | 12/27/2012 | 12/25/2013 | 364.00 | 52.00 | 0.891 | 30,186 | (17,439) | | 4,483 | (3,198) | 8,634 | | |
| ####### | 5.83 | 12/26/2013 | 12/31/2014 | 371.00 | 53.00 | 0.870 | 30,037 | (17,352) | | 4,461 | (3,182) | 8,591 | | |
| 7/1/2015 | 6.83 | 1/1/2015 | 12/30/2015 | 364.00 | 52.00 | 0.850 | 28,771 | (16,621) | | 4,273 | (3,048) | 8,229 | | |
| ####### | 7.83 | 12/31/2015 | 12/28/2016 | 364.00 | 52.00 | 0.830 | 28,094 | (16,230) | | 4,172 | (2,976) | 8,036 | | |
| ####### | 8.83 | 12/29/2016 | 12/27/2017 | 364.00 | 52.00 | 0.810 | 27,434 | (15,849) | | 4,074 | (2,907) | 7,847 | | |
| ####### | 9.41 | 12/28/2017 | 2/28/2018 | 63.00 | 9.00 | 0.799 | 4,682 | (2,705) | | 695 | (496) | 1,339 | | |
| | | | | | | | $ 277,393 | $ (160,251) | | $ 41,195 | $ (29,388) | $ 79,342 | | $ 208,290 |

Total Past plus Present Value of Future Benefits, Net $ 377,513

Exhibit E