**DONALD A. GREEN (SBN 225171)**
**DOAN LAW FIRM LLP**
**8355 LA MESA BLVD.**
**LA MESA, CA 91941**
**(619) 462-2711 ♦ FACSIMILE (619) 698-7540**

**ATTORNEY FOR PLAINTIFF, MARK BROWNELL**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARK BROWNELL,

Plaintiff,

v.

SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY,

Defendants.

Case No. 08cv53-DMS (BLM)

**DECLARATION OF PLAINTIFF MARK BROWNELL**

I, the undersigned, declare:

1. I, MARK BROWNELL, am the Plaintiff in this action. This declaration is submitted based on the best of my personal knowledge and if called to testify would testify competently thereto unless such information is declared on information and belief as follows.

2. This action was initially filed by my attorney, DONALD A. GREEN, on January 9, 2008. I have generally alleged that San Diego Gas & Electric Company and/or Sempra Energy have denied me disability benefits and owe me for unpaid wages.

3. On July 28, 2004, SDGE apparently mailed a letter to my address stating that my employment with SDGE was terminated effective July 28, 2004 and that I would need to enroll with COBRA to continue coverage. As I was in the hospital at the time of this letter I did not receive this letter. A true and correct copy of the July 28, 2004 letter is attached hereto and incorporated herein by reference as **Exhibit A** (Bates 000001-000002).

4. On September 10, 2004 I filed a claim with the Department of Labor for unpaid wages for my unpaid vacation time. This case remained open until November 5, 2007 because of my ongoing health concerns, and, especially, the debilitating effects of the amputation of my left leg and my diabetes.

5. On September 15, 2004, Cigna Insurance Group approved my request for a waiver of premium for supplemental life insurance benefits. A true and correct copy of the September 15, 2004 letter from CIGNA Group insurance is attached hereto and incorporated herein by reference as **Exhibit L**.

6. On December 7, 2004, Sempra Energy sent me a letter stating that they were denying my benefits under the *Summary Plan Description*. A true and correct copy of the July 28, 2004 letter is attached hereto and incorporated herein by reference as **Exhibit B** (Bates 000003).

7. A true and correct copy of my Cash Balance Plan as of December 31, 2004 showing an ending balance of $67,997.15 is attached hereto and incorporated herein by reference as **Exhibit C**.

8. Also, attached to my declaration and incorporated herein by reference are true and correct copies of portions of the SDG&E *Summary Plan Description* dated August 2000 provided to me by San Diego Gas & Electric and Sempra Energy when I was employed by SDGE. This *Summary Plan Description* pertains to all of my benefits with San Diego Gas & Electric. These documents include the following:

A. **Exhibit D**: The *Life Events* portion of the Summary Plan Description, including the Table of Contents and Pages 1-52 (Bates 000005 to 000060);

B. **Exhibit E**: The *Medical* portion of the Summary Plan Description, including the Table of Contents and Pages 1-54 (Bates 000061 to 0000116);

C. **Exhibit F**: The *Life and AD&D* portion of the Summary Plan Description, including the Table of Contents and Pages 1-27 (Bates 000117 to 000145);

D. **Exhibit G**: The *Disability* portion of the Summary Plan Description, including the Table of Contents and Pages 1-31 (Bates 000146 to 000178);

E. **Exhibit H**: The *Cash Balance Plan* portion of the Summary Plan Description, including the Table of Contents and Pages 1-20 (Bates 000179 to 000200);

F. **Exhibit I**: The *Vacation Buy/Sell* portion of the Summary Plan Description, including the Table of Contents and Pages 1-8 (Bates 000201 to 208);

9. I was informed by SDGE and Sempra Energy that my long term disability amount was $1,302.60 in a worksheet provided on or about December 7, 2004. (*Decl. of Mark Brownell, Exh. B*).

10. On August 24, 2006, I was informed that SDGE and Sempra made a mistake with my LTD payments and I owed them $25,239.16. A true and correct copy of the letter I received from SDGE dated August 26, 2008 is attached hereto and incorporated herein by reference as **Exhibit J**. SDGE and Sempra began to deduct these amounts from my LTD. They began deducting payments from the entire amount of my LTD paycheck beginning in October 2006 and continuing to August 23, 2008.

11. On August 26, 2008, I was informed that my LTD benefit was being reinstated, effective August 23, 2008. A true and correct copy of the letter I received from SDGE dated August 26, 2008 is attached hereto and incorporated herein by reference as **Exhibit K**. With this letter was a new long term disability calculation worksheet which stated that the amount of my LTD was to $1,302.60.

12. SDGE and Sempra Energy informed, promised, and provided in the Summary Plan Description guarantees that so long as I was receiving LTD I would also be entitled to my medical and other benefits.

13. SDGE has been improperly deducting amounts from my LTD since my termination. Despite the plan, I have not received any medical benefits, have had no contributions to my cash balance plan, and have had to incur significant out-of-pocket expenses for my serious medical care because of their breach of the plan benefits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at ATLANTA, TX on September 16, 2008.

By: [signature]
MARK BROWNELL