# EXHIBIT A

San Diego Gas & Electric
PO Box 129831
San Diego, CA 92112-9831

SDGE

A Sempra Energy utility℠

July 28, 2004

CERTIFIED MAIL/RETURN RECEIPT REQUESTED and U.S. Mail

Mr. Mark Steven Brownell
1695 Pepper Drive
El Cajon, CA 92021

Dear Mr. Brownell:

As you are aware, you have been off work for an extended period of time. Our understanding is that you have been unable to return to your former position and that you were unable to secure an alternative position for which you are qualified within the time period afforded you by the collective bargaining agreement. Given this, your employment with SDG&E is terminated effective July 28, 2004.

Any applicable benefit information, for which you may be eligible, is detailed below:

*Medical, Dental & Vision*
You may be able to continue this coverage for up to 18 months under COBRA. The appropriate paperwork including the rates and application will be sent to you, if applicable, within 31 days by the third party administrator, COBRASERV. If you have any questions regarding your COBRA rights or benefits, please contact COBRASERVE at 1-800-877-7994.

*Savings Plan & Pension Plan*
If applicable, you may receive information from Employee Benefits at Sempra Energy in the next several weeks regarding payout options.

If you have any questions regarding your benefits, you may contact Employee Benefits at Sempra Energy at 619-696-4900.

Sincerely,

Steven E. Williamson
Sr. Labor Relations Advisor

SEW:dc

# LONG TERM DISABILITY
# BENEFIT CALCULATION WORKSHEET
CORRECTED NOTICE

EMPLOYEE NAME: Mark S. Brownell

TOTAL COMPENSATION LAST DAY WORKED: $56,601.20

BENEFIT PERCENTAGE:

(A) Maximum bi-weekly benefit: $1,302.60

(B) Other income (offsets):
SDI/UCDI ______________________
Workers' Compensation ____________
Social Security ______________________ $818.00 bi-weekly

BIWEEKLY LONG TERM DISABILITY BENEFIT (A minus B): $484.00

DISABILITY DATE: 6/6/03

ELIMINATION PERIOD: 6/6/03-12/02/03

EFFECTIVE DATE: 12/02/03

DATE INITIAL PAYMENT COMMENCES: 12/12/03

REMARKS:

Long Term Disability Plan benefits are reduced by other sources of disability. LTD Plan benefits are also subject to tax and will be reduced by any health and welfare benefits you may be receiving.

COMPLETED BY:__Candace Lacy__________________ DATE:____06/21/04____________

*(portal* SDTL02)

# EXHIBIT B

Sempra Energy®

Larry I. Stein
Attorney

555 W. Fifth Street, Suite 1400
Los Angeles, CA 90013-1011

Tel: 213.244.2958
Fax: 213.629.9620
lstein@sempra.com

December 7, 2004

Mr. Mark Steven Brownell
1695 Pepper Drive
El Cajon, CA 92021

**RE: Your Appeal for Health Care Coverage & Pension Credits**

Dear Brownell:

Please be advised that your claim of entitlement to Company paid medical and other ancillary benefits during your period of receipt of Long Term Disability Benefits was reviewed by the Benefits Committee on November 19, 2004. Your claim was respectfully denied.

In reaching this decision, the Committee carefully review material presented on your behalf by Mr. Fecher, Business Representative for Local 465 of the IBEW. The Committee reviewed the portions of the Summary Plan Description which he called to it's attention.

However, in reaching it's conclusion, the Committee relied on page 113 of the Collective Bargaining Agreement entitled "Sick Leave of Absence", which provides that an employee will be terminated if unable to return to work within one year.

The Company further relied on portions of the respective Summary Plan Descriptions including the Medical Plan/Summary Plan Description which provide that coverage ceases upon termination of employment. In interpreting plan provisions the Company also took notice of past practice.

This is the final step in the claims procedure. Please review your Summary Plan Description for any further steps or actions you may take.

Very truly yours,

Larry I. Stein
Secretary, Benefits Committee

LIS:sf
Cc: Benefits Committee
Steven Williamson, SDG&E
Jerry Fletcher

000003

LD2D-#155954 v1

# EXHIBIT C

# San Diego Gas & Electric Company Cash Balance Plan

## Annual Cash Balance Statement
## December 31, 2004

Name: Mark S Brownell
Social Security Number: XXX-XX-8105
Date of Birth: 03/01/1953

Cash Balance Plan: CB15
Company: San Diego Gas & Electric
Contribution Rate as of 12/31/2004: 9.50%*
2004 Interest Rate: 5.12%**

### Benefit Data

| | Base Account | Employer Credit Account |
|---|---|---|
| Beginning Balance 01/01/2004 | $34,582.19 | $24,337.78 |
| Contribution Credit | N/A | $5,243.94 |
| Interest Credit | $2,462.25 | $1,370.99 |
| Ending Balance 12/31/2004 | $37,044.44 | $30,952.71 |

**Total Ending Account Balance 12/31/2004** **$67,997.15**

**Monthly Accrued Benefit Payable at Normal Retirement Age (65) - Cash Balance Plan** **$704.67**

This projected amount represents a lifetime annuity based on your ending account balance as of 12/31/2004, assuming no future contribution credits, but assuming interest credits at 4.89% until age 65. This estimate is provided for illustrative purposes only in accordance with IRS Code Section 411.

**6/30/2003 Frozen Monthly Benefit Payable at Normal Retirement Age (65) -** **$446.97**

This amount represents your accrued benefit as a monthly lifetime annuity under the frozen grandfathered plan.

**You are 100% vested**

The above Cash Balance calculation of benefits is based on 12/31/2004 participant data. Although every effort has been made to calculate benefits on a realistic and accurate basis, the Company reserves the right to make any necessary adjustments when your final benefit is calculated. The Company reserves the right to change, amend, or terminate the Cash Balance Plan at any time.

* Percentage of your pensionable earnings contributed to your Employer Credit Account as of 12/31/2004. If you are a grandfathered plan participant and were 40 years old or older with fewer than 15 years of service on the date of the conversion to the Cash Balance Plan, your contribution rate includes an additional 2% until you complete 15 years of service or your employment ends. The contribution rate above is the rate effective as of 12/31/2004. If you transferred employment during the year, you may have multiple credit rates. Please see the detail of your monthly contribution credits on the next page.

** The rate used to calculate interest credits to your Employer Credit Account and Base Account. If you participated in the grandfathered plan on the date of the conversion to the Cash Balance Plan and had less than 30 years of service at that time, your Base Account includes an additional 2% interest credit until you complete 30 years of service or your employment ends.

# EXHIBIT D

# FOR YOUR BENEFIT



## San Diego Gas & Electric Summary Plan Descriptions

SDGE®

# TABLE OF CONTENTS


**HOW TO USE THIS LIFE EVENTS GUIDE** ........ **1**

**LIFE EVENTS DOCUMENTATION SUMMARY** ........ **2**

**CONGRATULATIONS—YOU'RE GETTING MARRIED!** ........ **3**

- Adding a New Spouse and/or Dependent Child to Your Health Coverage (Medical, Dental, Vision) ........ 3
- Who is a Dependent? ........ 4
- Purchasing Additional Life and AD&D Insurance ........ 4
- Updating Your Beneficiary Information ........ 5
- If You're Moving as a Result of Your Marriage ........ 5
- Enrolling in a Flexible Spending Account or Changing Current Elections ........ 5
- Documentation/Forms You Need Checklist ........ 6
- Where to Get More Information ........ 7

**CONGRATULATIONS—YOU'RE BECOMING A PARENT!** ........ **8**

- Pregnancy Disability Leave ........ 8
- Family Leave ........ 9
- Adding the Child to Your Coverage (Medical, Dental, Vision) ........ 9
- Purchasing Life Insurance for Your Child ........ 10
- Adding the Child as a Beneficiary to Your Plans ........ 10
- Enrolling in or Changing a Flexible Spending Account ........ 11
- Documentation/Forms You Need Checklist ........ 11
- Where to Get More Information ........ 13

**THEY'RE ON THEIR OWN** ........ **14**

- When Your Dependent Is No Longer Eligible for Coverage ........ 14
- When Your Child Goes Off to School ........ 15
  - *If Attending School in California* ........ *15*
  - *If Attending School Out of California* ........ *16*
- Documentation/Forms You Need Checklist ........ 16
- Where to Get More Information ........ 16

**GOING TO THE DOCTOR** ........ **18**

- If You're Enrolled in a Health Maintenance Organization (HMO) ........ 18
  - *Blue Cross CaliforniaCare* ........ *18*
  - *Kaiser Permanente* ........ *18*
- If You're Enrolled in the Blue Cross Plus POS Plan ........ 19
- Documentation/Forms You Need Checklist ........ 19
- Where to Get More Information ........ 20

**GOING INTO THE HOSPITAL** 21

If You're Enrolled in a Health Maintenance Organization (HMO) 21

*Blue Cross CaliforniaCare* 21

*Kaiser Permanente* 21

If You're Enrolled in the Blue Cross Plus POS Plan 21

Using Your Sickness Allowance and/or Disability 23

Documentation/Forms You Need Checklist 23

Where to Get More Information 24

**LIVING WITH YOUR DISABILITY** 25

How Your Disability Benefits Work 25

Other Sources of Disability Income 26

*Workers' Compensation* 26

*SDG&E Voluntary Disability Plan (VDI)* 26

*California State Disability Insurance (SDI)* 26

*Social Security Disability (SSD)* 26

*Total Disability Income from the Pension Plan* 26

Waiver of Life Insurance Premium 27

If You Need to Go to the Hospital 27

*If Your Condition Is Work-Related* 27

*If You're Enrolled in a Health Maintenance Organization (HMO)* 27

*If You're Enrolled in the Blue Cross Plus POS Plan* 28

Continuation of Other Benefits During Disability 28

Documentation/Forms You Need Checklist 29

Where to Get More Information 30

**IF YOU'RE RETIRING** 32

Retirement Criteria 32

Retirement Notification 32

Receiving Retirement Benefits 32

*Savings Plan* 33

*Cash Balance Plan (Pension Plan)* 33

*Medical* 34

*Dental and Vision* 34

*Employee, Spouse and/or Dependent Child Life Insurance* 34

*AD&D* 34

Documentation/Forms You Need Checklist 35

Where to Get More Information 35

**If You're Transferring Between Business Units** 36

Benefit Choices 37

*Life Insurance* 38

*Transferring Your Long-Term Care (LTC) Coverage* 38

*Transferring Your Savings Plan* 38

*Flexible Spending Accounts and Vacation Buy/Sell* 38

Documentation/Forms You Need Checklist 38

Where to Get More Information 39

**Leaving the Company Before Normal or Early Retirement** 40

What Happens to Your Health Care Coverage (Medical, Dental, Vision) 40

What Happens to Your Health Care Flexible Spending Account (FSA) 40

What Happens to Your Dependent Care Flexible Spending Account (FSA) 40

What Happens to Your Employee, Spouse and Dependent Child Life, Accidental Death and Dismemberment (AD&D) and Disability Insurance Coverage 41

What Happens to Your Retirement Plans 41

Documentation/Forms You Need Checklist 42

Where to Get More Information 42

**Getting Divorced** 44

Making Changes 44

What You Need to Do 44

Common Benefits Questions and Answers When Going Through a Divorce 46

Documentation/Forms You Need Checklist 47

Where to Get More Information 48

**If a Death Occurs** 50

What You or Your Survivors Need to Do 50

Documentation/Forms You Need Checklist 51

Where to Get More Information 51

# How to Use This Life Events Guide

*In our day-to-day lives, we often need to anticipate and find solutions for everyday challenges. Sometimes we encounter unexpected situations and we need a little help.*

*That's why we've created this Life Events Guide that "walks you through" the steps you need to take to make sure your benefits program is adjusted according to your changing needs. You will find information ranging from what you need to do when you're getting married, to what steps you need to take if you're ever hospitalized.*

*Keep this Life Events Guide handy and refer to it if you experience any one of the following "life events:"*

- Congratulations—You're Getting Married!
- Congratulations—You're Becoming a Parent!
- They're on Their Own
- Going to the Doctor
- Going Into the Hospital
- Living With Your Disability
- If You're Retiring
- If You're Transferring Between Business Units
- If You're Leaving the Company
- Getting Divorced
- If a Death Occurs.

**Important!**

**This Life Events Guide is designed to help you use your benefits. It is not a Plan Document. Should any discrepancies occur between this guide and the official Plan Document(s), the official Plan Document(s) will govern.**

# Life Events Documentation Summary

Each Life Event requires specific action steps and the completion or presentation of different documents and/or forms. Use the chart below for quick information on the documentation and forms you may need for different Life Events.

| | Marriage | New Child | Child No Longer Dependent | Doctor | Hospital | Sickness | Short-Term Disability | Long-Term Disability | Transfers | Termination | Retirement | Divorce | Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Enrollment** | | | | | | | | | | | | | |
| Worksheet | | | | | | | | | X | | | X | |
| **Change of Status** | | | | | | | | | X | | | | |
| Family Status Change Form | X | X | X | | | | | X | | | | X | X |
| Divorce Decree | | | | | | | | | | | | X | |
| Marriage License | X | | | | | | | | | | X | | |
| Birth Certificate | | X | | | | | | | | | | | |
| Court Order | | X | | | | | | | | | | X | |
| Adoption Papers | | X | | | | | | | | | | | |
| **Beneficiary Designation** | | | | | | | | | | | | | |
| Life/AD&D/Business Travel | X | X | | | | | | | X | | | X | X |
| Cash Balance | X | X | | | | | | | X | | | X | X |
| 401(k) Savings | X | X | | | | | | | X | | | X | X |
| **Claim Forms** | | | | | | | | | | | | | |
| Medical | | | | X | X | | X | X | | | | | |
| Dental | | | | X | X | | | | | | | | |
| Life Insurance | | | | | | | | | | | | | X |
| AD&D Insurance | | | | | | | | | | | | | X |
| SDI/VDI | | X | | | X | | X | | | | | | |
| LTD | | | | | | | | X | | | | | |
| **Others** | | | | | | | | | | | | | |
| FMLA Request | | X | | | | | X | X | | | | | |
| Medical Certification | | X | | | X | X | X | X | | | | | |
| Accident Report | | | | | | | | | | | | | X |
| Conversion Form | | | X | | | | | | | X | X | X | |
| Waiver of Life Premium | | | | | | | | X | | | | | |
| Notice of Retirement Form | | | | | | | | | | | X | | |
| COBRA Election Form | | | X | | | | | | | X | X | X | X |
| Qualified Medical Child Support Order | | X | | | | | | | | | | X | |
| Qualified Domestic Relations Order | | | | | | | | | | | | X | |
| Plan to Plan Transfer Form | | | | | | | | | X | | | | |

# CONGRATULATIONS—YOU'RE GETTING MARRIED!

*Congratulations! You're beginning an exciting chapter in your life. Taking the time to make the appropriate benefit changes will help ensure a smooth transition to married life. Below is a list of steps you need to take so that you can add your spouse and/or a new dependent child to your benefits plan.*

## Adding a New Spouse and/or Dependent Child to Your Health Coverage (Medical, Dental, Vision)

**Important!**

**You must add your spouse and/or other dependents to your plans no later than 31 days following your date of marriage. Otherwise, you cannot add them until the next annual open enrollment period, unless you have a qualified status change.**

Here's what you need to do:

1. If your spouse already has health care coverage, evaluate both plans (your spouse's and the Company's plan) to decide which one to use to cover each of you (as well as any children). You both can be covered under one plan, or you can each be covered under separate company plans. You may want to begin this process early as most employers, including the Company, require that you make any changes to your plans within 31 days of the date of marriage.
2. Obtain the *Family Status Change Form* from Employee Benefits. Indicate which plans your spouse and/or child will be enrolled in. If you enroll dependents, they must be in the same plan as you. If you're enrolled in the Blue Cross Plus POS Plan or an HMO other than Kaiser, you must select a primary care physician (PCP) or primary medical group (PMG) for your spouse or child. If you're enrolled in the SafeGuard Dental Plan, you need to select a primary dentist for your spouse or child. If you're enrolled in the Blue Cross DentalNet dental plan, your spouse or child will have the same primary care dentist as you.
3. Date and sign the completed form and return it to Employee Benefits with a copy of your marriage license within 31 days of marriage. Be sure to keep a copy for your records.
4. Changes take effect the first of the month following your marriage. Your contribution (payroll deductions) also will be retroactive to that date.
5. If a change in your contribution occurs, it will usually begin the first payday of the month after you turn in your form and will include any retroactive employee contributions.

## Who is a Dependent?

Your eligible family members may participate in your health insurance plans as dependents. They include:

- Your legal spouse
- Your domestic partner and any eligible, dependent children of your domestic partner as described below. (You must complete an Affidavit of Domestic Partnership. Your domestic partner is eligible for medical, dental and vision coverage)
- Your unmarried dependent children to age 19 or to age 23 if a full-time student. Eligible dependent children include your natural or legally-adopted children, children placed in your home for adoption, stepchildren and children for whom you or your spouse/domestic partner are the court-appointed legal guardian
- Your unmarried children, regardless of age, who are mentally or physically disabled and are dependent on you for support. (To arrange for coverage to continue after your dependent child reaches age 19, notify your health care insurance carriers in writing before your child's 19th birthday and send Employee Benefits a copy of the approval letters), and
- Children under the age of 19 or up to age 23 if a full-time student, for whom you're compelled by a court order to provide health coverage.

## Purchasing Additional Life and AD&D Insurance

The following lists the steps you need to take if you want to purchase life insurance for your spouse or child.

1. You can add Spouse Life, Dependent Child Life and Family AD&D coverage for your spouse or child. Contact Employee Benefits for a *Family Status Change Form* to enroll your new dependent. Depending on the coverage amount selected, Evidence of Insurability may not be required if you enroll the new dependent within 31 days. Complete and submit the *Family Status Change Form* within 31 days of your marriage. (You are automatically the beneficiary for Dependent Child Life, Spouse Life and Family AD&D.)
2. Send the completed form to Employee Benefits and keep a copy for your records.
3. If a change in your contribution occurs, it will usually begin on the first payday after you turn in the form and will include any retroactive contributions.
4. Coverage will begin on the first of the month following the date of the event. If Evidence of Insurability is required, coverage will not begin until your application is approved by the insurance carrier.

## Updating Your Beneficiary Information

1. Obtain the *Beneficiary Designation Form* and complete the appropriate sections to change your beneficiary for Employee Life, Spouse Life and Dependent Child Life, AD&D and Business Travel Accident Insurance.

2. Your spouse is automatically your beneficiary for your Cash Balance Plan and Savings Plan. If you choose to name a trust or someone other than your spouse as the sole beneficiary of your Cash Balance and/or Savings Plan account, your spouse must give written, notarized consent. For the *Cash Balance Beneficiary Designation Form*, contact Employee Benefits. For the *Savings Plan Designation of Beneficiary Form*, contact T. Rowe Price.

3. Return the *SDG&E Savings Plan Designation of Beneficiary Form* directly to T. Rowe Price. Submit all other completed forms to Employee Benefits. Be sure to keep copies for your records.

4. Changes take effect when Employee Benefits or T. Rowe Price receive the appropriate signed and dated forms.

## If You're Moving as a Result of Your Marriage

You may wish to choose a different primary care physician (PCP) or primary medical group (PMG) if you're enrolled in a medical plan, or a different dentist if you are enrolled in SafeGuard or DentalNet. This can be done by calling your carrier directly. Phone numbers and web sites are listed under "Where to Get More Information" throughout this Life Events guide.

**Even if you make no changes to your benefits program, be sure to notify your timekeeper of your new address and phone number.**

## Enrolling in a Flexible Spending Account or Changing Current Elections

A Flexible Spending Account (FSA) lets you pay for certain health care and dependent care expenses with before-tax dollars. The Company offers two types of FSAs—the Health Care FSA and the Dependent Care FSA. For more information about the FSAs the Company offers, refer to the Flexible Spending Accounts section of this binder.

To enroll in or change either FSA:

1. Estimate your health care and/or dependent care expenses and decide on your annual contribution(s).

2. Complete the *Family Status Change Form* and submit it within 31 days of marriage.

3. Return the completed form to Employee Benefits and keep a copy for your records. Be sure to check that your deductions are correct. Your payroll deductions will usually begin during the next payroll period.

4. Changes in your FSA election must be consistent with the Qualified Status Change. For example, if you have a child, you may increase your FSA election. Please see the About Your Benefits section of this binder for a list of qualified status changes.

## Documentation/Forms You Need Checklist

*Beneficiary Designation Forms (Life Plans, 401(k) Savings Plan, Cash Balance Plan)*
*Family Status Change Form*
*Marriage License.*

**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

Certain benefit information is summarized in this section. For more detailed information, please see the following sections in this binder:

- Medical
- Dental
- Vision
- Life and Accidental Death and Dismemberment (AD&D)
- Flexible Spending Accounts
- About Your Benefits Program.

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| **Blue Cross** | 1-800-933-9146 | www.bluecrossca.com |
| **Kaiser Permanente** | 1-800-464-4000 | www.kaiserpermanente.org |
| **Dental** | | |
| **Delta Dental** | 1-888-335-8227 | www.deltadentalca.org |
| **SafeGuard** | 1-800-880-1800 | www.safeguard.net |
| **Blue Cross DentalNet** | 1-800-627-0004 | www.bluecrossca.com |
| **Vision** | | |
| **Vision Service Plan (VSP)** | 1-800-877-7195 | www.vsp.com |
| **Retirement** | | |
| **T. Rowe Price (Savings Plan)** | 1-800-922-9945 | rps.troweprice.com |
| **Employee Benefits (Cash Balance Plan)** | 1-619-696-4900 | N/A |
| **Other** | | |
| **Disability Management Services (Workers' Compensation, Short- and Long-Term Disability)** | 1-619-696-4348 | N/A |
| **Employee Benefits (CIGNA Employee, Spouse and/or Dependent Child Life Insurance and AD&D)** | 1-619-696-4900 | N/A |
| **Short- and Long-Term Disability** | Contact Disability Management Services | |
| **FSA Administration (UniAccount)** | 1-888-209-7976 | www.bluecrossca.com |
| **Managed Health Network *** | 1-888-327-0015 | www.mhn.com |
| **HHRC (EAP) **** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*

# CONGRATULATIONS—YOU'RE BECOMING A PARENT!

*The arrival of your new child is an exciting time, but will also require some preparation. You may need to take some time off under the Company's Family Leave policy to ensure a smooth transition. You may also want to make changes to your benefits plan, such as covering your child under your health insurance or adding him or her as a beneficiary of your life insurance. Enrolling in a Flexible Spending Account is another benefit available to you. Following are the steps for making these changes.*

## Pregnancy Disability Leave

**Important!**

**Within 31 days of the birth, you must complete the Family Status Change Form to add the child as an eligible dependent for Medical, Dental, Vision and Life Insurance.**

If you're planning to take pregnancy disability leave, there are some steps you will need to take ahead of time. These are outlined below. By following these guidelines and handling the necessary paperwork now, you won't have to worry about your leave when the time comes. Your Medical, Dental, Vision, Employee Life, Spouse Life and Dependent Child Life coverage will continue while you're disabled.



1. At least one month before your due date, complete the *Family Leave Request Form*, which is available from your HR Advisor or your supervisor.
2. Obtain *medical certification* from your doctor. This can be a letter signed by your doctor stating that you are or will be disabled due to pregnancy. The letter should indicate both the beginning date of your leave and the tentative date on which you will be able to return to work.
3. Send the form, along with the *medical certification*, to your HR Advisor. Your HR Advisor will review the form and notify your supervisor. Your supervisor will notify you as to the type of leave for which you have been approved.
4. If you elected to participate in the California State disability plan, request the *State Disability Insurance (SDI) Form* from your doctor or the local state disability office. Locations and phone numbers are listed in the government pages of the phone book under the State of California Employment Development Department.
5. Depending on the plan you've chosen, complete either the *SDG&E Voluntary VDI Plan Form* available from Disability Management Services (DMS) or the *State Disability Insurance Form,* and ask your doctor to complete the physician section. Send it to the address listed on the form. This will ensure you receive all SDI or VDI benefits to which you are entitled. Benefits under either of these plans begin after you use all Current Sick Leave and any Extended Sick Leave you have available.

## Family Leave

At the end of your pregnancy disability leave, (in California, the maximum is up to 16 weeks provided your doctor certifies that you are disabled for that length of time) you can extend your time off for an additional 12 weeks without pay under California law by using your Family Leave. You can continue your benefits during this time, but you must pay your share of the cost of coverage while you are on leave.

Here's what you need to do:

1. Complete the *Family Leave Request Form.* Include an explanation of the reason for your request for an FMLA leave.
2. Forward this form to your supervisor at least 30 days prior to the date you want to begin your Family Leave.
3. Your supervisor will let you know if your request is approved, and if so, for what length of time.
4. Your contributions for your benefit coverage accrue while you are on unpaid leave. This amount will be deducted from your pay when you return to work.



During your unpaid Family Leave, you may voluntarily use any flex days or vacation time you have available to sustain pay. The use of paid time will not extend the duration of your approved Family Leave.

## Adding the Child to Your Coverage (Medical, Dental, Vision)

Your child is automatically covered for the first 31 days of birth, adoption, placement for adoption or court-appointed legal guardianship. **Take the following steps to ensure that your child has coverage after the initial 31 day period.**

1. If your spouse already has health care coverage, evaluate both plans (your spouse's and the Company's plan) to decide which one to use to cover your new child. You may want to begin this process early as most employers, including the Company, require that you make any changes to your plans within 31 days of the date of birth.
2. Obtain the *Family Status Change Form* from Employee Benefits. Indicate which plans your child will be enrolled in. If you enroll your child, your child must be in the same plans as you. If you're enrolled in the Blue Cross Plus Point-of-Service (POS) plan or CaliforniaCare HMO, select a primary care physician (PCP) or primary medical group (PMG) for your child by contacting Blue Cross directly. If you're enrolled in the SafeGuard dental plan, select a primary dentist for your child. If you're enrolled in the Blue Cross DentalNet dental plan, your child will have the same primary care dentist as you.

3. Date and sign the completed form and return it to Employee Benefits within 31 days of birth, adoption or court-appointed legal guardianship. Be sure to keep a copy for your records.

4. Coverage begins retroactively to the date of birth, adoption, placement for adoption or date of marriage to a stepchild's parent **(only if you submit the Family Status Change Form to Employee Benefits within the 31 day time period)**. Other changes take effect the first of the month following the event. Your contribution (payroll deductions) also will be retroactive to the coverage date.

5. If a change in your contribution occurs, it will take place during the next payroll period after you turn in your form.

## Purchasing Life Insurance for Your Child

The following lists the steps you need to take if you want to purchase life insurance for your child.

1. You can change to family AD&D coverage if you have employee only coverage. Evidence of insurability is not required. If you already have family coverage, your new child will be covered automatically.

2. Complete the *Family Status Change Form* for family AD&D. If you want to enroll your child in child life, select either $5,000 or $10,000 child life coverage. (You are automatically the beneficiary for dependent life insurance and AD&D.) Send the completed form to Employee Benefits and keep a copy for your records.

3. If a change in your contribution occurs, it will usually take place the first payday of the month after you turn in the form.

## Adding the Child as a Beneficiary to Your Plans

1. Obtain the *Beneficiary Designation Form* from Employee Benefits and complete the appropriate sections to change your beneficiary for Employee or Spouse Life Insurance, AD&D and Business Travel Accident Insurance. You can also get the *Cash Balance Beneficiary Form* from Employee Benefits. Contact T. Rowe Price if you want to update your beneficiaries for the Savings Plan.

2. If you are married, your spouse is automatically your beneficiary for your Cash Balance Plan and Savings Plan. If you choose to name a trust or someone other than your spouse as the sole beneficiary of your Cash Balance Plan and/or Savings Plan account, your spouse must give consent by signing the *Cash Balance Beneficiary Designation Form* and/or the *Savings Plan Beneficiary Designation Form.*

3. Return the *SDG&E Savings Plan Designation of Beneficiary Form* directly to T. Rowe Price. Submit all other completed forms to Employee Benefits. Be sure to keep copies for your records.

4. Changes take effect when Employee Benefits or T. Rowe Price receive the appropriate signed and dated forms.

## Enrolling in or Changing a Flexible Spending Account

A Flexible Spending Account (FSA) lets you pay for certain health care and dependent care expenses with before-tax dollars. The Company offers two types of FSAs— the Health Care FSA and the Dependent Care FSA. For more information about the FSAs, refer to the Flexible Spending Accounts section of this binder.

**Important!**

**You must enroll in an FSA within 31 days following the date of birth, legal guardianship or adoption. Otherwise, you must wait until the next annual open enrollment period.**

To enroll in either FSA:

1. Estimate your health care and/or dependent day care expenses and decide on your contribution(s) for that year or the remainder of the current plan year.
2. Complete the *Family Status Change Form* and submit it within 31 days of birth.
3. Return the completed form to Employee Benefits. Be sure to check that your deductions are correct. Your changes will take effect the first of the month following your election. Payroll deductions will usually begin the first payroll period of the month.

## Documentation/Forms You Need Checklist

*Beneficiary Designation Forms (Life Plans, 401(k) Savings Plan, Cash Balance Plan)*
*Family Leave Request Form*
*Family Status Change Form*
*Medical Certification*
*State Disability Insurance Form or SDG&E Voluntary Disability Plan Form (VDI)*
*Birth Certificate*
*Court Order*
*Adoption Papers.*

**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

Certain benefit information is summarized in this section. For more detailed information, please see the following sections in this binder:

- Medical
- Dental
- Vision
- Life and Accidental Death and Dismemberment (AD&D)
- Disability (including Sick Leave)
- Flexible Spending Accounts
- 401(k) Savings Plan
- Cash Balance Plan.

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| **Blue Cross** | 1-800-933-9146 | www.bluecrossca.com |
| **Kaiser Permanente** | 1-800-464-4000 | www.kaiserpermanente.org |
| **Dental** | | |
| **Delta Dental** | 1-888-335-8227 | www.deltadentalca.org |
| **SafeGuard** | 1-800-880-1800 | www.safeguard.net |
| **Blue Cross DentalNet** | 1-800-627-0004 | www.bluecrossca.com |
| **Vision** | | |
| **Vision Service Plan (VSP)** | 1-800-877-7195 | www.vsp.com |
| **Retirement** | | |
| **T. Rowe Price (Savings Plan)** | 1-800-922-9945 | rps.troweprice.com |
| **Employee Benefits (Cash Balance Plan)** | 1-619-696-4900 | N/A |
| **Other** | | |
| **Disability Management Services (Workers' Compensation, Short- and Long-Term Disability)** | 1-619-696-4348 | N/A |
| **Employee Benefits (CIGNA Employee, Spouse and/or Dependent Child Life Insurance and AD&D)** | 1-619-696-4900 | N/A |
| **Short- and Long-Term Disability** | Contact Disability Management Services | |
| **FSA Administration (UniAccount)** | 1-888-209-7976 | www.bluecrossca.com |
| **Managed Health Network *** | 1-888-327-0015 | www.mhn.com |
| **HHRC (EAP) **** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*

# They're on Their Own

*Sometimes life's changes can catch us by surprise, especially when they involve a child. But if your child goes through a change that means he or she is no longer eligible for benefits, you need to be prepared.*

## When Your Dependent Is No Longer Eligible for Coverage

If you have a dependent child covered under your medical, dental and/or vision coverage, he or she will lose eligibility if one of the following events occurs.

If he or she:

- Reaches age 19 and is not a full-time student (three courses per term except summer)
- Reaches age 23 regardless of student status
- Marries
- Is no longer dependent upon you for at least 50% financial support
- Joins the military service.

If any of these events occur, you need to remove the dependent from your Company insurance coverage immediately. Your child may be able to continue coverage through COBRA.

Your dependents include your unmarried children, regardless of age, who are mentally or physically disabled and are dependent on you for support. If your child is 19 or older and totally disabled, and he or she has been continuously covered under your benefits program, you can continue to cover him or her under your program. (To arrange for coverage to continue after your dependent child reaches age 19, notify your health care insurance carriers in writing before your child's 19th birthday and send Employee Benefits a copy of the approval letters.) Remember to contact your dental and/or vision carriers, as well as your medical plan. For more information, contact Employee Benefits.

Here's what you need to do if your dependent is no longer eligible for coverage:

1. Complete the *Family Status Change Form.*
2. Send the completed form to Employee Benefits. Keep a copy for your records.
3. Coverage will stop at the end of the month in which the event occurs. Any change in your cost will take effect in the first paycheck of the month following the date coverage ends.

## When Your Child Goes Off to School

When your child graduates high school and prepares for the future, you need to also prepare for his or her health care coverage while in college.

You can continue to cover your child under your health plan if he or she is:

- Under age 23
- A full-time student (three courses per term except summer)
- Unmarried and
- Dependent upon you for at least 50% financial support.

**COBRA Notification**

**If your dependent loses coverage, he or she will be eligible for COBRA. COBRA is a way to continue health care coverage under the Company's program. For more information on COBRA, refer to the Plan Information section of this binder.**

Keep in mind that you may need to change your child's primary care physician (PCP) or primary medical group (PMG). You also need to review plan information regarding coverage outside the service area. All plans provide coverage for emergency care. However, most HMOs will not provide coverage for routine care and care that is not considered a medical emergency.

If you are enrolled in SafeGuard or DentalNet, contact the carrier about selecting a different dentist for your child. Coverage under these plans is only available in California.

Here's what you need to do:

| | |
|---|---|
| If your child **is already covered** under your health insurance and meets the requirements, his or her coverage will continue. | If your child **was not previously covered** under your plan and meets the requirements, you can enroll him or her during the next annual open enrollment period. |

### *If Attending School in California*

If your child is moving to a different city, contact the medical plan for a list of PCPs/PMGs in that area and the dental carrier if you are enrolled in SafeGuard or DentalNet. Notify the medical plan of the new PCP/PMG selected and the dental plan of the new dentist selected. Kaiser members should request a directory of Kaiser locations in the new area.

### If Attending School Out of California

Kaiser members should request claim forms in the event of an emergency. Kaiser does not cover routine care outside of California.

Blue Cross has a national network of HMO providers. If your child needs to see a doctor for any reason, he or she can call HMO-USA at the number shown on the back of the Blue Cross ID card for a local HMO doctor. Coverage, including copays, is the same as in California if your child goes to a local HMO provider.

Except for emergencies, SafeGuard and DentalNet are available only in California. Delta Dental contracts with dentists across the United States. Contact Delta directly for a list of dentists in the area.

Employees who have children attending school in other states may need to review their medical and dental plan selections during the next annual open enrollment period.

## Documentation/Forms You Need Checklist



*Family Status Change Form*
*Medical Claim Forms.*

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| **Blue Cross** | 1-800-933-9146 | www.bluecrossca.com |
| **Kaiser Permanente** | 1-800-464-4000 | www.kaiserpermanente.org |
| **Dental** | | |
| **Delta Dental** | 1-888-335-8227 | www.deltadentalca.org |
| **SafeGuard** | 1-800-880-1800 | www.safeguard.net |
| **Blue Cross DentalNet** | 1-800-627-0004 | www.bluecrossca.com |
| **Vision** | | |
| **Vision Service Plan (VSP)** | 1-800-877-7195 | www.vsp.com |
| **Other** | | |
| **Managed Health Network *** | 1-888-327-0015 | www.mhn.com |
| **HHRC (EAP) **** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*

**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

Certain benefit information is summarized in this section. For more detailed information, please see the following sections in this binder:

- Medical
- Dental
- Vision
- Plan Information
- Life and Accidental Death and Dismemberment (AD&D).

# Going to the Doctor

*When you need to see your doctor for office visits, just follow these steps. See the Medical section of this binder for details on the medical options available to you.*

## If You're Enrolled in a Health Maintenance Organization (HMO)

**Important!**

**If you want to change your PCP or PMG, call Blue Cross using the "Where to Get More Information" listing at the end of this guide.**

### *Blue Cross CaliforniaCare*

If you're enrolled in the Blue Cross CaliforniaCare HMO, simply go to your primary care physician (PCP) first to receive care. Here's what you need to do:

1. Call your PCP to make an appointment.
2. When you go to your appointment, you will pay a $5 copay per visit. There are no deductibles and the plan pays 100% of most covered expenses. Be sure to take your identification (ID) card with you to the appointment.
3. If you need to see a specialist, your PCP will coordinate all referrals and authorizations.

### *Kaiser Permanente*

You can see any Kaiser physician in any Kaiser facility at any time. Kaiser will take care of all the paperwork and necessary approvals. Here's what you need to do:

1. Call a Kaiser facility and make an appointment. You can request a particular provider or see whatever provider is available at the time of your appointment.
2. You will pay a $5 copay per office visit and a $5 copay for prescription drugs. There are no deductibles and most covered expenses are covered by the plan at 100%. Be sure to take your ID card with you to the appointment.
3. If you need to see a specialist, your Kaiser physician will coordinate all referrals and authorizations.

## If You're Enrolled in the Blue Cross Plus POS Plan

The Blue Cross Plus Point-of-Service (POS) plan is like three different medical plans rolled into one plan. You select how you want to receive services, at the time you need care. How much you pay depends on how you receive care. You can:

- See a PCP under **Level 1** just like you would in an HMO
- Go to any Blue Cross Prudent Buyer provider (including specialists) or hospital under **Level 2**
- Go to a provider or hospital not in the HMO or Prudent Buyer network under **Level 3**.

Here's what you need to do:

| | Level 1 | Level 2 | Level 3 |
|---|---|---|---|
| **How Do I Access Care?** | Call your PCP to make an appointment. | Call any Prudent Buyer physician to make an appointment. | Call any physician to make an appointment. |
| **How Much Do I Pay?** | You will pay a $5 copay per visit. There are no deductibles and the plan pays 100% of most covered expenses. | You pay 20% of most covered expenses after you meet the annual deductible.* | You pay 40% of the usual and customary (U&C) fee, plus the amount over U&C, after you meet the annual deductible.* |
| **How Do I See a Specialist?** | Your PCP will handle all referrals and authorizations. | Call any Prudent Buyer physician and make an appointment. | Call any physician to make an appointment. |
| **Do I Need to File a Claim Form?** | No. | No. | Yes. Call Blue Cross for claim forms. |

**The deductible is applied to both level 2 and level 3 services.*



## Documentation/Forms You Need Checklist

*Claim forms*

If you seek care from non-network providers (Level 3 of the POS plan) you can obtain a claim form from Blue Cross.

*HMO Claim Form*

If you seek treatment in an emergency and are outside the provider's service area, contact your HMO's customer service department for a claim form.

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| **Blue Cross** | 1-800-933-9146 | www.bluecrossca.com |
| **Kaiser Permanente** | 1-800-464-4000 | www.kaiserpermanente.org |
| **Other** | | |
| **Managed Health Network** * | 1-888-327-0015 | www.mhn.com |
| **HHRC (EAP)** ** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*

Certain benefit information is summarized in this section. For more detailed information, please see the Medical section in this binder.

# Going into the Hospital

*If you need to go to the hospital, make sure you're following the proper procedures to ensure that you do not lose any benefits. See the Medical section of this binder for details of the medical options available to you. The following details include what you should do if you need to go to the hospital.*

## If You're Enrolled in a Health Maintenance Organization (HMO)

### *Blue Cross CaliforniaCare*

1. Your primary care physician will refer you to a network hospital and will coordinate all authorizations and utilization review.
2. As long as your care is authorized by your HMO, the plan will pay 100% of your covered costs.
3. Except for emergencies, unauthorized hospitalizations are not covered.

**Important!**

**In order to receive a directory of providers available to you, call your health care provider using the "Where to Get More Information" listing at the end of this guide.**

### *Kaiser Permanente*

1. Your Kaiser physician will refer you to a Kaiser or Kaiser-affiliated hospital, and will coordinate all authorizations and utilization review.
2. As long as your care is authorized by your Kaiser physician, the plan will pay 100% of your covered costs.

## If You're Enrolled in the Blue Cross Plus POS Plan

The Blue Cross Plus Point-of-Service (POS) plan is like three different medical plans rolled into one plan. You select how you want to receive services at the time you need care. How much you pay depends on how you receive care. You can:

- See your PCP under **Level 1** just like you would in an HMO
- Go to any Blue Cross Prudent Buyer provider (including specialists) or hospital under **Level 2**
- Go to any provider or hospital under **Level 3**.

Here's what you need to do:

| | Level 1 | Level 2 | Level 3 |
|---|---|---|---|
| **How Do I Access Care?** | Your PCP will refer you to a network hospital and will coordinate all authorizations. | Your Prudent Buyer physician will refer you to a Prudent Buyer network hospital and will coordinate all authorizations. | Your physician will arrange for care at a hospital he/she affiliates with. You are responsible for contacting utilization review to arrange authorization. |
| **How Much Do I Pay?** | As long as your care is authorized by Blue Cross, the plan will pay 100% of most covered expenses. | As long as your care is authorized by Blue Cross, you pay 20% of most covered expenses after you meet the annual deductible. | As long as your care is authorized by Blue Cross, you pay 40% of usual and customary (U&C) expenses*, plus the amount over U&C, after you meet your annual deductible. |
| **How Does Utilization Review (UR) Work?** | Your PCP will coordinate all UR. | Your Prudent Buyer physician will contact the Review Center for preauthorization. | You, your family or your doctor must contact the Review Center for preauthorization. The telephone number for the Review Center is on the back of your ID card. |
| **Do I Need to File a Claim Form?** | No. | No. | Yes. Call Blue Cross for claim forms. |

*Except for emergencies, reduced benefits are payable if hospitalization is not authorized in advance of admission.*

## Using Your Sickness Allowance and/or Disability

When your doctor determines you are unable to work, or when you're admitted to the hospital, whichever occurs first, you must first use all Current Sick Leave and Extended Sick Leave that you have available. If you are enrolled in SDG&E's Voluntary Disability Income (VDI) Plan and are disabled for more than three consecutive days, contact DMS to apply for VDI benefits. If you are covered by the California State Disability plan and are disabled longer than seven days, you are eligible to file for California State Disability Insurance (SDI).

If you will be disabled longer than the Long-Term Disability waiting period you elected, you are eligible to file for Long-Term Disability (LTD) benefits. See the section "Living With Your Disability" in this Life Events Guide for detailed information. You must use **all** Current and Extended Sick Leave before SDI, VDI or LTD will be paid. You must also meet the waiting period you elected for the LTD plan, before LTD benefits will be paid.

If you think you will be in the hospital for more than five working days, you should read the "Living With Your Disability" section of this guide. This guide will tell you how to use your Sick Leave and both Short-Term and Long-Term Disability benefits.



## Documentation/Forms You Need Checklist

*Claim form*
If you seek care from non-network providers (Level 3 of the POS plan), you can obtain a claim form from Blue Cross.

*HMO Claim form*
If you seek treatment in an emergency and are outside the provider's service area, contact your HMO's customer service department for a claim form.

*Medical Certification*

*State Disability Insurance Form from the EDD or VDI Claim Form from DMS.*

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| **Blue Cross** | 1-800-933-9146 | www.bluecrossca.com |
| **Kaiser Permanente** | 1-800-464-4000 | www.kaiserpermanente.org |
| **Other** | | |
| **Short- and Long-Term Disability** | Contact Disability Management Services | |
| **Disability Management Services** | 1-619-696-4348 | |
| **Managed Health Network *** | 1-888-327-0015 | www.mhn.com |
| **HHRC (EAP) **** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*

**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

Certain benefit information is summarized in this section. For more detailed information, please see the following sections in this binder:

- Medical
- Disability (including Sick Leave).

# Living with Your Disability

*If you ever get sick or injured, you can feel more at ease knowing that the Company provides Sick Leave and both a Short-Term and a Long-Term Disability Plan to help you through a financially and emotionally difficult time. This guide explains what you need to do if you become disabled.*

## How Your Disability Benefits Work

When you become disabled and can't work, you first use any available Sick Leave and Extended Sick Leave which pays 100% of your regular earnings. You may apply for SDG&E Voluntary Disability Income (VDI) or State Disability Insurance (SDI), depending on the plan you elected, if you meet the waiting period. If your disability will last more than the LTD waiting period you elected, you may be eligible to receive Long-Term Disability (LTD) benefits. LTD benefits will pay you 60% of your monthly earnings, up to a maximum of $10,000 per month, less income from certain other sources if your claim is approved.

Here's What You Need to Do:

**Important!**

**Disability Management Services is available to help you through the actions you need to take if you become disabled. Simply call: 1-619-696-4348.**

1. If you're absent from work due to a disability, sickness or injury, you must notify your supervisor on the first day of your absence.
2. If you're absent for more than three consecutive work days, or just prior to using the last of your sick leave, request a *State Disability Insurance (SDI) Form* from your doctor or the local Employment Development Department (EDD) office or an SDG&E VDI form from Disability Management Services (DMS). Send the completed form to the address shown on the form. Make sure your doctor completes the physician section.
3. If you are absent for an extended period of time (typically two weeks) you must submit a written statement (*medical certification*) from your doctor to DMS with the following information:
   - Evidence that you are under the regular care of a doctor
   - The date your disability began
   - Specific information that precludes you from performing your regular job duties (e.g., maximum weight to be lifted, amount of bending, stooping, walking) and
   - Expected return-to-work date.

4. If you anticipate being disabled longer than the LTD waiting period you elected, you may be eligible for LTD benefits. DMS will send you an *LTD Claim Form.*

While on disability, periodically you are required to provide DMS with verification of medical treatment as well as attend a medical evaluation coordinated by DMS. You will be notified by DMS whenever information is needed.

## Other Sources of Disability Income

You may be eligible for disability benefits other than those provided by the Company. You are expected to apply for all disability benefits that you are eligible to receive. Your Company disability benefits will be reduced by the benefits you receive or are entitled to receive from other sources of disability income. Some of these other "deductible" sources of disability income are:

### *Workers' Compensation*

You must report any job-related accident, injury or illness (however minor) to your supervisor immediately after it occurs.



### *SDG&E Voluntary Disability Plan (VDI)*

If you are absent for more than three consecutive work days, or just prior to using the last of your sick leave, you should contact DMS to apply for VDI benefits.

### *California State Disability Insurance (SDI)*

If you are absent for more than seven calendar days, or just prior to using the last of your sick leave, you should apply for tax-free SDI benefits. For more information, contact your local California Employment Development Department Office.

### *Social Security Disability (SSD)*

You must apply for SSD benefits at the same time as you apply for LTD benefits. If you do not provide DMS with a copy of the award or denial letter, after six months of LTD payments, DMS will reduce your LTD benefit by an estimated SSD amount. For more information about SSD, contact your local Social Security Administration Office.

### *Total Disability Income from the Pension Plan*

After you have used all your Current and Extended Sick Leave, if you are not able to return to work in the next 31 days, you will be placed on an unpaid leave of absence (even if you are receiving LTD benefits). If your leave of absence lasts 12 consecutive months, you may be eligible for disability benefits under the pension plan. You must be at least age 35, have been a participant in the Pension Plan for at least ten years and meet the definition of totally disabled. DMS will notify you if you are eligible.

## Waiver of Life Insurance Premium

If you are totally disabled as defined by the insurance carrier, and you are receiving Long-Term Disability payments, you can apply for a waiver of life insurance premium. ("Totally disabled" means you cannot perform the functions of your job or another job.) If your application for a waiver of premium is approved by the insurance carrier, your life insurance will continue at no cost to you as long as you remain disabled. Once you receive the waiver of premium form, complete it and return it directly to the address on the form. You are eligible to be considered for a waiver of premium after nine months of disability. **You must apply no later than 12 months from your last day at work.** Waivers are not available for dependent life coverage.

## If You Need to Go to the Hospital

If you need to go to the hospital, make sure you're following the proper procedures to ensure that you do not lose any benefits. The following details what you need to do if you need to go to the hospital.

### *If Your Condition Is Work-Related*

If your condition is a result of a work-related illness or injury, you or your supervisor should contact DMS for instructions. In an emergency, you should go to the nearest emergency room, then contact DMS after the condition has stabilized.

For non-work related conditions, follow the instructions below:

### *If You're Enrolled in a Health Maintenance Organization (HMO)*

Blue Cross CaliforniaCare

Your primary care physician will refer you to a network hospital and coordinate all authorizations and utilization review. As long as your care is authorized by the HMO, the plan will pay 100% of covered expenses.

**Important!**

**In order to receive a directory of providers available to you, contact your health care provider using the "Where to Get More Information" listings throughout this guide.**

Kaiser Permanente

Your Kaiser doctor will admit you to any Kaiser or Kaiser-affiliated hospital, and will coordinate all authorizations and utilization review. As long as your care is authorized by Kaiser, the plan pays 100% of covered expenses.

### *If You're Enrolled in the Blue Cross Plus POS Plan*

What you need to do and how much you pay depends on whether you use Level 1, 2 or 3 benefits.

| | |
|---|---|
| Level 1 | Your primary care physician will refer you to a network hospital and coordinate authorizations and utilization review. As long as your care is authorized by your medical group, the plan will pay 100% of covered expenses. |
| Level 2 | Your Prudent Buyer physician will arrange for care at a Prudent Buyer network hospital and will contact the Blue Cross Review Center for preauthorization. As long as your care is preauthorized, you pay 20% of most covered expenses after you meet the annual deductible. |
| Level 3 | Your doctor will arrange for care at any hospital. You, your family or your doctor must contact the Blue Cross Review Center for preauthorization. As long as your care is preauthorized, you pay 40% of usual and customary (U&C) expenses for most covered services, plus the amount over U&C, after you meet the annual deductible. |

## Continuation of Other Benefits During Disability

The following chart shows which benefits are continued during your disability.

| Benefit | What Happens |
|---|---|
| **Health Care Coverage (Medical, Dental, Vision)** | If you become disabled while employed, your medical, dental and vision coverage will continue throughout your period of disability and deductions will continue to be taken from your paycheck. If there are not sufficient funds to collect your premium, you will be billed for your share of the cost.* |
| **Flexible Spending Accounts (FSAs)** | Your FSA contributions will continue as long as you have adequate pay for a full deduction until the end of the current calendar year, unless you notify Employee Benefits. You can continue to submit claims for reimbursement for the remainder of the calendar year throughout your period of disability as long as you continue to contribute to the plan. |
| **Life and Accident Plans** | Your coverage will continue and deductions will continue to be taken from your paycheck. If there are not sufficient funds to collect your premium, you will be billed for your share of the cost.* |
| **Cash Balance Plan** | You will continue to receive employer credits based on your pre-disability earnings after you have been absent due to your disability for 180 consecutive calendar days. |
| **Savings Plan** | Contributions continue while you are receiving sick pay or vacation pay. Contributions will stop when you are not receiving a paycheck or you receive LTD benefits, then resume when you return to work. After you have received LTD benefits for one year, you can elect to receive a distribution of your entire account balance. If you are repaying a loan, your loan will be re-amortized over the remaining period when you return to work, unless you authorize T. Rowe Price to debit your checking account for your monthly loan payment while you are on disability. |

** Employees disabled prior to January 1, 2000 will continue to have costs accumulate. These costs will be deducted from your pay when you return to work, or from any compensation you receive, such as your annual incentive award.*

## Documentation/Forms You Need Checklist

*Claim forms*

If you seek care from non-network providers (from Level 3 of the POS plan) you can obtain a claim form from Blue Cross.

*HMO Claim Form*

If you seek treatment in an emergency and are outside the provider's service area, contact your HMO's customer service department for a claim form.

*Medical Certification*
*State Disability Insurance (SDI) Form or SDG&E VDI Form*
*FMLA Request Form*
*Family Status Change Form*
*LTD Claim Form*
*Waiver of Life Premium Form.*

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| Blue Cross | 1-800-933-9146 | www.bluecrossca.com |
| Kaiser Permanente | 1-800-464-4000 | www.kaiserpermanente.org |
| **Dental** | | |
| Delta Dental | 1-888-335-8227 | www.deltadentalca.org |
| SafeGuard | 1-800-880-1800 | www.safeguard.net |
| Blue Cross DentalNet | 1-800-627-0004 | www.bluecrossca.com |
| **Vision** | | |
| Vision Service Plan (VSP) | 1-800-877-7195 | www.vsp.com |
| **Retirement** | | |
| T. Rowe Price (Savings Plan) | 1-800-922-9945 | rps.troweprice.com |
| Employee Benefits (Cash Balance Plan) | 1-619-696-4900 | N/A |
| **Other** | | |
| Disability Management Services (Workers' Compensation, Short- and Long-Term Disability) | 1-619-696-4348 | N/A |
| Employee Benefits (CIGNA Employee, Spouse and/or Dependent Child Life Insurance and AD&D) | 1-619-696-4900 | N/A |
| Short- and Long-Term Disability | Contact Disability Management Services | |
| FSA Administration (UniAccount) | 1-888-209-7976 | www.bluecrossca.com |
| Managed Health Network * | 1-888-327-0015 | www.mhn.com |
| HHRC (EAP) ** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*

Certain benefit information is summarized in this section. For more detailed information, please see the following sections in this binder:

- Medical
- Dental
- Vision
- Flexible Spending Accounts
- Disability (including Sick Leave)
- Life and Accidental Death and Dismemberment (AD&D)
- Cash Balance Plan
- 401(k) Savings Plan
- Plan Information.

**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

# IF YOU'RE RETIRING

*Retiring is a big step in life and to make sure you're prepared, you should take care of the "paper work" ahead of time. You also need to think about how your life will be different when you are no longer working. Will you have adequate medical insurance coverage? What will your income be? Where will it come from?*

*This section tells you how to notify the Company that you'll be retiring and highlights the issues you'll need to consider upon retirement. Several Company-provided benefits may help you for many years after you retire, but you should also take the time to learn about government programs, such as Social Security and Medicare.*

## Retirement Criteria

In order to be eligible to retire from the Company and participate in any retiree plans that are offered, you must meet one of the following criteria:

- Age 55 and 5 years of service for all retiree benefits*
- Age 55 and 1 year of service for all retiree benefits, except medical.

**Eligibility for the 25% utility service discount after retirement requires ten consecutive years of SDG&E service.*

## Retirement Notification

To officially retire, you must let the Company know of your intention ahead of time. Simply follow these steps:

1. Notify your supervisor in writing 90 days in advance of the date you plan to retire from the Company and send a copy to Employee Benefits. Your retirement will be the first of any month after your 55th birthday.
2. Approximately 30 days before your elected retirement date, you will receive all the necessary information and forms from Employee Benefits.
3. Return all completed forms to Employee Benefits prior to your elected retirement date.

> **Important!**
>
> **Preparing for retirement takes time. Be sure to provide 90 days notice to your supervisor so you can complete the process by your chosen retirement date.**

## Receiving Retirement Benefits

The first benefits most people think of when considering retirement are the Company-provided pension plan and your savings plan. This is the time you may start receiving payments. Your retirement package will contain all the information you need to select a payment option and begin to receive your pension benefits. You should contact T. Rowe Price about the distribution of your savings plan account.

## Savings Plan

If you are a participant in the 401(k) Savings Plan, you are eligible to receive a lump-sum payment from your account when you retire or leave the Company. If your account balance exceeds $5,000, you may decide to defer the distribution of your balance allowing your account to remain invested in the plan. If your account balance is $5,000 or less, you will be required to take a distribution when you leave the Company. You may, however, roll over your account balance to an IRA or another employer-qualified plan.

If you are repaying a Savings Plan loan, you may choose to pay off the remaining balance, arrange to continue your loan payments through a debit arrangement between your bank and T. Rowe Price, or have the balance treated as a distribution subject to all income taxes and applicable penalties.

When you want to receive payment from your account, simply call T. Rowe Price at 1-800-922-9945.

## Cash Balance Plan (Pension Plan)

Your pension is an important source of your retirement income. When combined with benefits from Social Security, the Savings Plan and any other savings you may have, it can help your retirement be enjoyable and free from financial worries.

Your pension benefit under the Cash Balance Plan is based on your:

- Opening balance and income since 7/1/98 if you were a participant in either the SDG&E or SoCalGas plan prior to 7/1/98, or since 10/1/98 if you are an SDG&E union employee,
- Salary since 7/1/98 or your hire date if hired after 7/1/98 for management and C&T employees, or
- Salary since 10/1/98 or your hire date if hired after 10/1/98 if you are an SDG&E union employee, and
- Annual interest credits.

You can choose to receive your monthly pension benefit as:

- A lump-sum distribution subject to all applicable taxes and penalties
- An automatic deposit to your bank account each month
- A check each month
- A lump-sum direct transfer to an IRA or another employer's qualified plan.

To begin receiving your pension benefit, please call Employee Benefits.

Like the Savings Plan, the Cash Balance Plan allows you to leave your money in the plan until you need it—but no later than your normal retirement age of 65 or when you stop working, whichever is later. To request a payment call Employee Benefits.

### Medical

Your retiree medical options will be based on the medical benefits that are available at the time you retire. You must be at least age 55 with 5 years of service to be eligible for retiree medical coverage.

Currently, your retiree medical options are determined by your age and residential zip code. If you are under the age of 65, your medical plan options are the same as those for active employees. If you are 65 years of age or older when you decide to retire, you and your covered spouse or dependents currently have the following medical plan options:

- Blue Cross Indemnity Plan coordinated with Medicare
- Health Net Seniority Plus
- Kaiser Senior Advantage
- No coverage.

If you are under age 65 and choose to move out of California, the Company may offer an Out-Of-Area plan. **These plans are significantly more expensive and you will be responsible for 100% of the cost in excess of the Company contribution for retiree coverage.** You should include the cost of medical coverage in planning your move outside of California. The Company contribution toward retiree medical is fixed and is not the same amount as for employees.

For specific information on each of these medical plan options at retirement, contact Employee Benefits.

### Dental and Vision

If you are enrolled in a dental and/or vision plan prior to retirement, your coverage will cease at retirement. You may continue your dental and/or vision coverage for up to 18 months by electing COBRA and by paying the full premium, plus a 2% administrative fee.

### Employee, Spouse and/or Dependent Child Life Insurance

You may continue life insurance coverage for yourself or your family in an amount up to your pre-retirement coverage either by continuing the group plan or converting to an individual plan. The Company does not contribute to the cost of this continuation coverage.

### AD&D

You may convert your AD&D coverage to an individual policy by applying directly to CIGNA. See the Life and AD&D section of this binder for information on converting your coverage.

## Documentation/Forms You Need Checklist

*Notice of Retirement Form*

*COBRA Election Form*

*Life or AD&D Conversion Form.*

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| **Blue Cross** | 1-800-933-9146 | www.bluecrossca.com |
| **Kaiser Permanente** | 1-800-464-4000 | www.kaiserpermanente.org |
| **Dental** | | |
| **Delta Dental** | 1-888-335-8227 | www.deltadentalca.org |
| **SafeGuard** | 1-800-880-1800 | www.safeguard.net |
| **Blue Cross DentalNet** | 1-800-627-0004 | www.bluecrossca.com |
| **Retirement** | | |
| **T. Rowe Price (Savings Plan)** | 1-800-922-9945 | rps.troweprice.com |
| **Employee Benefits (Cash Balance Plan)** | 1-619-696-4900 | N/A |
| **Other** | | |
| **CIGNA Life Insurance** | 1-800-828-3485 | www.cigna.com/corp/index.html |
| **Medicare** | See the government pages of your phone book | www.hcfa.gov/medicare/careover.gov.htm |
| **Social Security** | 1-800-772-1213 | www.ssa.gov/retirement.html |

**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

# If You're Transferring Between Business Units

*As a Company employee, you can transfer between the Company's business units (Sempra Energy, the Gas Company and San Diego Gas & Electric). Each business unit offers comparable benefits, but there are some differences. You may need to select new plans or coverage levels. The following explains the steps you need to take to ensure a smooth transition to the benefits program for your new business unit.*

- Contact your new HR Advisor for a benefits kit
- Review the information
- Complete the enrollment worksheet
- Complete any other enrollment forms for benefits you wish to elect
- Send the completed forms to Employee Benefits as soon as possible, but no later than 31 days after your transfer so you can avoid large retroactive premium payments, a loss of coverage or the need to submit Evidence of Insurability for life insurance coverage due to a late enrollment.

**Important!**

**If you are transferring between business units, contact your new HR Advisor for a benefits kit. Read the material carefully since your benefits and cost may change, even if you stay with the same carrier.**

Some benefits do not transfer automatically and the default for some benefits is no coverage. If you do not make an election, you must wait for the annual open enrollment period.

## Benefit Choices

Benefits at the Company are similar, but not identical, at each business unit. You should read the material provided by Employee Benefits prior to making your benefit choices, so that you understand how *your coverage and cost may change even if you stay with the same carrier*. The following chart shows you the available plans (and carriers) to select from for each business entity:

| | Sempra Energy (including non-regulated business units) | Southern California Gas Company | San Diego Gas and Electric |
|---|---|---|---|
| **Medical** | Blue Cross CaliforniaCare HMO | Blue Cross CaliforniaCare HMO | Blue Cross CaliforniaCare HMO |
| | Blue Cross Plus POS | Blue Cross Plus POS | Blue Cross Plus POS |
| | Kaiser Permanente | Kaiser Permanente | Kaiser Permanente |
| | Health Net | Health Net | |
| | | Aetna | |
| | | CIGNA | |
| | | Maxicare | |
| | | Safety Net | |
| **Dental** | Delta | Delta | Delta |
| | SafeGuard (CA only) | SafeGuard | SafeGuard (Management and C&T) |
| | CompDent(Denticare in Houston, Texas only) | | Blue Cross DentalNet (Union) |
| **Vision** | VSP | VSP | VSP |
| | | SafeGuard | |
| **Employee, Spouse and/or Dependent Child Life Insurance** | John Hancock | John Hancock | CIGNA |
| **Basic Travel Accident** | TransAmerica | | CIGNA |
| **Supplemental/GUL** | CIGNA | CIGNA | CIGNA |
| **Supplemental/ Voluntary AD&D** | TransAmerica | TransAmerica | CIGNA |
| **Cash Balance** | Yes | Yes | Yes |
| **401(k)*** | Yes | Yes | Yes |
| **LTD** | UNUM | Gas Company | SDG&E |
| **LTC** | CNA | CNA | |
| **FSA** | Yes | Yes | Yes |
| **Vacation Buy/Sell** | Yes | Yes | Yes |

**Each organization has its own plan. You will need to contact T. Rowe Price to enroll in a new plan and, if you would like, combine your accounts. Otherwise, you will have multiple accounts and will receive separate statements.*

### Life Insurance

If you transfer to SDG&E and were enrolled in the Group Universal Life Insurance (GUL) plan through CIGNA, you may elect one of the following:

- Enroll in the SDG&E life insurance plan for yourself and your dependents and continue your GUL policy by making payments directly to CIGNA
- Enroll in the SDG&E life insurance plan for yourself and your dependents and cancel your GUL policy by notifying CIGNA
- Elect only the minimum SDG&E life insurance coverage and continue your GUL policy by making payments directly to CIGNA.

### Transferring Your Long-Term Care (LTC) Coverage

If you transfer to San Diego Gas & Electric, you may continue your LTC coverage by making payments directly to CNA. If you transfer between Sempra Energy and Southern California Gas Company, your long-term care deduction will be transferred to your new payroll company.

### Transferring Your Savings Plan



If you have a savings plan through T. Rowe Price, request a *Plan-to-Plan Transfer Request Form* so you can transfer your plan to your new business unit if you want to maintain a single account.

### Flexible Spending Accounts and Vacation Buy/Sell

When you transfer between the Sempra Energy companies, your elections under these two plans are transferred to your new company. You may make changes to your Flexible Spending Account only if, as a result of your job change, you experience a qualifying event (e.g., relocation of more than 50 miles).

## Documentation/Forms You Need Checklist

*Benefits Enrollment Forms*
*Benefits kit from your HR Advisor in the new business unit*
*Plan to Plan Transfer Form (401(k) Savings Plan).*

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| **Blue Cross** | 1-800-933-9146 | www.bluecrossca.com |
| **Kaiser Permanente** | 1-800-464-4000 | www.kaiserpermanente.org |
| **Dental** | | |
| **Delta Dental** | 1-888-335-8227 | www.deltadentalca.org |
| **SafeGuard** | 1-800-880-1800 | www.safeguard.net |
| **Blue Cross DentalNet** | 1-800-627-0004 | www.bluecrossca.com |
| **Vision** | | |
| **Vision Service Plan (VSP)** | 1-800-877-7195 | www.vsp.com |
| **Retirement** | | |
| **T. Rowe Price (Savings Plan)** | 1-800-922-9945 | rps.troweprice.com |
| **Employee Benefits (Cash Balance Plan)** | 1-619-696-4900 | N/A |
| **Other** | | |
| **Disability Management Services** | 1-619-696-4348 | N/A |
| **Employee Benefits (CIGNA Employee, Spouse and/or Dependent Child Life Insurance and AD&D)** | 1-619-696-4900 | www.johnhancock.com |
| **Short- and Long-Term Disability** | Contact Disability Management Services | |
| **FSA Administration (UniAccount)** | 1-888-209-7976 | www.bluecrossca.com |
| **Managed Health Network *** | 1-888-327-0015 | www.mhn.com |
| **HHRC (EAP) **** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*

**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

# Leaving the Company Before Normal or Early Retirement

*As you prepare to leave the Company, you're probably busy making plans for your future. Whether you will be starting a new job or exploring different options, you may be on your own for a period of time. During this time, you can continue some of your Company benefits. Following is an overview of what you'll need to know and the steps you'll need to take.*

## What Happens to Your Health Care Coverage (Medical, Dental, Vision)

1. Your health care coverage ends on the last day of the month in which you leave the Company.
2. You may be eligible for COBRA, which allows you to continue your current Company health care coverage. However, because the Company will no longer contribute toward the cost of your health plan, your cost will increase. Please see the Plan Information section of this binder for details on COBRA. You will also receive detailed information from our COBRA administrator.



## What Happens to Your Health Care Flexible Spending Account (FSA)

If you leave the Company, here's what happens to your FSA participation. If your employment with the Company ends, you can either:

- Stop contributing and file claims for expenses you incurred only up to the day you terminate employment (in this case, you forfeit any amount left in the account) or
- Continue making contributions on an after-tax basis, with a 2% administrative fee, under COBRA.

## What Happens to Your Dependent Care Flexible Spending Account (FSA)

Contributions to your Dependent Care FSA stop with your last paycheck. You can file claims for expenses you incurred only through the day you separate from service.

If you return to the Company, you can reenroll in the account as soon as you meet any eligibility requirements. The Dependent Care FSA is not available through COBRA.

## What Happens to Your Employee, Spouse and Dependent Child Life, Accidental Death and Dismemberment (AD&D) and Disability Insurance Coverage

You may be able to convert the following coverages to an individual policy:

- Life Insurance (Employee, Spouse and/or Dependent Child Life)
- AD&D.

If you want to convert to an individual life insurance or AD&D policy, you must apply within 31 days of the date your Company coverage ends. If you convert to an individual policy, your premium rates will change and you must make premium payments directly to the insurance company. Contact Employee Benefits for a conversion application.

As an alternative, you may take your group coverage with you and continue to pay group rates. You may not increase your coverage amount but you can decrease your coverage. Should the Company terminate the group plan, your life insurance coverage will end.

Disability coverage ends on the day and time you leave the Company.



## What Happens to Your Retirement Plans

1. If you are participating in the Savings Plan, here's what happens:
   - If your account balance is $5,000 or less, you must take a lump-sum or rollover distribution of your account balance
   - If your account balance is greater than $5,000, you can choose to take a lump-sum or rollover distribution of your account balance or leave your money in the account until a later date
   - If you are repaying a Savings Plan loan, you may choose to pay off the remaining balance, arrange to continue your loan payments through a debit arrangement between your bank and T. Rowe Price or have the balance treated as a distribution subject to all income taxes and applicable penalties.
2. If you are a participant in the Cash Balance Plan and are vested when you leave the Company, you will have access to your benefit. There are several payment options available. Depending on your age and personal situation, you may incur ordinary taxes and tax penalties when you receive your balance unless you roll over the distribution to an IRA. If you are vested, here's what happens:
   - You will receive a statement and information about the available payment options as well as a distribution election form, as soon as administratively possible after you leave the Company
   - If your account balance is $5,000 or less, you must take a lump-sum or rollover distribution of your account balance
   - If your account balance is greater than $5,000, you can choose to take a lump-sum or rollover distribution of your account balance or leave your money in the account until a later date.

## Documentation/Forms You Need Checklist

*Cobra Election Form*

*Life or AD&D Insurance Conversion Form.*

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| **Blue Cross** | 1-800-933-9146 | www.bluecrossca.com |
| **Kaiser Permanente** | 1-800-464-4000 | www.kaiserpermanente.org |
| **Dental** | | |
| **Delta Dental** | 1-888-335-8227 | www.deltadentalca.org |
| **SafeGuard** | 1-800-880-1800 | www.safeguard.net |
| **Blue Cross DentalNet** | 1-800-627-0004 | www.bluecrossca.com |
| **Vision** | | |
| **Vision Service Plan (VSP)** | 1-800-877-7195 | www.vsp.com |
| **Retirement** | | |
| **T. Rowe Price (Savings Plan)** | 1-800-922-9945 | rps.troweprice.com |
| **Employee Benefits (Cash Balance Plan)** | 1-619-696-4900 | N/A |
| **Other** | | |
| **Disability Management Services** | 1-619-696-4348 | N/A |
| **Employee Benefits (CIGNA Employee, Spouse and/or Dependent Child Life Insurance and AD&D)** | 1-619-696-4900 | N/A |
| **Short- and Long-Term Disability** | Contact Disability Management Services | |
| **FSA Administration (UniAccount)** | 1-888-209-7976 | www.bluecrossca.com |
| **Managed Health Network *** | 1-888-327-0015 | www.mhn.com |
| **HHRC (EAP) **** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*

**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

Certain benefit information is summarized in this section. For more detailed information, please see the following sections in this binder:

- Medical
- Dental
- Vision
- Life and Accidental Death and Dismemberment (AD&D)
- 401(k) Savings Plan
- Cash Balance Plan
- Plan Information.

# Getting Divorced

*Going through a divorce can be one of the most stressful times in a person's life. Among the many concerns right now is the need to change your benefits. The Company would like to make this process as easy as possible. The following is a list of steps you need to take to update your benefits, as well as answers to questions that commonly come up at this time.*

**Important!**

**You are responsible for making any changes to your Company benefits.**

## Making Changes

Now that your family situation has changed, you probably will be making one or more of several changes:

- Enrolling yourself for the first time in the Company benefits program
- Canceling health care coverage (Medical, Dental and Vision) for your former spouse
- Adding health care coverage (Medical, Dental and Vision) for your child(ren)
- Canceling health care coverage (Medical, Dental and Vision) for your child(ren)
- Changing the beneficiary for your Employee, Spouse and/or Dependent Child Life, Accidental Death and Dismemberment (AD&D) insurance and retirement plans
- Enrolling in or changing a Flexible Spending Account (FSA)
- Canceling Spouse Life and/or AD&D and notifying CIGNA to directly bill your former spouse.

## What You Need to Do

1. If you're enrolling for coverage as a result of divorce, complete the *Benefits Enrollment Form* or if you're changing your current benefits coverage as a result of divorce, complete the *Family Status Change Form*. Include a copy of the divorce decree when you send the *Family Status Change Form.*
2. Return the completed form to Employee Benefits within 31 days of the date of divorce with a copy of the divorce papers. Be sure to keep a copy for your records.
3. If you're dropping your former spouse from your health care coverage (Medical, Dental, Vision) give Employee Benefits his or her address, so COBRA information can be sent directly to him or her.

**Important!**

**A Qualified Medical Child Support Order (QMCSO) is an order issued by a court which confirms that a dependent child must be covered under a benefit plan. If you have a QMCSO, send it to Employee Benefits immediately.**

4. If a change in your contribution occurs, it will usually take place during the next payroll period after you turn in the *Family Status Change Form.*

5. Obtain the *Beneficiary Designation Forms* and update your beneficiary designation as necessary for the following plans:

   - Employee Life
   - AD&D
   - Business Travel Accident
   - Cash Balance Plan
   - 401(k) Savings Plan.

6. Contact Employee Benefits for a spousal life insurance conversion application.

7. If you want to increase or decrease your contribution to the Savings Plan, call T. Rowe Price at the phone number listed in "Where to Get More Information" on page 48.

8. Under certain circumstances, a court may award all or part of your retirement benefits to a present or former spouse, child or other dependent through a Qualified Domestic Relation Order (QDRO). If you are in the process of a divorce or separation, the Company may receive instructions to place a hold on your Cash Balance Plan and Savings Plan accounts, pending a property settlement. Please note that no loans or distributions can occur until a QDRO filed with the court is received, approved and accepted as a QRDO by the Company, or until the hold is released. To obtain more information, contact Employee Benefits.

9. If you have a *Qualified Medical Child Support Order (QMCSO)* or a *Qualified Domestic Relations Order (QDRO),* send it to Employee Benefits immediately.

**Important!**

**If your spouse and/or dependent children lose their health care coverage, they are eligible to continue it through COBRA. If this is the case, let Employee Benefits know within 60 days, so the legally required paperwork can be sent.**

## Common Benefits Questions and Answers When Going Through a Divorce

**Q: Will my children or other dependents automatically lose their coverage?**
A: You can continue to cover any eligible dependents under your Medical, Dental and Vision plans. If you're required to cover dependents due to a court order, you need to notify Employee Benefits within 31 days of the court order and provide a copy of the court order. Former spouses are not eligible dependents under our plan.

**Q: My spouse was covered under my insurance plan. What happens now to his or her coverage?**
A: Your spouse is no longer eligible for coverage once the divorce is final. He or she can elect to continue coverage under the Company's plan through COBRA for up to 36 months, provided your former spouse makes a timely election and the premium is paid on time. (See the Plan Information section for more information on COBRA.) Be sure to notify Employee Benefits as soon as the divorce is final and give them your former spouse's address, so that COBRA information can be mailed to him or her.

**Q: What if I have been covered under my spouse's plan at another company?**
A: You will lose your coverage under your spouse's plan once the divorce becomes final, unless a court order specifically entitles you to coverage, and your spouse's plan covers former spouses. Either within 31 days of the date of the divorce, or within 31 days of the date you lose coverage from your spouse's plan, you're eligible to enroll in the Company employee benefit program.

To enroll, follow the instructions under "What You Need to Do," on page 44. **Be sure to enroll within 31 days of the date you lose coverage.** If you don't enroll within 31 days, you cannot enroll for coverage until the next annual open enrollment period, unless you have a Qualified Status Change.

**Q: What if my children were covered under my spouse's plan?**
A: You and your ex-spouse can decide whose plan will cover your children. This may be mandated by court order, so be sure to consult the court order. Otherwise, either one or both of you can enroll your children for coverage unless both you and your former spouse work for any of the Sempra Energy companies other than SDG&E, then only one of you can cover the children.

**Q: What if my spouse was the beneficiary, for my life insurance and retirement plans?**
A: If you want to keep your ex-spouse as your beneficiary, or if the court has ordered you to designate your ex-spouse as beneficiary for a specified percentage of your coverage, you do not need to do anything. If you want to change your beneficiary to someone else, complete the *Beneficiary Designation Forms* and return them to Employee Benefits. Contact T. Rowe Price at 1-800-922-9945 to request a *Savings Plan Beneficiary Designation Form.*

Q: Do my insurance rates change as a result of my divorce?

A: If the number of dependents covered under your plan goes up or down, your cost may go up or down as well. For example, if you were covering both you and your spouse, you now will pay only to cover yourself. If you were covering yourself only and add your children, your cost will increase. Any change in your contribution will take place during the next payroll period after you notify Employee Benefits. The change will be effective the first day of the month following the divorce.

## Documentation/Forms You Need Checklist

*Beneficiary Designation Forms (Life Plans, 401(k) Savings Plan, Cash Balance Plan)*
*Benefits Enrollment Form*
*Divorce decree*
*Family Status Change Form*
*Qualified Medical Child Support Order (QMCSO)*
*Qualified Domestic Relations Order (QDRO)*
*Life Insurance Conversion Forms*
*COBRA Election Form (Ineligible dependents).*

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Medical** | | |
| **Blue Cross** | 1-800-933-9146 | www.bluecrossca.com |
| **Kaiser Permanente** | 1-800-464-4000 | www.kaiserpermanente.org |
| **Dental** | | |
| **Delta Dental** | 1-888-335-8227 | www.deltadentalca.org |
| **SafeGuard** | 1-800-880-1800 | www.safeguard.net |
| **Blue Cross DentalNet** | 1-800-627-0004 | www.bluecrossca.com |
| **Vision** | | |
| **Vision Service Plan (VSP)** | 1-800-877-7195 | www.vsp.com |
| **Retirement** | | |
| **T. Rowe Price (Savings Plan)** | 1-800-922-9945 | rps.troweprice.com |
| **Employee Benefits (Cash Balance Plan)** | 1-619-696-4900 | N/A |
| **Other** | | |
| **Disability Management Services** | 1-619-696-4348 | N/A |
| **Employee Benefits (CIGNA Employee, Spouse and/or Dependent Child Life Insurance and AD&D)** | 1-619-696-4900 | N/A |
| **Short- and Long-Term Disability** | Contact Disability Management Services | |
| **FSA Administration (UniAccount)** | 1-888-209-7976 | www.bluecrossca.com |
| **Managed Health Network *** | 1-888-327-0015 | www.mhn.com |
| **HHRC (EAP) **** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*

**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

Certain benefit information is summarized in this section. For more detailed information, please see the following sections in this binder:

- Medical
- Dental
- Vision
- Life and Accidental Death and Dismemberment (AD&D)
- 401(k) Savings Plan
- Cash Balance Plan
- Flexible Spending Accounts
- Plan Information.

# IF A DEATH OCCURS

*The death of a loved one brings a deep sense of loss, sadness and grief. At this stressful time, the last thing a person wants to deal with is paperwork. The Company would like to make this process as quick and easy as possible, so in the case of your death, or that of a loved one, the person managing will have as easy a time as possible.*

## What You or Your Survivors Need to Do

If the deceased was a dependent, here's what you need to do:

1. If the deceased had coverage through your Dependent Life insurance or Accidental Death and Dismemberment (AD&D) insurance, call Employee Benefits.
2. Send the completed claim form(s) to Employee Benefits with a *certified copy of the death certificate* for each claim and a copy of the Accident Report if filing an AD&D claim. Employee Benefits will complete the employer section and forward all the paperwork to the insurance company.
3. The insurance company will issue payment directly to you. If you have a choice of payment options, you will be notified by the insurance company.
4. If the deceased was covered under your health care plan (Medical, Dental, Vision or FSA), obtain a *Family Status Change Form* from Employee benefits. Complete the form and return it to Employee Benefits. Be sure to keep a copy for your records.
5. If a change in your contribution occurs, it will take place the first payday of the month after you turn in the *Family Status Change Form*.
6. If the deceased was a beneficiary under any of your Life, AD&D or retirement plans, obtain the *Beneficiary Designation Forms* and update your beneficiary designations as necessary.
7. If you want to increase or decrease your contribution to the Savings Plan, call the phone number listed in "Where to Get More Information" on page 51.

If you die, your dependents or survivors should contact Employee Benefits for assistance with receiving any Life, AD&D or retirement plan benefits and for information on continuing dependent coverage under the medical, dental and/or vision plans.

## Documentation/Forms You Need Checklist

*Beneficiary Designation Forms (Life Plans, 401(k) Savings Plan, Cash Balance Plan)*

*Certified copies of the death certificate*

*Family Status Change Form*

*Life Insurance Claim Forms*

*Accident Report.*

## Where to Get More Information

| Carrier | Phone Number | Web Site |
|---|---|---|
| **Retirement** | | |
| **T. Rowe Price (Savings Plan)** | 1-800-922-9945 | rps.troweprice.com |
| **Employee Benefits (Cash Balance Plan)** | 1-619-696-4900 | N/A |
| **Other** | | |
| **Disability Management Services** | 1-619-696-4348 | N/A |
| **Employee Benefits (CIGNA Employee, Spouse, Dependent Child Life Insurance)** | 1-619-696-4900 | N/A |
| **Short- and Long-Term Disability** | Contact Disability Management Services | |
| **Managed Health Network *** | 1-888-327-0015 | www.mhn.com |
| **HHRC (EAP) **** | 1-800-342-8111 | www.hhrc.com |

** For Blue Cross medical plan members.*
*** For all employees.*



**Please remember that the Employee Assistance Program (EAP) is available to help you through the many changes happening in your life. The EAP is a confidential resource for counseling and other services. It can be used by you as well as by your spouse and dependent children.**

**You can reach the EAP confidentially by calling 1-800-342-8111. You will receive immediate counseling or a referral to a counselor.**

Certain benefit information is summarized in this section. For more detailed information, please see the following sections in this binder:

- Life and Accidental Death and Dismemberment (AD&D)
- 401(k) Savings Plan
- Cash Balance Plan.

This Summary Plan Description summarizes some of the benefits available to you through the Company. Details of each plan are contained in official plan documents. If there is a difference between this guide and the official plan documents, the plan documents will govern. The Company intends to continue these plans, but reserves the right to amend, modify or terminate any plan or benefit, in whole or in part, at any time, or to modify eligibility requirements.

# EXHIBIT E

# TABLE OF CONTENTS


**INTRODUCTION** ..... 1

Your Medical Plan Options ..... 2

Designating a Primary Care Physician (PCP) ..... 2

Waive Coverage Option ..... 3

**YOUR MEDICAL PLAN OPTIONS AT-A-GLANCE** ..... 4

**WHEN COVERAGE BEGINS** ..... 6

For Yourself ..... 6

*If You're Absent From Work* ..... 6

For Your Dependents ..... 6

**ABOUT THE HMOS** ..... 7

*Blue Cross CaliforniaCare* ..... 7

*Kaiser Permanente* ..... 7

**MEDICAL COVERAGE REQUIREMENTS** ..... 8

Newborns' and Mothers' Health Protection Act ..... 8

Reconstructive Surgery Following a Mastectomy ..... 8

**ABOUT THE BLUE CROSS PLUS POINT-OF-SERVICE (POS) PLAN** ..... 9

How the Plan Works ..... 9

Changes in Network Providers ..... 9

Receiving Care in the POS Plan ..... 10

Annual Deductible ..... 11

Copays ..... 11

Coinsurance ..... 12

Usual and Customary (U&C) Charges ..... 12

Taking Advantage of the Level 1 HMO and Level 2 Prudent Buyer (PPO) Options ..... 13

Out-of-Pocket Maximum ..... 14

Utilization Review (UR) Penalties ..... 15

Lifetime Maximum ..... 15

*Level 1 HMO and Level 2 Prudent Buyer (PPO)* ..... 15

*Level 3 Out-of-Network* ..... 15

Seeing Specialists in Level 1 HMO ..... 16

Seeing Specialists in Level 2 Prudent Buyer (PPO) and Level 3 Out-of-Network ..... 17

Emergency and Urgent Care Services Within Your Service Area ..... 17

Traveling Outside the Service Area ..... 19

What Is Covered ..... 20

*What Is Covered Under Levels 1, 2 and 3* ..... 20

*What Is Covered Under Level 1 Only* ..... 25

*What Is Covered Under Levels 2 and 3 Only* ..... 26

What Is Not Covered ........ 27

*What Is Not Covered Under Levels 1, 2 and 3* ........ 27

*What Is Not Covered Under Level 1* ........ 30

*What Is Not Covered Under Levels 2 and 3* ........ 30

Utilization Review ........ 31

*If You Have an Emergency* ........ 32

*Authorization Referrals* ........ 32

Chiropractic Benefits ........ 33

**PRESCRIPTION DRUG PROGRAM** ........ **34**

Retail Program ........ 34

Mail Order Drug Program ........ 35

What Is Covered ........ 36

What Is Not Covered ........ 36

Drug Preauthorization ........ 37

**MENTAL HEALTH AND SUBSTANCE ABUSE COVERAGE** ........ **38**

The Employee Assistance Program (EAP) ........ 38

*Benefit Amount* ........ 38

*How to Access Care* ........ 38

Mental Health Program ........ 39

*How to Access Care* ........ 39

*Mental Health Coverage for Employees in a Blue Cross Medical Plan* ........ 40

**COORDINATION OF BENEFITS** ........ **42**

How Is It Determined Which Plan Pays First? ........ 42

Coordination with HMOs ........ 43

Coordination With Medicare ........ 43

**CHANGES IN YOUR EMPLOYMENT STATUS** ........ **45**

**WHEN COVERAGE ENDS** ........ **46**

For Yourself ........ 46

For Your Dependents ........ 46

Continuing Your Coverage ........ 46

Coverage Certification ........ 47

Late Enrollee—If You Waive Your Medical Coverage (California Only) ........ 47

**SUBMITTING CLAIMS** ........ **48**

Recovery of Overpayment ........ 48

Third Party Reimbursements ........ 48

**TERMS YOU SHOULD KNOW** ........ **50**

# INTRODUCTION

Comprehensive, affordable health care is important, not only in keeping you healthy, but also in making sure you and your family are secure and protected. The Company offers several medical plans so that you can choose a coverage option best suited to your needs. The plans differ in terms of cost, how you see a *doctor* and the amount of flexibility you have when using the plan.

**Quick Tip!**

**Important words and terms are defined at the end of this section, under "Terms You Should Know." These terms are *italicized* throughout the binder.**

## Your Medical Plan Options

The Company offers two Health Maintenance Organizations (HMOs), Blue Cross CaliforniaCare and Kaiser Permanente, in addition to the Blue Cross Plus Point-of-Service (POS) plan.

**Important!**

**Special enrollment rules and information about COBRA, ERISA and HIPAA can be found in the Plan Information section of this binder.**

The HMOs emphasize preventive care and offer overall lower out-of-pocket costs. For the Blue Cross CaliforniaCare HMO, all of your care will be provided or coordinated by your *primary care physician* (PCP), a doctor you select from the HMO network when you join the plan.

The Blue Cross Plus POS plan offers you the flexibility to choose how you get care at the time you need medical services. You can receive care through your primary care physician, from a Prudent Buyer doctor or hospital, or from a doctor or hospital that is not in either network. The three options offer different levels of freedom of choice and out-of-pocket cost. You can choose the mix of choice and cost that's right for you.



## Designating a Primary Care Physician (PCP)

Except in Kaiser, you need to select a PCP when you enroll in a medical plan. PCPs can associate with a medical group or act as individual practitioners (but associate with other individual practitioners to facilitate administrative services, such as billing).

If you select a PCP who is part of an *individual practice association* (IPA), you may need to go to a different facility for referrals and ancillary services such as X-rays and laboratory tests.

If you select a *primary medical group* (PMG), most services are located in the same facility as your doctor. An additional feature of a PMG is that if your doctor is not available, you can see another PCP within the medical group with no reduction in benefits.

**Did You Know?**

**If you select an HMO, your doctor may be part of a primary medical group (PMG) or an individual practice association (IPA). A PMG is a medical facility that houses most services in a single location and an IPA is a group of private practice doctors affiliated with a local hospital and contract together for administrative services.**

An "At-A-Glance" chart of your medical options is on the next page, followed by detailed information about the plans.

## Waive Coverage Option

You may choose to waive company medical coverage. If you do, you can use a portion of the medical coverage Benefit Dollars to purchase other available benefits. See the About Your Benefits section of this binder for more information.

# YOUR MEDICAL PLAN OPTIONS AT-A-GLANCE

## HEALTH MAINTENANCE ORGANIZATIONS

| | Blue Cross CaliforniaCare | Kaiser Permanente |
|---|---|---|
| **Who Provides Care** | All care coordinated by your primary care physician | You must use Kaiser physicians and hospitals |
| **Annual Deductible** | None | None |
| **Annual Out-of-Pocket Maximum** | $1,000/person;<br>$3,000/family | $1,500/person;<br>$3,000/family |
| **Network Area** | Based on home or work ZIP code | Based on home ZIP code |
| **Benefits for Most Covered Services** | Plan pays 100% of covered expenses. There is no deductible, but copays are required in many cases | Plan pays 100% of covered expenses. There is no deductible, but copays are required in many cases |
| **Lifetime Maximum** | Unlimited | Unlimited |
| **Physician Office Visits & Home Visits** | You pay $5 copay | You pay $5 copay |
| **Routine Physical Exams & Well Child Care** | Included in $5 office visit copay | You pay $5 copay |
| **Inpatient Hospital Services** | Plan pays 100% of covered expenses | Plan pays 100% of covered expenses |
| **Outpatient Testing (Laboratory Tests, X-Rays, Pathology)** | Plan pays 100% of covered expenses | Plan pays 100% of covered expenses |
| **Surgeons, Assistant Surgeons, Anesthesiologists** | Plan pays 100% of covered expenses | Plan pays 100% of covered expenses |
| **Emergency Room Services** | You pay $50 copay (waived if admitted). Non-emergency care is not covered | You pay $5 copay (waived if admitted) |
| **Urgent Care** | You pay $5 copay if affiliated with PCP's medical group | You pay $5 copay at Kaiser |
| **Rental or Purchase of Medical Equipment** | Plan pays 100% of covered expenses up to $2,000 per year | Plan pays 100% of covered expenses |
| **Chiropractic Care** | Not covered | Not covered |
| **Specified Immunizations** | Plan pays 100% of covered expenses | Plan pays 100% of covered expenses |
| **Prescription Drugs** | You pay $5 copay generic/$10 copay brand for 30-day supply at participating network pharmacies or 60-day supply through mail order. Your cost will be higher at nonparticipating pharmacies or if you request a brand name | You pay $5 copay generic or brand for up to a 100-day supply at a Kaiser pharmacy |
| **Mental Health and Substance Abuse** | Provided by Managed Health Network (MHN) | Refer to Kaiser materials for details |
| **Inpatient** | Plan pays 100% of covered expenses for up to 50 days per year when authorized by MHN for mental health or substance abuse treatment; otherwise, not covered | Plan pays 100% of covered expenses for up to 30 days* |
| **Outpatient** | You pay $15 copay for up to 30 visits per year when authorized. Visit limit applies to all outpatient services | You pay $20 copay for up to 20 visits |

Maternity care is covered the same as any other condition.

**Inpatient substance abuse only covers detoxification at 100%.*

## POINT-OF-SERVICE PLAN

Blue Cross Plus

| Level 1 HMO | Level 2 Prudent Buyer (PPO) | Level 3 Out-of-Network |
|---|---|---|
| All care coordinated by your primary care physician | All care provided by a Prudent Buyer network physician or hospital | You choose any physician or hospital |
| None | $300/person; $600/family | |
| $1,500/person; $4,500/family | $3,000 per confinement–Applies only to inpatient hospital expenses | $6,000 per confinement–Applies only to inpatient hospital expenses |
| Based on home or work ZIP code | Locations where there is a Prudent Buyer network | Any location |
| Plan pays 100% of covered expenses. There is no deductible, but copays are required in many cases | Plan pays 80% of covered expenses after deductible | Plan pays 60% of usual and customary expenses after deductible |
| Unlimited | $1,000,000 per person | |
| You pay $5 copay | Plan pays 80% of covered expenses after deductible | Plan pays 60% of usual and customary expenses after deductible |
| Included in $5 office visit copay | Plan pays 80% of covered expenses after deductible | Not covered |
| Plan pays 100% of covered expenses | Plan pays 80% of covered expenses after deductible | Plan pays 60% of usual and customary expenses after deductible if precertified |
| Plan pays 100% of covered expenses | Plan pays 80% of covered expenses after deductible | Plan pays 60% of usual and customary expenses after deductible |
| Plan pays 100% of covered expenses | Plan pays 80% of covered expenses after deductible | Plan pays 60% of usual and customary expenses after deductible if precertified |
| You pay $35 copay (waived if admitted) | You pay $35 copay (waived if admitted) | You pay $35 copay (waived if admitted) if PCP is notified within 48 hours |
| You pay $35 copay (waived if admitted) | After you pay a $35 copay, plan pays 80% of covered expenses | After you pay a $35 copay, plan pays 60% of usual and customary expenses |
| Plan pays 100% of covered expenses | Plan pays 100% of covered expenses | Plan pays 100% of covered expenses |
| Not covered | You pay $10 copay for up to 20 visits | Plan pays 60% of usual and customary expenses after deductible for up to 15 visits |
| Plan pays 100% of covered expenses | Plan pays 100% of covered expenses after deductible for scheduled immunizations | Not covered |
| You pay $5 copay generic/$10 copay brand/$20 copay non-formulary for 30-day supply at a participating pharmacy or two times the copay for a 90-day supply through mail order<br><br>Prescriptions filled at non-participating pharmacies are not covered; you will be responsible for the full retail price. | | |
| Provided by Managed Health Network (MHN)<br><br>Plans pays 100% of covered expenses for up to 50 days per year if preauthorized by MHN for mental health or substance abuse treatment; otherwise, not covered.<br><br>You pay $15 copay for up to 30 visits per year if preauthorized by MHN. Visit limit applies to all outpatient services. | | |

# When Coverage Begins

**Important!**

**You must return your signed enrollment form to Employee Benefits within 31 days of starting work or you will be enrolled in the POS plan with coverage for yourself only. You must wait until the next annual open enrollment period to change plans or enroll dependents, unless you have a qualified status change.**

## For Yourself

Your coverage will become effective on the first day of the month following your date of hire (or the first day of the calendar year following the annual open enrollment period). If you do not return your enrollment form within 31 days, you will automatically be enrolled in the Point-of-Service (POS) plan with no coverage for dependents. Your next chance to choose your medical coverage will be during the annual open enrollment period in the fall, unless you have a qualified status change (see the About Your Benefits Program section of this binder for details).

### *If You're Absent From Work*

If you're absent from work for any reason, including illness, disability or leaves of absence, you are considered to be an *inactive employee*. If you're an inactive employee on the date coverage is scheduled to begin, your coverage will become effective on the first day of the month after you return to work. If you return to work on the first day of the month, then coverage will begin on that day.



## For Your Dependents

Medical coverage for your dependents begins when your coverage begins, **provided that you have returned a signed enrollment form within 31 days of your hire date.** If you do not return your enrollment form within 31 days, your next chance to enroll your dependents for medical benefits will be during the annual open enrollment period in the fall.

If you get married, your new spouse and any eligible stepchildren are eligible for coverage on the first of the month following your marriage date. You must enroll your new dependents within 31 days following the date of marriage.

You may also enroll your domestic partner and eligible dependents of your domestic partner for coverage any time during the year. You must complete and submit the "Affidavit of Domestic Partnership" to Employee Benefits. Coverage will become effective the first of the month following receipt and acceptance of your signed affidavit.

If you or your spouse/domestic partner have a baby, adopt a child, have a child placed for adoption or become a court-appointed legal guardian, your new child will be automatically covered for the first 31 days following the birth, date of adoption, placement for adoption or the date the state establishes legal guardianship. **You must enroll your new child within 31 days of the birth, adoption, placement for adoption or the date stated in the legal order in order to continue coverage.**

# About the HMOs

The Company offers the following HMOs:

- Blue Cross CaliforniaCare
- Kaiser Permanente.

This binder does not contain detailed information about your HMO options. The booklet for each HMO—known as Evidence of Coverage—contains detailed information about the medical services and supplies that are covered, as well as those that are not covered. These HMO booklets, which are available from the HMO, are an important part of your summary plan description (SPD) and should be kept with your binder.

You and your eligible dependents are covered under the Health and Human Resource Center (HHRC) Employee Assistance Program (EAP), regardless of which medical plan you are enrolled in and even if you waive medical coverage. See page 38 for details.

You have the following coverages for mental health and substance abuse under the two HMOs:



### *Blue Cross CaliforniaCare*

Your mental health and substance abuse benefits are provided through Managed Health Network (MHN), as shown on page 39.

### *Kaiser Permanente*

You have mental health and substance abuse coverage provided by Kaiser.

# Medical Coverage Requirements

Regardless of the medical plan you have selected, certain coverage levels are required under federal law.

## Newborns' and Mothers' Health Protection Act

Under the Newborns' and Mothers' Health Protection Act of 1996 (NMHPA), group health plans and health insurers generally may not, under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or 96 hours following a cesarean section. An earlier release is permitted if both the mother and her doctor agree to an earlier release.

## Reconstructive Surgery Following a Mastectomy

Following a mastectomy, medical plans must cover reconstruction of the breast on which the mastectomy was performed, surgery and reconstruction of the other breast to produce a symmetrical appearance, treatment of any physical complications and any necessary prosthesis on the same basis as other covered services.

# About the Blue Cross Plus Point-of-Service (POS) Plan

**Important!**

**To enroll in the plan, you must select a PCP or PMG. You can select from the directory of network providers that can be obtained by calling Blue Cross at 1-800-933-9146. You have the option of changing your PCP or PMG as often as once a month. If you call before the first of the month, the change takes effect the first day of the next month.**

## How the Plan Works

The Blue Cross Plus POS plan is like three different medical plans rolled into a single plan. The plan offers you the flexibility to choose how you get care at the time you need medical services. You can:

- Have your care coordinated by your Blue Cross PCP, just like you would in the Blue Cross CaliforniaCare HMO—Level 1 HMO
- Self-refer to any Blue Cross Prudent Buyer doctor (including specialists) or hospital—Level 2 Prudent Buyer (PPO) or
- Go to a doctor or hospital that is not in the HMO or Prudent Buyer network—Level 3 Out-of-Network.



Because one of your care options is through the Blue Cross HMO network, you must select a PCP or Primary Medical Group (PMG) for yourself and each member of your family. This does not mean that you must use Level 1 benefits—you can still choose any of the three benefit options when you need care. If you do not select a PCP or PMG, Blue Cross will assign one for you and each family member. You may change your PCP or PMG as often as once a month by calling Blue Cross at 1–800-933-9146.

## Changes in Network Providers

Occasionally, medical groups and/or individual providers terminate their relationship with the medical plan carrier. Blue Cross will notify you if a change will impact you. Whenever possible, Blue Cross will assign you to another medical group with which your PCP is affiliated so that you do not have to change doctors. If this is not possible, Blue Cross will assign you to a medical group or PCP close to your home.

If you want to select a different PMG or PCP than the one assigned, you should call Blue Cross with your choice of *provider*. If you are in the midst of a treatment plan and need transitional assistance, you should also call Blue Cross. Under the Blue Cross Plus POS plan, you can still see your original doctor, but services will be provided under either Level 2 Prudent Buyer (PPO) or Level 3 Out-of-Network.

A change in the provider network is not a qualifying event, which means you will not be able to change your medical plan election.

## Receiving Care in the POS Plan

| | Level 1 HMO | Level 2 Prudent Buyer (PPO) | Level 3 Out-of-Network |
|---|---|---|---|
| **How much freedom of choice do I have in selecting a provider?** | Low | Moderate | High |
| **How much are my out-of-pocket costs?** | Low | Moderate | High |
| **How do I access care?** | You see your PCP | You see any Prudent Buyer network physician or hospital | You see any out-of-network physician or hospital |
| **How do I get care from a specialist?** | Your PCP will give you a referral, which must be approved by your medical group | You go directly to any Prudent Buyer specialist | You go directly to any out-of-network specialist |
| **How do I receive care in the hospital?** | All care will be coordinated by your PCP | You choose any Prudent Buyer hospital | You choose any out-of-network hospital |
| **Am I responsible for contacting utilization review?** | No. Your PCP will coordinate this process for you | No. Your Prudent Buyer doctor will coordinate this process for you | Yes. You must contact the Blue Cross review center before receiving services, or your benefits may be reduced |
| **Do I have to submit claim forms?** | No | No | Yes |

## Annual Deductible

Each year you must pay the first portion of your medical costs received through Level 2 and 3—this is called the annual deductible. You must first meet the *individual deductible* before any benefits will be paid by the plan. Benefits are payable for **all** covered family members once two members of your family each meet the individual deductible, or all members collectively meet the *family deductible*. Please note that no one individual can satisfy more than the individual deductible. The annual deductibles are shown below.

| | Level 1 HMO | Level 2 Prudent Buyer (PPO) and Level 3 Out-of-Network |
|---|---|---|
| **Per Person** | None | $300 |
| **Per Family** | None | $600 |

The deductible doesn't apply to the following:

- Durable medical equipment prescribed by a Prudent Buyer Plan provider
- Chiropractic visits by a Prudent Buyer Plan provider
- Transplant travel expenses authorized by Blue Cross.



## Copays

There are two ways that you share the cost of your medical care with the plan. The first way is by paying *copays*. A copay is a flat dollar amount that you pay at the time you receive a covered service. For example, when you have a physician office visit, you pay a $5 copay under Level 1.

**Money Saving Tip**

**Remember, you can use your Health Care Reimbursement Spending Account to pay for out-of-pocket medical expenses with before-tax money!**

## Coinsurance

The second way you share costs with the plan is through *coinsurance*. With coinsurance, the plan pays a portion of your covered charges and you pay the rest.

Your coinsurance depends on the type of service you receive and whether you use Level 1, 2 or 3 benefits. In general, the coinsurance amounts for the different levels are shown below. Keep in mind that with Level 3 benefits, you could pay more than the indicated percent of the total charges. See the following section for details.

| | Level 1 HMO | Level 2 Prudent Buyer (PPO) | Level 3 Out-of-Network |
|---|---|---|---|
| Your Coinsurance | In most cases, you pay nothing. Plan pays 100% of covered expenses with no deductible for most services | You pay 20% of covered expenses after you meet your deductible | You pay 40% of U&C charges plus the amount over the U&C charges after you meet your deductible |

## Usual and Customary (U&C) Charges



If you see a doctor who is not in the Blue Cross network, the plan will make payments only toward the *usual and customary (U&C)* charges for any covered service. If your charges exceed the U&C limits, you will be required to pay the excess cost. Any amounts in excess of the U&C charges or in excess of the actual amount charged are not considered covered expenses under the plan. A charge will be considered to be incurred on the date the service is received, rather than on the date the charge is made or billed. Charges will be considered usual and customary if they fall within the customary range of fees charged in the locality where the expense is incurred, by most physicians or other legally qualified practitioners for similar services or supplies.

**Important!**

**If your cost for services from a non-network provider exceeds the U&C charge, you must pay your coinsurance plus the difference.**

See the following section for an example of how U&C works.

# Taking Advantage of the Level 1 HMO and Level 2 Prudent Buyer (PPO) Options

**Money-Saving Tip**

**Before choosing the level of service you need for your health care, first assess your needs and the amount of provider choice for which you are willing to pay.**

You can save money by using Level 1 and 2 *network providers*. This is because the plan pays a higher portion of the cost than for out-of-network providers, and you do not have to pay the amount in excess of U&C charges.

The following example shows how you can save money:

Grace, José and Ling all need surgery. For this example, let's assume that they have all met their deductibles. Let's also assume that hospitalization costs $4,000 through Level 1, $5,000 through Level 2, and $7,000 through Level 3. Here's how Grace and José pay less than Ling because they took advantage of Level 1 and Level 2 options.

| | Grace Uses Level 1 | José Uses Level 2 | Ling Uses Level 3 |
|---|---|---|---|
| **Cost of inpatient services (hospital room and board)** | $4,000 | $5,000 | $7,000* |
| **U&C Limit** | Does not apply | Does not apply | $6,000 |
| **Plan Pays** | 100% | 80% or $4,000 | 60% of U&C charges or $3,600 |
| **You Pay** | Nothing | 20% or $1,000 | 40% of U&C charges or $2,400 plus $1,000 over U&C limit |
| **Total out-of-pocket cost for hospitalization** | $0 | $1,000 | $3,400 |

**Fees charged by non-network providers are frequently higher than both network providers and U&C limits.*

*This is an example only. All costs and calculations are estimates.*

## Out-of-Pocket Maximum

The plan limits the amount you have to pay out of your own pocket for some kinds of services. Once your share of covered charges reaches the *out-of-pocket maximum*, the plan will pay 100% of most other covered charges. The out-of-pocket maximum for Level 2 and Level 3 applies only to inpatient hospital expenses. Here's how it works:

**Did You Know?**

**Once you meet the annual out-of-pocket maximum, the plan pays 100% of most covered charges for the rest of the calendar year.**

| If You Use... | Your Out-of-Pocket Maximum Is... |
|---|---|
| Level 1 HMO | **$1,500 per person/$4,500 per family** in a calendar year. Once you reach this, the plan will pay 100% of most other covered medical expenses for the rest of that calendar year. |
| Level 2 Prudent Buyer (PPO)* | **$3,000 per inpatient hospital confinement.** Once you pay this amount, the plan will pay 100% of most other covered inpatient hospital expenses for the rest of that confinement. Your deductible and any non-covered services, **do not** apply toward this out-of-pocket maximum. If you have a second confinement in the same year, you will have another $3,000 out-of-pocket maximum. |
| Level 3 Out-of-Network* | **$6,000 per inpatient hospital confinement.** Once you reach this amount, the plan will pay 100% of U&C charges for most other covered inpatient hospital expenses for the rest of that confinement. You are still responsible for the amount over the U&C charge. Your deductible and any non-covered services **do not** apply toward this out-of-pocket maximum. If you have a second confinement in the same year, you will have another $6,000 out-of-pocket maximum. |

**If you use both Level 2 and 3 benefits during the same confinement, your out-of-pocket maximum will range from $3,000–$6,000 per person. This is because the amount you spend out-of-pocket accumulates separately for each level, but counts for both levels.*

Charges that are not covered by the plan do not count toward your out-of-pocket maximum. These charges include:

- Expenses which are used to satisfy the deductible
- Items that exceed the plan's limitations or that are excluded from coverage
- Expenses other than inpatient hospital expenses do not count toward the Level 2 or 3 maximum
- Expenses that exceed the contracted rate
- Expenses that are more than what is considered usual and customary (U&C)
- Expenses incurred because the utilization review process (see page 31) is not followed
- Expenses incurred for mental health or substance abuse treatment.

## Utilization Review (UR) Penalties

If you use Level 1 or 2 benefits, your provider will coordinate UR. If you use Level 3 benefits, you are responsible for contacting the Blue Cross Review Center if you need inpatient hospital care or outpatient surgery. If you don't contact the Review Center, your benefits will be reduced as follows:

- A $350 deductible is applied before benefits are calculated (in addition to the annual deductible)
- Your benefit is calculated on the remaining eligible charges as though pre-certified by UR
- This amount is reduced by 50% to determine your actual benefit.

See page 31 for more information about UR.

**Quick Tip!**

**If you're unable to find a Prudent Buyer provider in your area, call Blue Cross at 1-800-933-9146 for assistance.**

## Lifetime Maximum

The *lifetime maximum* is the maximum amount the plan will pay per *covered person* during his or her lifetime while covered under the Blue Cross plan. If you reach this maximum, the plan will no longer pay a percentage of the cost for services.

### *Level 1 HMO and Level 2 Prudent Buyer (PPO)*

There is no lifetime maximum limit for Level 1 and Level 2 network expenses.

### *Level 3 Out-of-Network*

The lifetime maximum benefit for Level 3 expenses is $1,000,000 per individual. If you reach this maximum, you are still covered for Level 1 and 2 network services.

## Seeing Specialists in Level 1 HMO

If you need to see a specialist and want to receive Level 1 benefits, you can simply go to your PCP for a referral. Here's what you need to do:

**Did You Know?**

**If you use Level 1 benefits, referrals are made by your PCP and approved by your medical group. Blue Cross does not make, approve, deny or pay for referral requests initiated by your PCP.**

| | |
|---|---|
| Step 1 | If your PCP determines that you need care from a specialist, you will be referred to a network specialist. |
| Step 2 | Your PCP will give you a completed form that you will give to the specialist. The referral form shows the services, number of visits authorized and an **expiration date.** |
| Step 3 | When you see the specialist, he or she will complete the rest of this form and send it to your PCP for payment. You are not billed for referrals. |
| Step 4 | If the specialist feels that additional services or visits may be needed, your PCP will need to approve those services before they are received. Also, if you need to change specialists for any reason, you will need to consult with your PCP and obtain a new referral. |



Under Level 1, your medical group receives a monthly payment for all members, whether or not those members receive care. The medical group is then responsible for approving all specialty, lab and X-ray referrals, and paying for the services provided. If you receive a bill for specialist, lab or X-ray services after obtaining a referral from your PCP, you should contact the Blue Cross coordinator at your medical group.

**Important!**

**If you do not receive a referral decision within three business days, you can receive assistance from Blue Cross by calling 1-800-933-9146.**

**Important!**

**If you have questions about a bill for specialist, lab or X-ray services, you should contact your medical group if you used Level 1 benefits. If you self-referred and used Level 2 or 3 benefits, you should contact Blue Cross.**

## Seeing Specialists in Level 2 Prudent Buyer (PPO) and Level 3 Out-of-Network

There is no specialist referral process for Level 2 and 3 benefits. You can go straight to the Prudent Buyer or out-of-network specialist that you want. Keep in mind, however, that if you see a Level 1 PCP and get a referral to a specialist, you will pay less than if you go directly to a specialist on your own.

**Money-Saving Tip**

**If you see your Level 1 PCP and get a referral to a specialist, you will pay less than if you go to a specialist on your own and receive Level 2 or 3 benefits.**

If you visit an out-of-network specialist (Level 3), you will need to file a claim in order to be reimbursed. See page 48 for details.

If you have questions about a bill for specialist, lab or X-ray services when you self-referred under Level 2 or 3, you should contact Blue Cross.

## Emergency and Urgent Care Services Within Your Service Area

**Important!**

**A medical emergency is defined as the onset of a sudden, serious and unexpected acute illness, injury or condition which could permanently endanger your health if medical treatment is not received immediately.**

If you have a *medical emergency* and require immediate care, you should go to the nearest emergency facility or call 911 and:

- If there is time (or you're not sure whether you're experiencing a medical emergency), contact your PCP or medical group's office for instructions. Someone will be available 24 hours a day. At that point you may be told to see your provider or to go to the emergency room of a nearby hospital, or to the office of another network provider
- If you can't contact your provider or medical group in advance, seek medical care on your own, but contact your provider or medical group within 48 hours, or as soon as possible when there are extenuating circumstances that delay your giving notice. After your condition has stabilized, your care will not be covered until your provider authorizes it.

If you need medical care and you are out of your plan's service area, see "Traveling Outside the Service Area" on page 19.

| The services will be considered emergency care if: | The services will not be considered emergency care if: |
|---|---|
| Your situation qualifies as a medical emergency and:<br>■ You receive your provider or medical group's approval before receiving care or<br>■ You (or someone calling on your behalf) contacts your provider or medical group for approval within 48 hours after you seek care. | ■ Your situation does not qualify as a medical emergency<br>■ Your provider or medical group isn't notified before you seek care (unless in *extraordinary circumstances*) or<br>■ Your provider or medical group isn't notified within 48 hours after you seek care. |

If you receive care outside of the network, either out of your area or with an out-of-network provider, you will be responsible for copays plus the cost of any services that are not covered services.

The following describes what emergency room care and *urgent care* will cost you in each level:

| | Level 1 HMO | Level 2 Prudent Buyer (PPO) | Level 3 Out-of-Network |
|---|---|---|---|
| **Emergency Care** | You pay $35 copay (waived if admitted) | You pay $35 copay (waived if admitted) | You pay $35 (waived if admitted) if your PCP is notified within 48 hours |
| **Urgent Care** | You pay $35 copay (waived if admitted) | You pay $35, then 20% of covered expenses | You pay $35, then 40% of U&C charges plus the amount over the U&C charges |
| **If determined to be non-emergency** | You pay $35 copay | You pay $35, then 20% of covered expenses | You pay $35, then 40% of U&C charges plus the amount over the U&C charges |

## Traveling Outside the Service Area

If you are traveling outside of California and need outpatient care, here's what you need to do:

| Your Situation | What You Need To Do |
|---|---|
| During a medical emergency | Call 911 or go to the nearest emergency facility. Contact Blue Cross within 48 hours after you receive treatment. |
| If it is not a medical emergency | Call **1-800-4-HMO-USA (1-800-446-6872).** You will be told if there is a participating HMO in the area with instructions on how to receive care. If there are no participating health care providers in your area, you will be told how to obtain care from a local provider. After receiving care, you must call the hotline again and provide the necessary information so that Blue Cross can arrange coverage. |
| If you are traveling outside the United States | Get the treatment you need and contact the Blue Cross Customer Service Department when you return to the United States. |
| If it is a mental health/substance abuse issue | Contact the mental health or customer service number listed on your ID card. |



**Important!**

**If you receive routine care while you are traveling, the care will be covered under Level 2 or 3 depending on whether the provider is a local Blue Cross/Blue Shield network provider. However, if you need ongoing care for a particular condition while traveling, your PCP can arrange for your care by contacting Blue Cross.**

## What Is Covered

Covered medical services are services and supplies you or a covered dependent receive, such as preventive care, diagnosis or treatment for an illness or injury. The following items are considered medical services if Blue Cross determines that they are *medically necessary* for the diagnosis and treatment of the patient's condition. All services are subject to the exclusions listed on pages 27-31.

**Quick Tip!**

**Look in this section for expenses that are covered by the POS plan.**

The following three lists give a brief description of what is covered under the three levels in the following order:

- What is covered under Levels 1, 2, and 3
- What is covered under Level 1 only
- What is covered under Levels 2 and 3 only.

### *What Is Covered Under Levels 1, 2 and 3*

Skilled Nursing Facility. Inpatient services and supplies provided by a skilled nursing facility for up to 60 days per calendar year.

No benefit will be paid under any Level for charges exceeding the two-bed room rate of the skilled nursing facility. Under Levels 2 and 3, skilled nursing facility services and supplies are subject to utilization review.

Transplant Travel Expense. The following travel expenses in coordination with certain transplants performed at a Center of Excellence, provided expenses are authorized by the Review Center:

- For the recipient and a companion, up to six trips per transplant episode:
  - Round trip coach airfare, not to exceed $250 per trip
  - Hotel accommodations (limited to one double room), not to exceed $100 per day for up to 21 days per trip
  - Other expenses, not to exceed $25 per day per person.
- For the donor, per transplant episode, limited to one trip:
  - Round trip coach airfare, not to exceed $250
  - Hotel accommodations (limited to one double room), not to exceed $100 per day for up to 7 days
  - Other expenses, not to exceed $7 per day.

**Home Health Care.** The following services of a home health care agency or visiting nurse association:

- Services of a registered nurse
- Services of a licensed therapist for physical, occupational, speech or respiratory therapy
- Services of a medical social service worker
- Services of an approved home health aide and
- Medically necessary supplies.

Benefits are payable for up to 100 visits per calendar year. One visit is defined as a period of covered service for up to four hours per day. Home Health Care services are subject to Utilization Review. Services are not covered while you are receiving Hospice Care or Home Infusion benefits.

**Home Infusion Therapy.** The following services and supplies when provided by a home infusion therapy provider in your home for the intravenous administration of your total daily nutritional intake, fluid requirements or medication:

- Up to a 14-day supply of medication, supplies and supply delivery. Medication that is delivered but not administered will not be covered.
- Pharmacy compounding and dispensing services
- Hospital and home clinical visits related to the administration of infusion therapy
- Skilled nursing services including:
  - Patient or alternative caregiver training
  - Visits to monitor the therapy.
- Rental, purchase and maintenance charges for durable medical equipment
- Laboratory tests to monitor patient progress.

Home infusion therapy services are subject to Utilization Review.

**Hospice Care.** The following services and supplies to a maximum of 210 days if using Level 1 service or 180 days if using Level 2 or Level 3.

- Room and board charges at an inpatient hospice unit
- Services of a registered nurse, licensed practical nurse and licensed vocational nurse
- Services of a licensed therapist for physical, occupational, speech or respiratory therapy
- Medical social services
- Services of a home health aide
- Dietary and nutritional guidance
- Prescription drugs
- Medical supplies
- Oxygen and related therapy supplies
- Palliative care (care which controls pain and relieves symptoms, but does not cure) which is appropriate for the illness.

**Quick Tip!**

**If your loved one passes away, you may want to refer to the Life Events section of this binder under "If a Death Occurs."**

To receive hospice care benefits, you must be suffering from a terminal illness for which the prognosis of life expectancy is six months or less as certified by your physician to Blue Cross under Level 2 or 3, or by your primary care physician to your medical group under Level 1. Your physician must consent to your care by the hospice and must be consulted in the development of your treatment plan.

**Ambulatory Surgical Center.** Service and supplies provided in connection with outpatient surgery.

**Ambulance.** Services and supplies in connection with:

- Ground ambulance service to and from a hospital
- Air ambulance service if a ground ambulance is inadequate.

**Diagnostic Services.** Outpatient diagnostic radiology and laboratory services.

**Allergy.** Allergy testing and physician's services.

**Radiation Therapy**

**Chemotherapy**

## Durable Medical Equipment

- Rental or purchase of dialysis equipment and supplies
- Rental or purchase of other medical equipment and supplies that have been approved through the utilization review process.

**Blood.** Blood transfusions. Charges for the collection, processing and storage of blood are covered, but only when it is collected for a planned and covered surgical procedure.

**Physical Therapy, Physical Medicine and Occupational Therapy.** The following services provided by a physician are covered when carried out as part of a treatment plan which offers a reasonable expectation of significant improvement:

- Outpatient physical therapy and physical medicine for the treatment of illness or injury
- Outpatient occupational therapy when the ability to perform daily life tasks has been lost or reduced due to illness or injury.

Benefits are payable for up to 60 consecutive days following an illness or injury, beginning with the first treatment for that illness or injury.



Additional benefits may be available if authorized in advance by the Blue Cross Review Center.

**Outpatient Speech Therapy.** Outpatient speech therapy following injury or organic disease.

## Hospital

- Inpatient services and supplies. Benefits will not be provided for charges in excess of the hospital's prevailing two-bed rate, or negotiated per diem rate, unless approved by either your medical group (Level 1) or utilization review (Levels 2 and 3)
- Services in special care units
- Outpatient services and supplies covered by a hospital, including outpatient surgery.

## Professional Services

- Services of a physician, including:
  - Office visits for a covered illness, injury or condition and
  - Visits to the member's home within the medical group area by your primary care physician
- Services of an anesthetist or anesthesiologist.

Pregnancy and Maternity Care

- All medical benefits for pregnancy or maternity care, including the diagnosis of genetic disorders in cases of high risk pregnancy
- Inpatient hospital benefits in connection with childbirth provided for 48 hours following a vaginal delivery or 96 hours following a cesarean section, unless the mother and her physician decide on an earlier discharge, or if a longer stay is medically necessary.

  *Note: Under the Newborns' and Mothers' Health Protection Act of 1996 (NMHPA), group health plans and health insurers generally* **may not**, *under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or 96 hours following a cesarean section.* **(No authorization is needed from the plan in order to be covered for the 48 or 96 hour minimum stay)**

- Routine hospital nursery care of the newborn child. However, if the newborn is the child of a dependent child (grandchild), nursery care is only available under Level 1.

Dental Care

- Inpatient hospital services for up to three days during a hospital stay required for dental treatment. To be covered, this must be ordered by both a physician and a dentist and approved by your medical group, or preauthorized by the Blue Cross Review Center. Hospital stays for the purpose of administering general anesthesia are not covered
- Initial emergency care by a physician or dentist due to accidental injury while covered under the plan. Injuries due to biting or chewing are not covered. If you are using Level 2 or 3 providers, services must be received within six months following the injury.

**Organ and Tissue Transplants**. Services provided in connection with a non-investigative organ or tissue transplant, provided you are:

- The organ or tissue recipient
- The organ or tissue donor, provided the recipient is also an enrolled member.

If you are the recipient, an organ or tissue donor who is not covered under Level 1 is also eligible for benefits. Benefits are reduced by any amount provided by the donor's own coverage.

For those covered under Levels 2 and 3, prior authorization from utilization review is required for organ transplant charges to be considered covered expenses. Also, certain organ transplants must be performed at a Center of Excellence to be considered a covered expense.

**Reconstructive surgery following a mastectomy.** To reconstruct a breast following a mastectomy, performed in a manner determined in consultation with you or your dependent's physician. This may include:

- Reconstruction of the breast on which the mastectomy was performed
- Surgery and reconstruction of the other breast to produce a symmetrical appearance and
- Prosthesis and treatment of physical complications at all stages of the mastectomy, including lymphedemas.

Benefits for breast reconstruction may be subject to appropriate annual deductibles and coinsurance provisions that are consistent with those established for other benefits under the plan.

## *What Is Covered Under Level 1 Only*

**Hemodialysis Treatment.** Hemodialysis treatment, including treatment in your home if authorized by your medical group.

**Prosthetic Devices.** Prosthetic devices which replace missing body parts and the services and supplies to maintain them, including but not limited to:



- Surgical implants
- Artificial limbs or eyes
- The first pair of contact lenses or eye lenses when required as a result of a medically necessary eye surgery.

**Sexual Dysfunction.** Treatment of sexual dysfunction which is due to physical abnormality, defect or disease. Treatment of sexual dysfunction resulting from psychological causes is not covered.

**Routine Examinations**

- Physician's examination, including complete physical examinations and check-up
- Vision or hearing examinations.

**Cervical Cancer Screening.** Services and supplies provided in connection with routine Pap smears.

**Mammograms.** Routine and diagnostic mammogram examinations to detect breast cancer.

**Immunizations.** Immunizations, when prescribed by your primary care physician following recommended frequency guidelines of US Public Health Service Organizations.

**Growth Hormone Treatment.** Growth hormone treatment when approved by your primary care physician.

Infertility and Birth Control

- Diagnosis of and counseling and planning for fertility and infertility problems, as medically necessary. Treatment other than artificial insemination for problems of infertility is not covered
- Artificial insemination when either partner has been determined to be infertile
- Family planning, including counseling for birth control.

**Health Education.** Health Education when provided by your primary care physician.

### *What Is Covered Under Levels 2 and 3 Only*

**Hemodialysis Treatment.** Hemodialysis treatment including treatment in your home, if authorized in advance by the Blue Cross Review Center.

Prosthetic Devices

- Prosthetic devices to restore a method of speaking when required as a result of a covered laryngectomy
- Other medically necessary prosthetic devices, up to a maximum benefit of $1,000 per calendar year, including:

  – Surgical implants

  – Artificial limbs or eyes

  – The first pair of contact lenses or eye glasses following a covered eye surgery.

Routine Physical and Well Child Exams

- Physician services for routine physical examinations
- Radiology and laboratory services in connection with routine physical examinations
- Standard immunizations.

No benefits will be paid for the services of a non-Prudent Buyer Plan provider (Level 3).

**Chiropractic Care.** Outpatient chiropractic care for a covered illness, injury or condition.

Benefits for chiropractic care are limited to 20 visits per calendar year under Level 2 and 15 visits per calendar year under Level 3.

**Jaw Joint Disorders.** Splint therapy or surgical treatment for disorders or conditions of the jaw joints.

## What Is Not Covered

The following shows what is not covered:

- Under Levels 1, 2 and 3
- Under Level 1
- Under Levels 2 and 3.

**Important!**

**Not all medical expenses are covered by the plan. Look in this section for exclusions.**

### *What Is Not Covered Under Levels 1, 2 and 3*

Acupuncture. The services of a physician or acupuncturist for acupuncture treatment of disease, illness or injury.

Medically Necessary. Services or supplies that are not medically necessary.

Experimental or Investigative. Any experimental or investigative procedure or medication.

Crime or Nuclear Energy. Conditions resulting from the following:

- The commission of or attempt to commit a felony
- Any release of nuclear energy, whether or not the result of war, **when government funds are available** for the treatment of illness or injury. If government funds are not available, then the plan will provide normal coverage.

Effective Date

- Services received before your effective date or during an inpatient stay that began before your effective date
- Services received after your coverage ends.

Work-Related. Work-related conditions if covered under any Workers' Compensation, employer liability or occupational disease law, even if you do not claim these benefits.

Government Treatment. Any services provided by a local, state or federal government agency, except when payment under this plan is required by law.

Voluntary Payment. Charges you are not required to pay.

Not Specifically Listed. Services not specifically listed in this plan as covered services.

Mental or Nervous Disorders. Mental or nervous disorders or substance abuse, including any rehabilitative care. Coverage for mental or nervous disorders may be available through Managed Health Network (see page 39).

**Nicotine Use.** Smoking cessation programs or treatment of nicotine or tobacco use.

**Infertility Treatment.** Infertility treatment, family planning or birth control services, except as listed under "What Is Covered."

**Orthodontia.** Braces, or other orthodontic appliances or services.

**Dental Services and Supplies**

- Any dental services or supplies, except as listed under "What Is Covered"
- Cosmetic dental surgery or other services for beautification.

**Outpatient Speech Therapy.** Outpatient speech therapy, except as stated under "What Is Covered."

**Cosmetic Surgery.** Cosmetic surgery or other services solely for beautification. The following, however, are not considered cosmetic surgery:

- Reconstructive surgery to correct a deformity caused by injury, or restore a bodily function
- Surgery to restore symmetry following a mastectomy.



**Sex Transformation**

**Sterilization Reversal**

**Orthopedic Supplies.** Orthopedic shoes (except when joined to braces) or shoe inserts.

**Air Conditioners.** Air purifiers, conditioners or humidifiers.

**Exercise Equipment.** Exercise equipment, or any charges for activities or facilities normally intended or used for physical fitness, even if ordered by a physician.

**Personal Items.** Any supplies for comfort, hygiene or beautification.

**Telephone and Facsimile Machine Consultations**

**Eye Surgery for Refractive Defects**

- Any eye surgery solely or primarily for the purpose of correcting refractive defects of the eye such as nearsightedness or astigmatism
- Contact lenses or eye glasses as a result of the surgery.

**Physical Therapy or Physical Medicine.** Services of a physician for physical therapy or physical medicine, except when provided as part of a covered inpatient confinement, or as listed under "What Is Covered."

**Contraceptive Devices.** Contraceptive devices provided for birth control, except as covered under the prescription drug benefit.

**Diabetic Supplies.** Prescription and non-prescription diabetic supplies, except as stated under "Prescription Drugs."

**Private Duty Nursing.** Inpatient or outpatient services of a private duty nurse.

**Obesity.** Services primarily for weight reduction or treatment of obesity. This does not apply to treatment of morbid obesity as determined by your PCP (if you are using Level 1) or if authorized through utilization review as determined by Blue Cross, if Blue Cross authorized the treatment in advance as medically necessary and appropriate.

**Custodial or Rest Cures**

- Inpatient room and board charges in connection with a hospital stay primarily for environmental change or physical therapy
- *Custodial care* or rest cures, except as provided under hospice care benefits
- Services provided by a rest home, a home for the aged, a nursing home or any similar facility
- Services provided in a skilled nursing facility except as stated under "What Is Covered."

**Chronic Pain.** Treatment of chronic pain, except as covered under hospice care benefits.

**Outpatient Drugs and Medications**

- Outpatient prescription drugs or medications and insulin, except as covered under the home health care benefit or prescription drug benefit (see page 34)
- Non-prescription, over-the-counter, patent or proprietary drugs or medicines
- Cosmetics, dietary supplements, health or beauty aids.

**Lifestyle Programs.** Programs to alter one's lifestyle that may include diet, nutrition, imagery or exercise. This does not apply to cardiac rehabilitation programs which are approved by your PCP (Level 1) or if authorized through utilization review (Levels 2 and 3).

## What Is Not Covered Under Level 1

**Optometric Services or Supplies.** Optometric services, vision eye exercises and orthoptics, except for eye examinations to determine the need for vision correction. Eye glasses and contact lenses, except where specifically covered.

**Not Authorized.** Any services not authorized by your primary care physician or medical group, except as stated in cases of emergency or urgent care.

**Services Provided by Non-Participating Providers.** Any service provided by a provider not affiliated with the medical group, except in cases of referral, emergency or urgent care.

**Hearing Aids**

**Surrogacy.** Any services or supplies in connection with a surrogate pregnancy, unless the surrogate mother is an enrolled Blue Cross member.

**Sexual Dysfunction.** Treatment of any sexual dysfunction except as stated under "What Is Covered."

**Nutrition.** Food or nutritional supplements.



**Routine Exams**

- Routine physical or psychological exams or tests required for employment or by a government authority or at the request of a third party such as a camp or school
- Any other routine physical examination that does not specifically treat an actual illness, injury or condition, except as stated under "What Is Covered."

**Immunizations.** Immunizations for foreign travel, or other than stated under "What Is Covered."

## What Is Not Covered Under Levels 2 and 3

**Excess Amounts.** Any amount in excess of a covered expense or beyond the benefit maximums.

**HMO Benefits.** Services or supplies for which benefits are paid under your HMO benefits, including emergency treatment.

**Excluded Under HMO.** Services or supplies which are excluded under the HMO benefits, unless provided by a Level 2 or Level 3 provider.

**Services of Relatives.** Professional services received from a person that lives in your home or who is related to you by blood or marriage, except as provided under home infusion therapy.

**Inpatient Diagnostic Tests.** Inpatient room and board charges in connection with a hospital stay primarily for diagnostic tests that could have been performed safely on an outpatient basis.

Hearing Aids or Routine Hearing Tests

**Optometric Services or Supplies.** Optometric services, vision eye exercises and orthoptics, routine eye examinations and refractions. Eye glasses and contact lenses, except where specifically covered.

**Outpatient Occupational Therapy.** Outpatient occupational therapy except as stated under "What Is Covered."

**Education or Counseling.** Educational services or nutritional services, except as covered under home infusion therapy benefits.

**Routine Tests or Examinations.** Any other routine physical examination that does not specifically treat an actual illness, injury or condition, including those required by a government authority, except as stated under "What Is Covered."

## Utilization Review

When your provider proposes a treatment of care for you such as inpatient hospital stays or outpatient surgery, the Blue Cross utilization review (UR) program offers guidelines to help determine if the care that your provider has recommended is medically necessary and appropriate.

**Quick Tip!**

**If you or a covered family member need hospitalization, you may want to refer to the Life Events section of this binder and look under "Going Into the Hospital."**

You must get UR for:

- Inpatient hospital stays
- Outpatient surgery.

All reviews are performed by the Review Center. The telephone number for the Review Center can be found on the back of your ID card.

For all services subject to UR, you, your family or your provider must call the Review Center **at least three working days prior** to when you are scheduled to receive services. If you receive the care without contacting the Review Center, your benefits may be reduced (see page 15 for details).

Here's what you must do:

| Level 1 HMO or Level 2 Prudent Buyer (PPO) | Level 3 Out-of-Network |
|---|---|
| Your provider will automatically contact the Review Center | ■ You must tell your provider that your plan requires UR<br>■ You are responsible for contacting the Review Center<br>■ If you receive the approval of UR, you must schedule the services within 60 days of this certification. Otherwise, you must coordinate another UR if you have waited more than 60 days to receive services. |

### *If You Have an Emergency*

If you receive treatment for an emergency and did not receive UR, you must call the Review Center within one working day of the admission or procedure, unless extraordinary circumstances prevented you from doing so. If the Review Center finds that the treatment was medically necessary and appropriate, it will certify the service. Otherwise you and your provider will receive written notice and further instructions.



### *Authorization Referrals*

If you are using Level 1 or 2 benefits, and you need to get referred **from a network provider to an out-of-network provider**, you must obtain an authorization referral from the Review Center to receive the highest level of benefit available under this plan.

Referrals to out-of-network providers will be authorized only when all of the following criteria are met:

1. There is no network provider within 50 miles of your area who can provide the service
2. You must be referred to the out-of-network provider by a network provider and
3. The Review Center authorizes the services beforehand.

If you do not request an authorization referral or your request is denied, the services received from an out-of-network provider will be covered under Level 3 only.

**Important!**

**If you need a referral from a Level 1 or 2 network provider to an out-of-network provider, make sure you meet all the criteria on this page.**

## Chiropractic Benefits

Chiropractic benefits for you and your dependents are covered under Levels 2 and 3 only. If you receive services from a chiropractor in the Prudent Buyer network, you will have lower out-of-pocket costs than if you use an out-of-network chiropractor. Your chiropractic benefits are summarized below:

| | Level 1 HMO | Level 2 Prudent Buyer (PPO) | Level 3 Out-of-Network |
|---|---|---|---|
| **Benefit** | Not covered | You pay a $10 copay per visit for up to 20 visits | Plan pays 60% of U&C expenses after you meet your deductible |
| **Annual Visit Maximum** | N/A | 20 visits per year | 15 visits per year |

# Prescription Drug Program

With the POS plan, you can obtain prescription drugs at any network pharmacy. You may also obtain prescription drugs through the mail by using the prescription drug mail order program. There is no coverage if you fill your prescription at a non-network pharmacy.

## Retail Program

| | Network Pharmacy |
|---|---|
| **What do I need to do?** | ■ Locate participating network pharmacies in your area by calling 1-800-700-2541<br>■ When you go to the pharmacy, present your ID card and pay the appropriate copay. |
| **How much do I pay?** | ■ You pay $5 for generic drugs, $10 for brand name drugs and $20 for non-formulary drugs for up to a 30-day supply retail. You pay twice the retail copay for a 90-day supply through mail order<br>■ Your cost will be higher if you request a brand name drug when a generic drug is available.* |
| **Do I need to file a claim?** | No |

**If you request a brand name drug when a generic drug is available (and your provider hasn't specified brand name) you will pay $5 plus the difference between the price of the brand name and the generic drug.*

*If a generic drug is not available, you pay the $10 brand name copay.*

**Important!**

**If you are enrolled in an HMO, please refer to the HMO's booklet (Evidence of Coverage) for information about your prescription drug benefits.**

## Mail Order Drug Program

The mail order drug program provides you with a low-cost way of filling prescriptions for maintenance drugs. Your cost is only $10 for generic drugs, $20 for brand name drugs and $40 for non-formulary drugs for up to a 90-day supply. Brand name drugs are dispensed only when there is no generic equivalent or if your doctor writes "dispense as written" on the prescription order.

Follow the steps below when you want to use the mail order drug program:

| | |
|---|---|
| **Step 1** | Ask your doctor to prescribe up to the maximum supply allowed by your plan, including refills (90 days plus three refills). |
| **Step 2** | Obtain a mail order drug program form by calling 1-888-888-DRUG or by writing to:<br><br>Blue Cross Prescription Drug Program - Mail Service<br>P.O. Box 550<br>Pittsburgh, PA 15230-9424 |
| **Step 3** | Complete the form and send it to the above address. The three items to send are:<br>■ The completed mail order drug form<br>■ The prescription<br>■ Your copay. |
| **Step 4** | Expect your medications to be delivered to your home in approximately two weeks. |
| **Step 5** | When you're ready to refill your prescription, call 1-888-888-DRUG and request your refill order. |

Oral contraceptives and maintenance drugs, including prescriptions filled through the mail order program, are covered if they are prescribed by a doctor in writing and dispensed by a pharmacy through a participating mail order drug program.

## What Is Covered

- All outpatient prescription drugs including oral contraceptives
- One diaphram per calendar year (at brand copay level)
- Insulin and syringes (when dispensed for use with insulin and other self-injectable drugs)
- Injectable subcutaneous drugs
- Diabetic supplies.

## What Is Not Covered

The following are not covered services and supplies:

- Immunizing agents, biological sera, blood, blood products or blood plasma
- Hypodermic syringes and/or needles except when dispensed for use with insulin
- Contraceptive devices prescribed for birth control, except as listed under "What is Covered"
- Drugs and medications used to induce non-spontaneous abortions
- Drugs and medications dispensed or administered in an outpatient setting as part of the medical plan treatment; including, but not limited to, outpatient hospital facilities and physicians' offices
- Professional charges in connection with administering, injecting or dispensing of drugs
- Drugs and medication which may be obtained without a physician's written prescription, except insulin or niacin for lowering cholesterol
- Drugs and medications dispensed while you are confined in a hospital, skilled nursing facility, rest home, sanitorium, convalescent hospital or similar facility
- Durable medical equipment, devices, appliances and supplies, even when prescribed by a physician except as covered under the medical plan benefits
- Services or supplies for which you are not charged
- Oxygen
- Cosmetics, dietary supplements, and health or beauty aids
- Drugs labeled "Caution, Limited by Federal Law to Investigational Use" or experimental drugs or drugs or medications prescribed for experimental indications

- Any expense incurred for a drug or medication in excess of:
  - The drug limited fee schedule
  - The prescription drug negotiated rate for drugs dispensed by participating pharmacies or through the mail order program.
- Drugs which have not been approved for general use by the State of California Department of Health or the Food and Drug Administration
- Non-medicinal substances or items (e.g., nicotine containing medicines)
- Drugs used primarily for cosmetic purposes (e.g., Retin-A for wrinkles)
- Drugs used primarily for the purpose of treating infertility (including but not limited to Clomid, Perganol and Metrodin)
- Anorexiants except when used to treat morbid obesity (e.g. diet pills and appetite suppressants) when approved in advance by Blue Cross
- Drugs obtained outside of the U.S.
- Allergy desensitization products or allergy serum
- Infusion drugs, except drugs that are self-administered subcutaneously
- Select class of drugs where non-preferred medications, which have therapeutic alternatives, have shown no benefits regarding efficacy or side effects over preferred drugs. This does not apply if the prescriber writes "dispense as written" or "do not substitute."



## Drug Preauthorization

A few drugs require preauthorization from the Blue Cross Prescription Drug Service before a pharmacist can fill the prescription, even if your doctor writes "dispense as written" on the form. These drugs are usually more expensive drugs with less expensive alternatives which are just as effective for most people, newer drugs that Blue Cross is monitoring for side effects, or drugs for which studies have shown that the effectiveness is limited to specific demographic or medical profiles. These drugs may or may not be on the plan's preferred list of medications.

If your doctor prescribes one of these drugs, he or she will need to fill out the appropriate drug utilization form and return it to Blue Cross. Once approved, no further preauthorization will be required for a year. Your doctor can obtain the appropriate form by calling the pharmacy number on the back of your ID card.

# Mental Health and Substance Abuse Coverage

Mental health and substance abuse coverage is available through the Employee Assistance Program (EAP) which is administered by the Health and Human Resource Center (HHRC) and your medical plan's mental health program. The EAP is available to all employees and their immediate family members, whether or not you are enrolled in a Company medical plan. You must, however, be enrolled in a Company medical plan to receive Mental Health Program benefits.

**Did You Know?**

**The EAP is available to you and your immediate family members, whether or not you are enrolled in a medical plan.**

## The Employee Assistance Program (EAP)

The Employee Assistance Program (EAP) provides confidential assistance to you and your family members. You can receive services through the EAP either face-to-face or by telephone, based on the particular service.

Life Management services such as legal or financial consultations are provided through referrals. Most other services, including marriage and family counseling and mental health and substance abuse services, are provided through face-to-face counseling sessions with a HHRC provider.

You and your dependents are covered by the EAP whether or not you are enrolled in a Company medical plan. You may access the EAP beginning on the first day of employment.

**Important!**

**If you are enrolled in Kaiser Permanente, you have mental health and substance abuse coverage through the HMO. If you are in a Blue Cross plan, you have mental health and substance abuse coverage through MHN.**

### *Benefit Amount*

You and all immediate family members are each covered for up to eight individual consultations per year with an EAP professional free of charge.

If you require ongoing or specialized treatment that cannot be addressed through the EAP, you may be eligible to continue treatment through your medical plan's mental health program. Your EAP consultant also may refer you to a resource in the community who has been screened for specialty, quality of service and reasonableness of fees.

### *How to Access Care*

You or your immediate family members may contact the EAP directly by calling 1-800-342-8111.

## Mental Health Program

If you require ongoing or specialized treatment that cannot be addressed through the EAP, you may be eligible to continue treatment through your medical plan's mental health program.

Kaiser members should refer to the Kaiser Evidence of Coverage (EOC) booklet for more information.

**Important!**

**If you are enrolled in Kaiser Permanente, you have mental health and substance abuse coverage through Kaiser.**

If you are covered by a Blue Cross medical plan, you are covered for inpatient and outpatient mental health and substance abuse services through Managed Health Network (MHN). Services are covered only if preauthorized by MHN.

The following shows the mental health program services and costs through MHN:

| Service | Benefit |
|---|---|
| **Mental Health and Substance Abuse** | |
| Outpatient | You pay a $15 copay per visit for up to 30 visits per year if preauthorized (visit limit combined for mental health and substance abuse) |
| Inpatient | Plan pays 100% of covered expenses for up to 50 days per year if preauthorized (day limit combined for mental health and substance abuse) |

### *How to Access Care*

When you or a dependent need mental health or substance abuse treatment, you can first contact HHRC. At that time, you will be referred to a licensed counselor who will help you evaluate the problem and develop a treatment plan. The first eight sessions are free of charge through the EAP. If you need treatment beyond that provided by the EAP and are covered by a Company medical plan other than Kaiser Permanente, the EAP counselor will coordinate a referral with MHN to a MHN network provider. If you are enrolled in Kaiser Permanente, you should contact Kaiser for mental health and substance abuse care.

**Quick Tip!**

**When you or a dependent need mental health or substance abuse treatment, you can first contact the EAP at 1-800-342-8111**

When you call the EAP, have the following information available so you can answer all the EAP counselor's questions:

- Employee's name, social security number, address and phone number
- Employer's name
- Patient's name, birth date and relationship to the employee
- Reason care/treatment is sought
- Name, address and phone number of any provider currently providing care
- If applicable, the reason for admittance to an institution or course of treatment.

## Mental Health Coverage for Employees in a Blue Cross Medical Plan

**Important!**

**In order to receive benefits under the plan, you must receive approval by calling MHN at 1-888-327-0015.**

### *What Is Covered*

- Doctor visits
- Partial hospitalization facility visits
- Local emergency ambulance travel
- Services and supplies furnished during outpatient visits
- Services and supplies furnished by a hospital during inpatient stays for mental illness
- Services and supplies furnished by a residential treatment center
- Services and supplies as part of an alternate treatment plan approved by MHN.

### *What Is Not Covered*

Not all mental health and substance abuse treatment is covered under the plan. The following services and supplies **are not covered:**

- Treatment of detoxification in newborns
- Treatment of congenital and/or organic disorders, including, but not limited to, Organic Brain Disease and Alzheimer's Disease
- Treatment of mental retardation, other than the initial diagnosis
- Court-ordered testing and treatment, including detention under Welfare and Institutions Code, Section 5150.
- Private hospital rooms and/or private duty nursing, unless determined to be a medically necessary service and authorized by the MHN Medical Director or his/her designee

- Ancillary services such as vocational rehabilitation, behavioral training, sleep therapy, employment counseling, training or educational therapy for learning disabilities or other education services
- Treatment of obesity
- Testing, screening or treatment for learning disabilities
- Treatment of conditions which are medical in nature, even when such conditions may have been caused by a Mental Disorder, Chemical Dependence or Substance Abuse
- Treatment by providers other than those within licensing categories then recognized by MHN as providing covered services in accordance with applicable medical community standards
- Treatment rendered for conditions not listed as an Axis I disorder (V code diagnoses listed as an Axis I disorder are also excluded)
- Services in excess of those authorized by HHRC or MHN
- Broken appointments, except when the provider is notified within 24 hours of appointment; otherwise a missed appointment will count as one session
- All prescription or non-prescription drugs except as prescribed by a physician at an inpatient hospital or alternate care facility
- Inpatient services, treatment or supplies that are rendered without utilization review, except in the case of an emergency
- Outpatient services provided prior to an evaluation by an Assessor, except in the event of an emergency
- Care, services, treatment or supplies provided in a non-emergency by an out-of-network provider, unless authorized by HHRC or MHN
- Damage to the facility of a Participating Provider or Participating Facility Provider caused by a Covered Enrollee. The actual cost of such damage shall be billed directly to the Covered Enrollee
- Care, services, treatment or supplies that have been determined experimental by HHRC or MHN
- Care, services, treatment or supplies that are provided as a result of any Workers' Compensation law or obtained through any governmental agency or program, or caused by the conduct or omission of a third party
- Care, services, treatment or supplies for military service disabilities when treatment is available under governmental health care programs
- Care, services, treatment or supplies given to a covered member or dependent that are not medically necessary including, but not limited to, services, treatment or supplies primarily for rest, custodial, domiciliary or convalescent care.

For employees enrolled in the Kaiser medical plan, consult your Evidence of Coverage for a description of your mental health coverage.

# Coordination of Benefits

**Did You Know?**

**Coordination with other plans helps the Company reduce the high cost of medical benefits.**

There are some plan participants who are covered by more than one health plan. *Coordination of benefits* is a provision that makes sure that if you are covered by more than one plan, you are not reimbursed for more than what you are entitled to under the Company plan.

Under this provision, the plan that pays first is called the *primary plan*. The plan that pays second is called the *secondary plan*. When the Company plan is secondary, it will limit its benefits so that the total amount that you will be reimbursed from all plans will not be more than the amount that the Company would have paid if it had been primary.

Here's an example of the coordination of benefits:

Let's say you have a dependent in the Company plan who has primary coverage through his or her employer. If his or her primary plan pays 90% for a service that the Company would have paid 80% for, then no additional payment will be made by the Company.

If, however, the primary plan pays 70% for a service that the Company plan would have paid 80% for, then a payment of an additional 10% will be made by the Company plan.

## How Is It Determined Which Plan Pays First?

The following rules are used to determine which plan is primary:

- A plan without a coordination of benefits provision is considered primary. The Blue Cross Plus POS plan has a coordination of benefits provision
- The plan in which you are enrolled as an active employee or a dependent of an active, laid-off or retired employee, is primary
- When both plans have a coordination of benefits rule, the plan in which you are enrolled as an active employee rather than as a dependent is primary. Usually, the plan that covers you other than as a dependent, for example as an employee, member, subscriber or retiree, is primary and the plan that covers you as a dependent is secondary.

*Dependent Expenses*

- If your children are enrolled in both your spouse's employer's plan and one of the Company plans, the Company plan uses the birthday rule to determine which plan pays benefits first

- The plan covering the parent whose birthday falls first in the calendar year is considered primary. The other parent's plan is considered secondary. You would submit claims to the secondary plan for amounts not paid by the primary plan
- If both parents share the same birthday, the primary plan will be the plan that has covered one parent longer. The secondary plan will be the plan that has covered the other parent for a shorter period of time
- If you're separated or divorced and your children are covered under more than one plan, the birthday rule does not apply. Instead, coverage is determined by the following rules in the order listed:
  - The plan of the parent to whom the court specifically assigned financial responsibility for health care expenses (for instance, through a Qualified Medical Child Support Order)
  - The plan of the parent who has custody
  - The plan of the spouse married to the parent who has custody (the stepparent's plan)
  - The plan of the parent who does not have custody
  - The plan of the spouse married to the parent who does not have custody.

If none of the above rules determines which plan is primary, the plan covering the individual for the longest period of time is considered primary.



## Coordination with HMOs

When an employee (and/or dependents) is enrolled in either the POS plan or an HMO, the HMO is considered primary when services are provided by the HMO.

If the HMO does not provide a medically necessary service and the Blue Cross Plus POS plan covers this service, Blue Cross will pay the customary benefits for that particular service.

**Quick Tip!**

**If you're eligible for Medicare, it may be helpful if you refer to "If You're Retiring" in the Life Events section of this binder.**

## Coordination With Medicare

If you are an active employee enrolled in the Blue Cross Plus plan and are also entitled to Medicare coverage, or have a dependent entitled to Medicare coverage, the Blue Cross Plus plan will be the primary plan unless you or your dependent choose Medicare-only coverage.

If you or your dependent choose Medicare-only coverage, Medicare will be the primary plan, and you or your dependent will no longer be covered by the Blue Cross Plus POS plan or any plan offered by the Company.

Each person eligible for Medicare is assumed to have full Medicare coverage (that is, Part A Hospital Insurance and Part B Voluntary Medical Insurance), whether or not the individual has actually enrolled for full coverage.

Enrolled participants in the Blue Cross Plus POS plan who are eligible for Medicare may include the following:

- Enrolled active employees age 65 or older
- Enrolled dependent spouses age 65 or older
- Enrolled active employees or dependents with End-Stage Renal Disease
- Enrolled employees or dependents who are determined to be totally disabled by the Social Security Administration.

# Changes in Your Employment Status

If your employment status changes, your benefits may be affected. The following are some possible changes, how they can affect your benefits and the steps you need to take:

**Quick Tip!**

**If you become disabled, refer to "Living With Your Disability" in the Life Events section of this binder.**

| Event | What Happens |
|---|---|
| **Disability or Sick Leave of Absence** | If you become disabled while employed, your medical coverage will continue throughout your period of disability and deductions will continue to be taken from your paycheck. If you are not receiving a paycheck and were disabled prior to January 1, 2000, your share of the cost will accumulate while you are without pay and will be deducted from your paycheck when you return, or from your annual ICP award, if you receive one. If your disability began after December 31, 1999, you will receive a monthly bill for your share of the cost. |
| **Approval for Total Disability Income** | If you receive approval for total disability income, your coverage will continue as long as you pay your share of the premium and any accumulated premiums, if any, on a direct bill basis. |
| **Family Medical Leave of Absence** | If you take an approved Family Medical Leave of Absence, you can continue your medical coverage provided you notify Employee Benefits 31 days before your leave begins (unless the leave is a family medical leave due to an unforeseeable event). You will be required to pay your share of the cost of coverage for yourself and your covered family members.<br><br>If you choose not to continue medical coverage during your leave and return to work as a regular employee before the end of your approved leave, you can rejoin the plan. You must, however, apply for medical coverage within 31 days of returning to work. |
| **Termination** | You are eligible to continue medical benefits under COBRA for up to 18 months by paying the full premium plus a 2% administrative fee. |
| **Retirement** | If you meet the age and service criteria to qualify for early or normal retirement, you are eligible to continue your medical coverage under the provisions of the retiree medical plans. If you are age 65 or older, you will have different plan options than you would if you were not yet age 65. The cost to you will be different than for an employee, as the Company contribution is fixed and you will pay any cost (or any cost increase) above the Company's contribution. |

# When Coverage Ends

**Quick Tip!**

**If you are leaving the Company, be sure to refer to "If You're Leaving the Company" under the Life Events section of this binder.**

## For Yourself

Your medical coverage ends at the end of the month in which:

- You are no longer an eligible employee
- You terminate employment with the Company for any reason
- You stop making contributions that are required for your coverage or
- The plan terminates.

If you are laid off or are no longer eligible for coverage because your hours are reduced below the minimum required, and you are rehired as a regular full-time employee, you can rejoin the plan when you return to work. You must, however, apply for medical coverage within 31 days of returning to work.



## For Your Dependents

Your dependents' coverage ends at the end of the month in which:

- They are no longer eligible for dependent coverage
- When your coverage ends
- You stop making contributions that are required for dependent coverage or
- The plan terminates.

**Did You Know?**

**If your eligibility for Company-sponsored coverage ends, you may continue your medical coverage through COBRA.**

## Continuing Your Coverage

Under certain conditions, you and your enrolled dependents may be eligible to continue coverage if your coverage would normally end. Please see the "Changes In Your Employment Status" on page 45 and the Plan Information section of this binder that describe continuing coverage through *COBRA*.

## Coverage Certification

Under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), a health plan generally cannot subject you to a *pre-existing condition exclusion* for more than 12 months (or 18 months for a late enrollee). The 12-month (or 18-month) exclusion period must be reduced by prior health coverage, as long as there was no break-in-coverage equal to or exceeding 180 days for California enrollees or 63 days for non-California enrollees. In other words, your prior coverage will be credited toward the satisfaction of the pre-existing condition exclusion.

When you lose coverage under a Company health plan, you will receive a coverage certificate (from the carrier) identifying your (and your dependent's) plan and coverage period. If you elect COBRA continuation coverage, you and/or your covered dependents will also receive a coverage certificate after COBRA coverage ends. You have the right to obtain documentation of coverage within 24 months of when coverage was lost.

You should keep a copy of any coverage certificates you receive because you may need to prove that you had prior coverage when you join a new plan. To request a certificate for Company coverage, please contact your former health plan or the COBRA administrator.



## Late Enrollee–If You Waive Your Medical Coverage (California Only)

Under California law, if you or your eligible dependents waive medical coverage and later wish to re-enroll in the plan, you may be considered a *late enrollee*. As a late enrollee, your coverage may be delayed for up to 12 months and a pre-existing condition exclusion may be imposed for up to 6 months.

You will not be considered a late enrollee if:

- You waived enrollment in the plan because of coverage under another group plan (as an employee, dependent or COBRA qualified beneficiary) and that coverage is lost as a result of:

  – Termination of employment or eligibility

  – Involuntary termination of the other group coverage

  – Cessation of the other employer's contribution for coverage

  – Death of a spouse or

  – Divorce

(In order to be eligible under the above conditions, you must request enrollment for coverage under the Company's plan within 30 days of the termination of the previous group coverage.)

- You are covered under one of the Company plans and, during the next annual open enrollment period, you want to elect a different plan offered by the Company
- A court has ordered that medical coverage must be provided for your spouse or eligible dependent child(ren) and coverage was requested within 31 days after issuance of the order. Former spouses, however, cannot be covered under this plan.

## Submitting Claims

When you see a specialist or a provider that is outside of the network, you will pay the fees to the provider and then submit a claim for reimbursement by Blue Cross of California for the portion that they are covering.

| | |
|---|---|
| Level 1 of POS and All HMOs | You do not need to file claim forms. |
| Level 2 of POS | You do not need to file claim forms. |
| Level 3 of POS | ■ Request a claim form from Blue Cross by calling 1-800-933-9146<br>■ Submit the claim form with your original bill to the claims administrator at the address on the claim form. |



### Recovery of Overpayment

If you are overpaid for a claim, your medical carrier has the right to recover the excess amount from you. The medical carrier may decide to deduct the excess amount from any future benefit payments.

### Third Party Reimbursements

**Important!**

**Payments received from a third party must be reimbursed to the Company's medical plan.**

If you receive treatment for an injury that is another person's fault, the Company's medical plans will pay their normal benefits for the charges you incur. But, you must first agree to reimburse your plan as soon as any payment is received from the third party or an insurance company. The payment can be in the form of a settlement, judgment or other form of payment.

If you start a legal action against a third party as a result of an injury for which you have received benefits, it is your responsibility to:

- Notify your medical plan of the details of the action and
- Provide the Company with an assignment of your claim against the third party to the extent of the Company benefits provided to you.

The Company may file a lien in the third-party action as to any recovery you may receive. We may likewise make a claim or bring an action against a third party who caused your injury. In such case, the legal action will enable us to recover the amount of any Company benefits paid or payable to you.

Your decision to participate in the Company plans constitutes your agreement to the plans' rights of reimbursement.

## Your ERISA Rights

Your rights as a participant in the Company's medical plan are protected by the Employee Retirement Income Security Act of 1974 (ERISA). Refer to the Plan Information section of this binder for more information about your rights under this law.

# Terms You Should Know

COBRA—Consolidated Omnibus Budget Reconciliation Act of 1985

This provision allows you and your eligible dependents to continue coverage for a period of time after coverage would normally end because of certain events. You and each of your covered dependents have the right to choose COBRA continuation coverage within 60 days from the date coverage terminates, or the date of the election notice, whichever is later, and pay the total premium cost each month, plus an administrative fee.

Coinsurance

The portion of covered health care costs for which you have a financial responsibility, according to a fixed percentage. For example, if you use Level 2 of the POS plan, your coinsurance is generally 20% of covered expenses. Usually, coinsurance applies after you have met the deductible.

Coordination of benefits

A provision in benefit plans designed to ensure that a person covered by more than one plan does not receive more than the maximum allowable reimbursement of his or her out-of-pocket costs. This is described in more detail on page 42.

Copay

A flat-dollar amount a covered person pays for a specific service, such as the $5 copay for office visits if you see a provider in Level 1 of the Blue Cross Plus plan. The covered person is usually responsible for payment at the time the health care service is given.

Covered person

An individual who is enrolled in the Company's medical plan.

Custodial care

Care that provides a level of routine maintenance for the purpose of meeting personal needs. This includes help in walking, getting out of bed, bathing, dressing, eating and other functions of daily living of a similar nature.

Doctor

A person, other than a close relative, licensed to administer medical care and treatment, provided the person is acting within the scope of his or her license and practice.

| | |
|---|---|
| Extraordinary circumstances | You may have to prove that your condition was severe enough that you or a family member are not able to contact the Review Center. You may have to present proof of this situation when a retrospective review is performed to determine your level of benefits. |
| Family deductible | The amount of covered expenses a family must incur before the plan begins paying expenses for all covered members, including those not meeting the individual deductible. |
| Inactive employee | You are considered to be an inactive employee if you are absent from work for any reason, including illness, disability or leaves of absence. If you are an inactive employee on the date coverage is scheduled to begin, your coverage will become effective on the first day of the month after you return to work. If you return to work on the first day of the month, then coverage will begin on that day. |
| Individual deductible | The amount of covered expenses you must incur on your own before the plan begins paying expenses. |
| Individual Practice Association (IPA) | A group of private practice doctors who are affiliated with a local hospital and contract collectively for administrative services. In an IPA arrangement, you must designate a specific PCP. Typically, if you need other services such as a referral to a specialist or laboratory work, you will need to go to a different location. |
| Late enrollee | A participant or beneficiary who enrolls during a period other than the earliest date that coverage can begin under the terms of the plan or during a special enrollment period. |
| Lifetime maximum | The maximum benefits a person can receive during the time he or she is covered under a plan. Under the Blue Cross Plus POS plan, the lifetime maximum benefit is unlimited in Levels 1 and 2 and limited to $1,000,000 per person in Level 3. |

| | |
|---|---|
| Medical emergency | A sudden medical condition that could threaten your life, seriously impair bodily functions or cause serious bodily damage if not treated immediately. |
| Medically necessary | Treatment appropriate to diagnose or treat the patient's condition, illness or injury; consistent with standards of good medical practice in the United States; not experimental or investigational. |
| Network provider | A doctor, hospital or other health care provider belonging to a group that has contracted with the medical carrier to offer services at negotiated rates. Examples are physicians who are part of the Blue Cross CaliforniaCare or Prudent Buyer networks. |
| Out-of-pocket maximum | The most you pay for medical expenses incurred in a hospital (which excludes the deductible) before the plan pays covered expenses at 100%. The amount you spend out-of-pocket for network and out-of-network hospitalization accumulates separately. |
| Pre-existing condition exclusion | A limitation or exclusion of benefits relating to a condition based on the fact that the condition was present before the first day of coverage, whether or not any medical advice, diagnosis, care or treatment was recommended or received before that day. |
| Primary care physician (PCP) | A primary care physician (PCP) is a doctor who coordinates and manages your medical needs. For example, your PCP knows your medical history, the medications you're taking, and whether you have special medical requirements. He or she treats basic ailments and performs routine tests, referring you to specialists and hospitals when appropriate. If you enroll in the Blue Cross Plus POS plan, you need to select a PCP for yourself and each of your covered dependents. You also need to select a PCP if you enroll in Blue Cross CaliforniaCare. |

| | |
|---|---|
| Primary medical group (PMG) | A medical facility that houses most services in a single location–primary care doctors, specialists, and lab and radiology. If you select a primary medical group (PMG), you may see any of the primary care doctors in the group but you are encouraged to select one who will become familiar with your medical history and can provide appropriate ongoing care. |
| Primary plan | Under a coordination of benefits provision, the plan that pays first. If you are an employee, your coverage through the Company is primary. |
| Provider | A physician, hospital or other caregiver that charges a fee for each medical service. |
| Secondary plan | Under a coordination of benefits provision, the plan that pays after the primary plan pays benefits. |
| Urgent care | Urgent care is the services received for a sudden, serious or unexpected illness, injury or condition, which is not an emergency, but which requires immediate care for the relief of pain or diagnosis and treatment of a condition. |
| Usual and customary (U&C) charges | These are charges made for services or supplies essential to the care of the covered person. Charges will be considered usual and customary if they fall within the customary range of fees charged in the locality where the expense is incurred, by most physicians or other legally qualified practitioners for similar services or supplies. |

**Important!**

This SPD is intended to be easy to use and understand. This binder contains only highlights of the Company benefits program. The Plan Documents contain the details of the plans. This SPD does not replace the official Plan Documents that legally govern the operation of the plan. If there is a discrepancy between this SPD and those documents, the documents will govern. Copies of the Plan Documents can be obtained from Employee Benefits. In all cases, benefits will be paid according to the terms of the plans. The Company or plan administrator has the right to interpret the plan and to exercise discretionary authority.

The Company intends to continue these plans, but reserves the right to amend, modify or terminate any plan or benefit, in whole or in part, at any time, or to modify eligibility requirements. You will be notified if any material changes are made to the plan or if the plan is terminated.

Your eligibility for, or your rights to the benefits under the plan, cannot be interpreted as a guarantee of employment. The Company makes employment decisions without regard to the benefits it offers as part of your total compensation.