# EXHIBIT F

# Table of Contents

**Introduction** ... **1**

**Your Life and AD&D Benefits At-A-Glance** ... **2**

**Employee, Spouse and Dependent Child Life Insurance** ... **3**

When Coverage Begins ... 3

*For Yourself* ... 3

*For Your Dependents* ... 3

Cost ... 4

Coverage Amount ... 4

*Employee Life* ... 4

*Spouse Life* ... 4

*Dependent Child Life* ... 4

*Coverage Amount When You Reach Age 65* ... 4

*Coverage Amount If Your Earnings Change* ... 5

Beneficiary Information ... 5

Excess Life Imputed Income ... 5

Evidence of Insurability ... 6

When Benefits Are Paid ... 7

*Employee Terminal Illness Benefit* ... 7

When Benefits Are Not Paid ... 7

When Your Employment Status Changes ... 8

*Short-Term Disability* ... 8

*If You Become Totally Disabled* ... 8

*If You Are On a Leave of Absence* ... 8

*If You Are Laid Off* ... 8

*If You Retire* ... 8

When Coverage Ends ... 9

Continuation of Coverage ... 9

*Benefits for Death During the Conversion Period* ... 9

**Business Travel Accident Insurance** ... **10**

When Coverage Begins ... 10

Cost ... 10

Coverage ... 10

Exclusions ... 10

**ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) INSURANCE** .......... **11**
When Coverage Begins .......... 11
*For Yourself* .......... 11
*For Your Dependents* .......... 11
Cost .......... 11
Coverage Amount .......... 12
*For Yourself* .......... 12
*For You and Your Dependents* .......... 12
Change in Coverage Amount .......... 13
*Changing Coverage Levels During the Year* .......... 13
*Coverage Amount If Your Earnings Change* .......... 14
*Coverage Amount After Age 70* .......... 14
Additional Benefits .......... 15
*Seat Belt Bonus Benefit* .......... 15
*Monthly Coma Benefit* .......... 15
*Paralysis Benefit* .......... 15
*Special Benefits for Family Coverage* .......... 16
Maximum Benefit Amount .......... 17
When Benefits Are Paid .......... 17
When Benefits Are Not Paid .......... 17
When Your Employment Status Changes .......... 19
*Disability* .......... 19
*If You Are On a Leave of Absence* .......... 19
*If You Are Laid Off* .......... 19
*If You Retire* .......... 19
When Coverage Ends .......... 20
Converting to an Individual Policy .......... 21
*Benefits for Death During the Conversion Period* .......... 21
**PAYMENT OF BENEFITS** .......... **22**
If You Die .......... 22
If Your Dependent Dies .......... 22
Beneficiary Designations .......... 22
*The Beneficiary is Younger than Age 18* .......... 23
*If You Are Divorced* .......... 23
*If Your Legal Residence is in California or in Another Community Property State* .......... 23
Assignment .......... 23
Filing a Claim .......... 24
**TERMS YOU SHOULD KNOW** .......... **25**

# INTRODUCTION

**Quick Tip!**

**Important words and terms are defined at the end of this section, under "Terms You Should Know." These are *italicized* throughout the binder.**

The Company offers life and accident insurance plans that, in combination, can help provide financial security for you and your family. The Company provides Business Travel Accident Insurance at no cost to you. In addition, you may purchase Employee, Spouse and Dependent Child Life Insurance and Accidental Death and Dismemberment (AD&D) Insurance for yourself, your spouse and/or your dependent children.

An "At-A-Glance" chart of your life insurance options is on the next page, followed by detailed information about the plans.

# Your Life and AD&D Benefits At-A-Glance

| Plan Name | Coverage Amount | Who Pays | Evidence of Insurability |
|---|---|---|---|
| **Employee Life** | Your choice of:<br>■ Increments of 1-6 times your annual pay (rounded to the higher $1,000) to a maximum of $1.5 million<br>■ 50% of your annual pay (rounded up to the higher $1,000)<br>■ A flat $10,000. | The Company provides sufficient benefit dollars to purchase coverage equal to 50% of your annual pay at non-smoker rates based on your age on December 31 of the current year. If you smoke, or if you elect coverage in excess of 50% of your annual pay, you pay the difference through before-tax payroll deductions. | Required if you increase current coverage more than one level during annual open enrollment, your annual pay increases by 20% or more or your total coverage exceeds the lesser of three times your annual pay or $400,000. |
| **Spouse Life** | 1, 2 or 3 times your annual pay (rounded to the next higher $1,000) up to a maximum of $100,000. | You– through after-tax payroll deductions. | Required for all increases in coverage, enrollment later than 31 days from the eligibility date or for coverage greater than one times the employee's annual pay. |
| **Dependent Child Life** | ■ $5,000 (for children from age 14 days through 22 years), or<br>■ $10,000 per child (for children from age 6 months through 22 years). | You– through after-tax payroll deductions. | Not required unless elected more than 31 days after the eligibility date. |
| **Business Travel Accident** | $400,000 | The Company | Not required |
| **Accidental Death & Dismemberment** | ■ For you–<br>– 2, 4 or 6 times your annual pay up to a maximum of $750,000<br>– 50% of your annual pay.<br>■ For you and your family*–<br>– 2, 4 or 6 times your annual pay<br>– 50% of your annual pay.<br><br>*The maximum coverage amount for children is $25,000 per child. | You– through before-tax payroll deductions. | Not required |

# Employee, Spouse and Dependent Child Life Insurance

The Company provides you with the option of choosing life insurance for you, your spouse and your dependent children.

## When Coverage Begins

You can enroll yourself, your spouse and/or your eligible dependent children when you are hired, during the annual open enrollment period or if you have a qualified change in status.

### *For Yourself*

Your coverage will become effective on the first day of the month following your date of hire, **provided that you have returned a signed enrollment form within 31 days of your hire date**. If you do not enroll within this 31-day period, you will automatically be enrolled with employee only coverage equal to 50% of your annual pay. Your next chance to change your Employee Life Insurance and add dependent coverage will be during the next annual open enrollment period, unless you have a qualified status change (see the About Your Benefits Program section of this binder for details). Dependent coverage added after the first 31 days of employment will require *Evidence of Insurability* and approval from the carrier.

**Important!**

**You must return your signed enrollment form to Employee Benefits within 31 days of starting work. If you don't, you will be enrolled in Employee Life Insurance with coverage equal to 50% of your annual pay.**



If you are absent from work for any reason including illness, disability or leaves of absence, you are considered to be an *inactive employee*. If you are an inactive employee on the date coverage is scheduled to begin, your coverage will become effective on the first day of the month after you return to active work. If you return to work on the first day of the month, your coverage will begin on that day.

### *For Your Dependents*

Coverage for your dependents begins when your coverage begins, **provided that you have returned a signed enrollment form within 31 days of your hire date**. If you do not return your enrollment form within 31 days, your next chance to enroll your dependents will be during the next annual open enrollment period unless you have a qualified status change.

## Cost

The Company provides you with sufficient benefit dollars to purchase coverage equal to 50% of your annual pay at non-smoker rates, based on your age as of December 31. If you smoke, or if you elect coverage in excess of 50% of your annual pay, you pay the difference through before-tax payroll deductions.

If you choose to enroll your spouse and/or your dependent children for life insurance, you pay the full cost of coverage through after-tax payroll deductions.

## Coverage Amount

### *Employee Life*

You have eight coverage options to choose from:

- A flat $10,000
- 50% of your annual pay (rounded to the higher $1,000)
- 1, 2, 3, 4, 5 or 6 times your annual pay (rounded to the higher $1,000).



The maximum coverage amount is $1,500,000.

Example:

Let's assume that Janet has elected coverage of one times her annual pay and her *annual earnings* are $33,800 when she dies. Her *beneficiary* will receive:

1 x $33,800=$33,800, rounded up to **$34,000.**

### *Spouse Life*

You may choose to purchase coverage for your spouse in an amount equal to one, two or three times your annual pay (rounded to the higher $1,000) up to a maximum of $100,000.

### *Dependent Child Life*

You may elect coverage in the amount of $5,000 or $10,000 for each of your eligible dependent children from 6 months through 22 years of age. Children 14 days to 6 months old can be covered for $5,000 each.

### *Coverage Amount When You Reach Age 65*

If you continue working for the Company past age 65, the full amount of the life insurance you elect will remain in force. There is no reduction of benefits due to your age, however, your premiums will increase based on your age on December 31 of each year thereafter.

### Coverage Amount If Your Earnings Change

**Quick Tip!**

**Remember to keep your beneficiary designation current. You can change beneficiaries at any time by filling out the Beneficiary Designation Form, available from Employee Benefits.**

Unless you choose the option of a flat $10,000 of coverage, your coverage amount is based on your earnings when you first become covered under this plan, and the amount of your coverage is adjusted when your earnings change. This adjustment to your life insurance coverage occurs on the first day of the month coinciding with or following the date your earnings change.

If this adjustment increases your total coverage from an amount under $400,000 to an amount over $400,000, your coverage will be limited to $400,000 until the insurance carrier reviews your Evidence of Insurability form and approves the additional amount of coverage.

Coverage will automatically increase as a result of an increase in your annual pay. If, however, your annual pay increases by more than 20%, your coverage will be limited to a 20% increase until your Evidence of Insurability is reviewed and approved by the insurance carrier.

If the amount of your coverage will increase due to an earnings increase, you *must* be actively at work in order for the increase in coverage to take effect. If you are not actively at work on that date, your increase in coverage will take effect on the first day of the month after you return to active work.



## Beneficiary Information

If you die while employed by the Company or within 31 days following separation from service, your beneficiary(ies) will receive the benefit you have elected. If your covered spouse or child dies, you will receive benefits from the plan, unless someone else has been named on a signed Beneficiary Designation form.

## Excess Life Imputed Income

The IRS considers the cost of any Company-paid life insurance coverage over $50,000 to be a part of your taxable income for federal income tax purposes. This amount, called *imputed income*, will be reflected on your paycheck as "Excess Life" and will also be reported as taxable income on your W-2 form each year. All before-tax deductions for life insurance are considered Company-paid coverage, so all coverage above $50,000 will be subject to imputed income rules.

If your annual earnings are greater than $100,000, you can avoid imputed income by selecting the $10,000 coverage amount.

## Evidence of Insurability

You may be required to provide Evidence of Insurability depending on the coverage level you choose. The following shows when you may need to provide Evidence of Insurability for yourself or your spouse:

| When Evidence of Insurability Is Required | |
|---|---|
| Yourself | ■ You choose a coverage amount that exceeds the lesser of:<br>– Three times your annual pay or<br>– $400,000.<br>■ You are requesting an increase of more than one coverage level during the annual open enrollment period<br>■ If a prior application for coverage was declined for any reason<br>■ You enroll after your coverage ends because you did not pay the required premium<br>■ You enroll more than 31 days after the eligibility date<br>■ Your annual pay increases by more than 20%. |
| Your Spouse | ■ You elect coverage greater than one times your annual pay<br>■ You are requesting an increase in coverage or enrolling for the first time during the annual open enrollment period<br>■ You enroll your spouse after coverage ends because you did not pay the required premium<br>■ You enroll more than 31 days after the eligibility date. |



If you need to provide Evidence of Insurability, you will receive a form and instructions in the mail from the insurance carrier. Coverage in excess of the guaranteed amount, coverage applied for after 31 days of employment or marriage (for spouse coverage), the birth of a child* or any increase in coverage will not take effect until the first of the month following approval by the insurance company.

**If child coverage is already in force, your new child will be covered automatically after 14 days.*

## When Benefits Are Paid

Your beneficiary will receive full benefits (your coverage amount) if you die for any reason while covered under this plan subject to the exclusions listed below under "When Benefits Are Not Paid." The insurance company will automatically set up a checking account for benefits over $10,000 and will send your beneficiary a checkbook. Please contact the insurance company for details.

### *Employee Terminal Illness Benefit*

If you become terminally ill, you may elect to receive *Terminal Illness* Benefits. The *Terminal Illness Benefit* pays between 25% and 50% of the amount of the Employee Life Insurance available on the day the Company receives proof that you are terminally ill, to a maximum of $50,000. The Life Insurance death benefit payable to your beneficiary will be reduced by any Terminal Illness Benefit paid to you.

You may only receive a Terminal Illness Benefit in a lump-sum payment once in your lifetime. Once your Terminal Illness Benefits have been approved, your remaining Life Insurance coverage will not be increased or decreased for any reason.

The terminal illness benefit is also available to a covered spouse.



## When Benefits Are Not Paid

**Quick Tip!**

**If you become disabled, be sure to read "Living with Your Disability" in the Life Events section of this binder.**

The plan does not pay benefits under the following circumstances:

- You die while not covered under the plan
- You die during war or any act of war, declared or undeclared
- You die during a commission or attempt to commit an assault or felony
- You die after the 31-day continuation period (see "Continuation of Coverage" on page 9)
- You commit suicide, while sane or insane, within two years of beginning coverage under this plan. Benefits payable following an increase in coverage that has not been in effect for two years will be limited to the prior coverage amount and a refund of the premiums paid for the higher coverage.

## When Your Employment Status Changes

**Did You Know?**

**If you become totally disabled, your Basic Life Insurance coverage will continue at no cost to you.**

### *Short-Term Disability*

If you are unable to work due to a short-term illness or injury, your Employee, Spouse and Dependent Child Life Insurance coverage will continue, and the cost will continue to be deducted from your paycheck. If you were disabled prior to January 1, 2000 and are no longer receiving your regular paycheck, your cost will accumulate and will be collected from your pay when you return to work or from any other compensation you receive, such as your annual incentive award, if any. If your disability occurred on or after January 1, 2000 and you are no longer receiving a paycheck, you will be billed monthly for your share of the cost.

### *If You Become Totally Disabled*

If you become *totally disabled* before age 65 and while covered, you may apply for a *waiver of premium* under the plan if your disability is expected to last for at least nine months. If your waiver is approved, your premium for Employee Life Insurance will be waived for as long as you are disabled, as long as you comply with instructions from CIGNA. **You must apply no later than 12 months after your last day of work.**

**Important!**

**You will need to show proof of your disability when Disability Management Services requests it for your coverage to continue.**

### *If You Are On a Leave of Absence*

If you are on an approved leave of absence, you can continue to participate in the plan. Your cost will accumulate and will be collected from your pay when you return to work or from any other compensation you receive, such as your annual incentive award, if any. If your unpaid leave carries over into the next calendar year, you will be billed for any premiums in arrears.

### *If You Are Laid Off*

If you are laid off, your Employee and Dependent Life Insurance coverage may continue until the end of the month after the month in which you were laid off. You may also convert this coverage to an individual policy. See page 9 for more information.

### *If You Retire*

If you are at least age 55 with five years of Company service, you may continue your Employee and Dependent Life coverage by paying the full premium. You may not increase your coverage amount, but you may decrease or discontinue your coverage at any time. Your rates will increase when you move into a new five year age bracket.

## When Coverage Ends

Your Employee, Spouse and Dependent Child Life Insurance coverages end on:

- The 31st day following the last day of the month in which you stop working for the Company for any reason other than total disability or retirement
- The day you are no longer eligible for coverage
- The day the plan terminates
- The last day of the month following the month in which you are laid off
- The day you are suspended.

**Did You Know?**

**You can convert to an individual policy when your Employee Life Insurance coverage ends.**

**Quick Tip!**

**If you need more information about converting to an individual policy, contact Employee Benefits.**

## Continuation of Coverage

If your Employee, Spouse, and Dependent Child Life Insurance coverage ends, you have the option to continue your group coverage, without submitting Evidence of Insurability. You must, however, apply for your continued coverage within the 31-day period following the date your coverage ends. Contact Employee Benefits for a conversion form.



To continue coverage, you can choose from the following options:

- Conversion—You can convert your policy to an individual, non-term life policy or
- Portability—You can continue your term life coverage at the same group rates paid by Company employees.

**Important!**

**If you elect to continue coverage under the portability feature, your coverage will be discontinued in the event the Company discontinues the group life insurance plan.**

The coverage amount of your converted policy cannot be more than the coverage amount under the Company plan on the date your coverage ends. If you convert to an individual insurance policy, you will be required to pay the insurance company the standard premium rate for your converted policy.

When a child no longer meets the eligibility requirements of the plan, they are eligible to convert coverage to an individual plan of either $25,000 or $50,000. Amounts over $25,000 must be approved by CIGNA.

### *Benefits for Death During the Conversion Period*

If you die during the 31-day *conversion period*, the insurance company will pay a benefit to your named beneficiary whether or not you had applied for conversion to an individual policy.

# Business Travel Accident Insurance

The Company provides you with Business Travel Accident Insurance that pays benefits to your family if you die while traveling on business.

## When Coverage Begins

**Did You Know?**

**The Company pays the full cost of your Business Travel Accident Insurance coverage.**

Your Business Travel Accident Insurance coverage will automatically start on the first day of the month following your date of hire.

If you are absent from work for any reason including illness, disability or leaves of absence, you are considered to be an inactive employee. If you are an inactive employee on the date coverage is scheduled to begin, your coverage will begin when you return to active work.

## Cost

The Company pays the full cost of your Business Travel Accident Insurance coverage. You pay nothing.

## Coverage

The Company provides $400,000 in coverage for Business Travel Accident Insurance. If you die in an accident while traveling on business, your beneficiary will receive a benefit from the Business Travel Accident Plan.

## Exclusions

Benefits are not payable in the event of any of the following:

- Travel to and from work
- Accidents while you are on a leave of absence or vacation
- Intentionally self-inflicted injury, attempted suicide or suicide
- Serving as a pilot or crew member of an aircraft.

# Accidental Death and Dismemberment (AD&D) Insurance

The Company offers you the opportunity to purchase Accidental Death and Dismemberment (AD&D) Insurance for yourself and your dependents.

## When Coverage Begins

### *For Yourself*

Your coverage will become effective on the first day of the month following your date of hire, **provided that you have returned a signed enrollment form within 31 days of your hire date.** If you do not enroll within this 31-day period, you will automatically be enrolled for employee only coverage equal to 50% of your annual pay. Your next chance to change your AD&D coverage will be during the next annual open enrollment period, unless you have a qualified status change (see the About Your Benefits Program section of this binder for details).

**Important!**

**You must return your signed enrollment form to Employee Benefits within 31 days of starting work. If you don't, you will be enrolled in Employee AD&D only with coverage equal to 50% of your annual pay.**



### *For Your Dependents*

AD&D Insurance coverage for your dependents begins when your coverage begins, **provided that you have returned a signed enrollment form within 31 days of your hire date.** If you do not return your enrollment form within 31 days, your next chance to elect family AD&D Insurance will be during the next annual open enrollment period unless you have a qualified status change.

## Cost

The Company provides sufficient benefit dollars to purchase coverage equal to 50% of your annual pay at the "employee only" rate. If you elect coverage in excess of 50% of your annual pay, or if you elect family coverage, you pay the difference through before-tax payroll deductions.

## Coverage Amount

Your annual earnings determine the amount of AD&D Insurance coverage you can purchase for yourself and your dependents.

**Did You Know?**

**If your annual earnings increase or decrease during the year, your coverage amount will be recalculated automatically.**

### *For Yourself*

You have a choice of the following four employee only coverage options:

- 2, 4 or 6 times your annual pay or
- 50% of your annual pay.

All coverage amounts are rounded up to the higher $1,000. Your coverage amount may not exceed $750,000.

### *For You and Your Dependents*

You have the following four family coverage options:

- 2, 4 or 6 times your annual pay or
- 50% of your annual pay.

If you choose family coverage, all of your eligible dependents will automatically be covered for a percentage of your coverage amount as follows:

| Your Family | The Coverage Amount is . . . |
|---|---|
| Spouse and child(ren) | ■ Spouse – 50% of your coverage amount<br>■ Children – 10% of your coverage amount |
| Spouse only | Spouse – 60% of your coverage amount |
| Child(ren) only | Children – 15% of your coverage amount |

The maximum coverage amount available for children is $25,000 per child.

If you or a covered dependent die in an accident, the beneficiary will receive 100% of the coverage amount. If you or a covered dependent is severely injured in an accident, the AD&D plan will pay a percentage of the full coverage amount, depending on the nature of the injury, as shown in the following table:

| Type of Loss | Percentage of Coverage Amount |
|---|---|
| ■ Your life<br>■ Both hands<br>■ Both feet<br>■ One hand and one foot<br>■ Speech and hearing of both ears<br>■ Sight of both eyes<br>■ One hand and sight of one eye<br>■ One foot and sight of one eye<br>■ Quadriplegia | 100% |
| ■ Paraplegia | 75% |
| ■ One hand<br>■ One foot<br>■ Speech<br>■ Hearing of both ears<br>■ Sight of one eye<br>■ Hemiplegia | 50% |
| ■ Thumb and index finger of same hand<br>■ Hearing of one ear | 25% |



## Change in Coverage Amount

### *Changing Coverage Levels During the Year*

You may change your coverage amount during the annual open enrollment period. However, you may be able to change your coverage amount during the year if you have a qualified status change. You must notify Employee Benefits within 31 days of the event. See the About Your Benefits Program section of this binder for details.

**Important!**

**You may be able to change the coverage amount for yourself or your dependents if you have a qualified status change. You must notify Employee Benefits within 31 days of the event.**

### Coverage Amount If Your Earnings Change

Because your AD&D Insurance coverage amount is based on your earnings when you first become covered under this plan, the amount of your coverage is adjusted when your earnings change. This adjustment to your coverage occurs on the first day of the month coinciding with or following the date your earnings change.

### Coverage Amount After Age 70

If you continue to work after you reach age 70, your coverage amount will be adjusted as follows:

| Age | Percentage of Coverage Amount |
|---|---|
| 70 | 50% |
| 75 | An additional 50% |

Adjustments to your coverage amount will be made on the first of the month following your 70th or 75th birthday. When you reach age 70, coverage for your dependents will also be reduced accordingly, regardless of your dependents' age.

## Additional Benefits

**Did You Know?**

**If you suffer a covered loss while properly wearing a seat belt, additional benefits may be payable.**

### *Seat Belt Bonus Benefit*

If you or your covered dependents die as the result of driving or riding in a private passenger car while properly wearing a seat belt, the AD&D plan will pay an additional benefit. The proper use of the seat belt must be certified in the official accident report or by the insurance company. Under certain circumstances the seat belt benefit may not be payable. See a list of additional exclusions on page 18.

The amount of the bonus benefit will be an additional 5% of the full coverage amount, up to a maximum of $10,000.

### *Monthly Coma Benefit*

The AD&D plan pays a monthly *coma* benefit if you or your dependents suffer a covered accident that results in being in a coma continuously for at least 31 consecutive days. The coma must have been directly caused by the covered accident. You will receive a monthly coma benefit, for each month of continuous coma, up to a maximum of 100 months.



The monthly coma benefit is equal to 1% of the difference between the benefit that would be payable for accidental death and the amount of any benefits payable for other losses as a result of that particular accident.

### *Paralysis Benefit*

If you or a covered family member become paralyzed as a result of a covered accident, the AD&D plan pays a percentage of the full coverage amount, based on the degree of the *loss*.

| Type of Loss | Percentage of Coverage Amount |
|---|---|
| **Quadriplegia**–total *paralysis* of both upper and lower limbs | 100% |
| **Paraplegia**–total paralysis of both lower limbs | 75% |
| **Hemiplegia**–total paralysis of upper and lower limbs of one side of the body | 50% |

### Special Benefits for Family Coverage

When you cover your dependents under this plan, they may be eligible to receive the following special benefits. These benefits are payable if you die as the result of an accident and are paid in addition to the death benefits described earlier.

| Benefit | Who Receives the Benefit | Benefit Amount | Duration of Benefit |
|---|---|---|---|
| Child Education | An eligible dependent child who is:<br>■ In the 12th grade at the time of your death and enrolls as a full-time student in an institution of higher learning* within one year of your death, or<br>■ Enrolled as a full-time student in an institution of higher learning at the time of your death. | An annual benefit of 5% of your coverage amount up to $5,000 a year. | As long as your child continues his or her education on a full-time basis, up to four consecutive years. |
| Child Care Center | Your covered dependent children who are either:<br>■ Enrolled in a child care center** on the date of your death, or<br>■ Enrolled in a child care center within 90 days after the date of your death. | An annual benefit of 5% of your coverage amount up to $5,000 a year. | Up to five consecutive years or until the child is age 13, whichever occurs first. |
| Spouse Training | Your surviving spouse if he or she enrolls in a training program for the sole purpose of preparing for employment. | A benefit of 5% of your coverage amount up to a $5,000 maximum. | One time payment only. |

**An institution of higher learning means any university, college or vocational school.*

***A child care center means a facility that operates according to local regulations and provides care and supervision in a group setting on a regular daily basis. Child care must be provided for less than 24-hours a day, and does not include a nursing or convalescent home; any type of facility used for treatment of mental disorders, drug, or alcohol abuse; or an orphanage.*

## Maximum Benefit Amount

The maximum benefit payable under this plan is 100% of the individual's coverage amount, regardless of the number of losses a covered person suffers. This maximum benefit amount includes benefits paid under the monthly coma benefit described on page 15. The maximum benefit amount does not include the seat belt, rehabilitation, child education, child care center or spouse training benefits.

## When Benefits Are Paid

AD&D Insurance offers 24-hour protection against accidents anywhere in the world, on or off the job, while traveling, on vacation and at home. Benefits are payable if an accidental injury results in death, loss of limb, sight, speech or hearing within one year of the accident.

Injuries resulting from unavoidable exposure to the elements are covered under the plan.

The AD&D Insurance Plan also pays benefits if, after one year, your body has not been found because the transportation vehicle in which you were traveling:

- Disappeared
- Made a forced landing
- Sank
- Was wrecked.

## When Benefits Are Not Paid

Benefits are not payable for any loss caused directly or indirectly by:

- Suicide or intentionally self-inflicted injury while sane or insane. In Missouri, suicide or intentionally self-inflicted injury while sane
- Your commission of, or attempt to commit, an assault or felony
- Bodily or mental infirmity, disease of any kind, or medical or surgical treatment for any such infirmity or disease
- Any poison or gas voluntarily taken, administered, absorbed or inhaled
- Travel or flight in any kind of aircraft, except:
  - Any certified civilian aircraft operated by a pilot who holds a Certificate of Competency
  - Any transport aircraft operated by Military Airlift Command or its foreign equivalent

- Travel or flight as a pilot or crew member in private aircraft not owned or leased by the Company
- Any bacterial or viral infection, regardless of how it was contracted; bacterial infection that is the natural & foreseeable result of an accidental wound or cut. Accidental food poisoning is not excluded
- War or act of war, declared or undeclared, except Acts of Terrorism
- Taking part in an insurrection.

In addition to the general exclusions listed above, the plan does not pay seat belt benefits if the loss results, directly or indirectly, from:

- The use of any of the following by the covered person or the driver of the vehicle in which the covered person is a passenger:

  –Alcohol

  –PCP (also known as "Angel Dust")

  –LSD or other hallucinogens

  –Cocaine, heroin, marijuana or other narcotics

  –Amphetamines or other stimulants

  –Barbiturates or other sedatives or tranquilizers or

  –Any combination of two or more of these substances.
- Any poison or gas voluntarily taken, administered, absorbed or inhaled by the covered person or the driver of the vehicle in which the covered person is a passenger
- The use of a vehicle, in which the covered person is a passenger or operator, in a race, speed or endurance test, or for acrobatic or stunt driving, or for any illegal purpose or
- The use of a vehicle, in which the covered person is a passenger or operator, on other than regularly maintained roadways.

## When Your Employment Status Changes

### *Disability*

If you are unable to work due to a disability and you are receiving Current and/or Extended Sick Leave, your AD&D Insurance coverage will continue, and the cost will continue to be deducted from your paycheck. If you were disabled prior to January 1, 2000 and are no longer receiving your regular paycheck, your cost will accumulate and will be collected from your pay when you return to work, or from any other compensation you receive, such as your annual incentive award, if any. If your disability occurred on or after January 1, 2000 and you are no longer receiving a paycheck, you will be billed monthly for your share of the cost.

### *If You Are On a Leave of Absence*

If you are on an FMLA leave or a short-term leave of absence of less than 30 days, your AD&D Insurance coverage will continue and the cost will continue to be deducted from your paycheck. If you are no longer receiving your regular paycheck, your cost will accumulate and will be collected from your pay when you return to work or from any other compensation you receive, such as your annual incentive award, if any. If your unpaid leave carries over into the next calendar year, you will be billed for any premiums in arrears.



### *If You Are Laid Off*

If you are laid off, AD&D Insurance coverage for you and your dependents may continue until the end of the month after the month in which you were laid off. You may convert this coverage to an individual policy. For more information, see page 21.

### *If You Retire*

Your AD&D Insurance coverage will end when you retire. However, you may convert this coverage to an individual policy. For more information, see page 21.

**Quick Tip!**

**If you're retiring, be sure to read "If You're Retiring" in the Life Events section of this binder.**

## When Coverage Ends

AD&D Insurance coverage for you and your dependents ends 31 days following the end of the month in which:

- You stop working for the Company for any reason
- You or your dependents are no longer eligible for coverage
- You are laid off
- The plan terminates.

In the event of your death, your dependent(s) can continue coverage without paying monthly premiums, if they were insured under the plan on the date of your death. The coverage will continue until the earliest of:

- The date the plan terminates
- The date the coverage would have ceased for any other reason had your death not occurred or
- The end of 12 months from the date of your death.

## Converting to an Individual Policy

**Quick Tip!**

**If you need more information about converting to an individual policy, contact Employee Benefits.**

If your AD&D Insurance coverage ends, you have the option to convert your group coverage to an individual AD&D policy, without submitting Evidence of Insurability. You must, however, apply for and pay the first premium for the converted AD&D policy before the conversion period ends. The conversion period is the 31-day period following the date your AD&D Insurance coverage ends.

The coverage amount of your converted policy cannot be more than the lesser of your coverage amount under the AD&D Insurance on the date your coverage ends or $250,000. If you convert to an individual insurance policy, you will be required to pay the insurance company the standard premium rate for your converted policy. Contact Employee Benefits for a conversion application.

### *Benefits for Death During the Conversion Period*

If you or your dependents die during the 31-day conversion period, the insurance company will pay a benefit to you or your named beneficiary whether or not you had applied for conversion to an individual policy.



**Important!**

**If you do not receive notice of your right to convert to an individual policy at least 15 days before your 31-day conversion period ends, you will then have an additional 25 days after the date on which you are given notice. In no event will the conversion period extend beyond 91 days after the date on which your coverage under this plan ends.**

# Payment of Benefits

## If You Die

If you die, your applicable benefits for Employee Life, AD&D and Business Travel Accident Insurance are paid to your designated beneficiary on file. If you do not have a beneficiary on file, or your beneficiary dies before you, the insurance company, at its own discretion, will pay benefits to your estate or one or more of the following who survive you in the this order:

- Your spouse
- Your children (including adopted or stepchildren)
- Your parents
- Your siblings.

**The death of a loved one is a very sad and stressful time. Please refer to "If a Death Occurs" in the Life Events section of this binder for information on what you or your survivors need to do.**



## If Your Dependent Dies

If your covered dependent dies, you are automatically the beneficiary for any applicable Spouse and/or Dependent Life or AD&D Insurance. If both you and your dependent die at the same time, the insurance company, at its own discretion, will pay benefits to your estate or one or more of the following who survive you:

- Your dependent's children
- Your dependent's parents
- Your dependent's siblings.

## Beneficiary Designations

Your beneficiary is the person you name to receive benefits if you die. You can name any person or entity (such as your estate or a personal trust) as a beneficiary. You can also name more than one beneficiary and indicate the percentage you wish paid to each.

**Did You Know?**

**You can change beneficiaries at any time. Forms are available from Employee Benefits.**

To select or change a beneficiary for your Employee Life and AD&D, complete the Beneficiary Designation Form available from Employee Benefits.

If you choose AD&D coverage for your spouse and/or your dependent children, you are automatically the beneficiary.

You should review your beneficiary designation periodically to make sure it reflects your current needs. As changes occur in your family, you may want to consider changing your beneficiary designation. You can change your beneficiary at any time.

### The Beneficiary is Younger than Age 18

If the beneficiary is younger than age 18, you must designate a legal guardian for him or her. The payment of the benefit will go into an interest-bearing account until the beneficiary reaches age 18.

### If You Are Divorced

A divorce decree may require you to maintain your minor children or ex-spouse as beneficiaries. If you fail to change the beneficiary in compliance with the requirements in the divorce decree, the beneficiary change may be contested by your ex-spouse. This could result in a delay of the payment of benefits and costly litigation.

At the time of the divorce, you should consult with your attorney regarding a possible beneficiary change to bring your insurance plan in compliance with the divorce decree, or a Qualified Domestic Relations Order (QDRO).



### If Your Legal Residence is in California or in Another Community Property State

Because California is a community property state, your spouse may have a legal right for up to 50% of your benefits. If you are married and your spouse is not your beneficiary for the plan, you need to have a spousal consent form signed and on file with the Company. The Spousal Consent Form is part of the Beneficiary Designation Form. Employee Benefits will tell you if you have this form on file.
If your spouse is not your designated beneficiary for Employee Life and AD&D Insurance, you may want to have him or her sign the consent form. Failure to do so could result in a delay of the payment of benefits and costly litigation.

## Assignment

You may assign—on a form acceptable to the Company and to the insurance carrier—your Life and AD&D Insurance benefits to somebody else. If you do, all rights, title, interest and incident of ownership will be transferred to the new owner. If you are interested in assigning your benefits, you must complete a separate assignment form, available from Employee Benefits.

## Filing a Claim

To file a claim, you or your beneficiary must notify Employee Benefits. Proof of loss or death, such as a death certificate, will be required for each plan with which a claim will be filed. Claims for benefits under the AD&D plan must include a copy of the accident report.

**Your ERISA Rights**

**Your rights as a participant in the Company's Life and AD&D insurance plans are protected by the Employee Retirement Income Security Act of 1974 (ERISA). See the Plan Information section of this binder for information regarding your rights under this law.**

# TERMS YOU SHOULD KNOW

**Annual earnings** — For all employees your annual base pay, any lump-sum salary planning award you may receive, and the amount you received when annual incentive awards were most recently paid, if any, excluding overtime and commissions.

**Beneficiary** — The person you designate to receive an insurance benefit if you die.

**Coma and comatose** — Being in a state of complete mental unresponsiveness giving no evidence of appropriate responses to stimulation.

**Conversion period** — The 31-day period following the date your Employee Life Insurance or AD&D coverage ends.

**Evidence of insurability** — Certain health questions that you, your spouse and/or your dependent children may be required to answer when you are applying for certain amounts of Life or AD&D coverage. If you and/or your dependents are not able to qualify based on your answers, you may be required to provide additional evidence requested by the insurance company at your own expense.

**Imputed income** — The cost of any Company-paid insurance coverage over $50,000 that the IRS may consider as part of your taxable income for federal income tax purposes. This amount will be reported as taxable income on your paycheck and also on your W-2 each year.

**Inactive employee** — You are considered to be an inactive employee if you are absent from work for any reason, including illness, disability or leaves of absence.

**Loss** — The plan definition of covered loss includes:

**Sight**–total and permanent loss of sight
**Hearing**–total and permanent loss of hearing
**Speech**–total and permanent loss of speech
**Hand**–severance at or above the wrist
**Foot**–severance at or above the ankle
**Thumb and index fingers**–severance at or above the metacarpophalangeal joints.

| | |
|---|---|
| Paralysis | The plan definition of covered paralysis includes:<br>**Quadriplegia**–total and permanent paralysis of both upper and lower limbs<br>**Paraplegia**–total and permanent paralysis of both lower limbs<br>**Hemiplegia**–total and permanent paralysis of upper and lower limbs on one side of the body. |
| Terminal illness | An injury or sickness that is anticipated to result in your death within six months and from which there is no reasonable prospect of recovery, as determined by the insurance company, its medical staff or a qualified party selected by the insurance company. |
| Terminal illness benefit | A provision allowing a terminally ill employee to draw against life insurance that would otherwise be paid at death. |
| Totally disabled | You are disabled by injury, disease or pregnancy to the extent you cannot engage in any employment or occupation for which you are or become qualified by education, training or experience. |
| Waiver of premium | If you become totally disabled, your coverage continues at no cost to you while you remain disabled, provided that you apply for the waiver in a timely manner and that you meet the definition of disability as defined by the carrier. |

**Important!**

This SPD is intended to be easy to use and understand. This binder contains only highlights of the Company benefits program. The Plan Documents contain the details of the plans. This SPD does not replace the official Plan Documents that legally govern the operation of the plan. If there is a discrepancy between this SPD and those documents, the documents will govern. Copies of the Plan Documents can be obtained from Employee Benefits. In all cases, benefits will be paid according to the terms of the plans. The Company or plan administrator has the right to interpret the plan and to exercise discretionary authority.

The Company intends to continue these plans, but reserves the right to amend, modify or terminate any plan or benefit, in whole or in part, at any time, or to modify eligibility requirements. You will be notified if any material changes are made to the plan or if the plan is terminated.

Your eligibility for, or your rights to the benefits under the plan, cannot be interpreted as a guarantee of employment. The Company makes employment decisions without regard to the benefits it offers as part of your total compensation.

# EXHIBIT G

# TABLE OF CONTENTS


**INTRODUCTION** ........ 1

**YOUR DISABILITY BENEFITS AT-A-GLANCE** ........ 2

**ABOUT SICK LEAVE** ........ 3

Your Annual Sick Leave Amount ........ 3

*Sick Leave for New Hires* ........ *3*

Maximum Benefit Amount ........ 3

Using Your Sick Leave ........ 4

Extended Sick Leave ........ 5

Using Your Extended Sick Leave ........ 5

Coordinating Benefits with Other Disability Income ........ 5

Using Vacation/Holiday Time as Sick Pay ........ 5

If You Are Disabled and Continue to Work ........ 6

If You Become Disabled While on Vacation ........ 6

Reporting Absences ........ 6

**ABOUT THE SHORT-TERM DISABILITY PLANS** ........ 7

When Coverage Begins ........ 7

Changing Coverage During the Year ........ 7

Cost ........ 7

Coverage Amount ........ 7

Coordinating Benefits with Other Disability Income ........ 8

Comparing the VDI Plan with SDI ........ 8

**RECEIVING YOUR BENEFITS** ........ 10

Receiving Disability Payments ........ 10

How to File A Claim ........ 10

Overpayment of Benefits ........ 10

**ABOUT THE LONG-TERM DISABILITY (LTD) PLAN** ........ 11

When Coverage Begins ........ 11

Cost ........ 11

Coverage Amount ........ 11

*Survivor Benefit* ........ *12*

Change in Coverage Amount ........ 12

If You Become Disabled During an Approved Leave of Absence ........ 13

When Benefit Payments Begin ........ 13

When Benefit Payments End ........ 14

Disabilities with a Limited Benefit Period ........ 15

What is Considered a Disability ........ 15
Coordinating Benefits with Other Disability Income ........ 16
*What Are Considered Deductible Sources of Income* ........ 16
*Estimating Your Deductible Sources of Income* ........ 17
What Are *Not* Considered Deductible Sources of Income ........ 18
If You Are Disabled But Continue to Work ........ 18
If You Return to Work Full-Time and You Are Disabled Again ........ 19
When Benefits Are Not Paid ........ 19
*Pre-existing Conditions* ........ 20
Services Offered by the LTD Plan ........ 21
Continuation of Other Benefits During Disability ........ 22
When Coverage Ends ........ 23
**Other Sources of Disability Income** ........ **24**
**Receiving Your Benefits** ........ **26**
Who Receives Disability Payments ........ 26
How to File a Claim ........ 26
What Information Is Required When You're Submitting a Claim ........ 27
Overpayment of Benefits ........ 27
**Terms You Should Know** ........ **28**

# INTRODUCTION

Being *disabled* can be emotionally and financially difficult for both you and your family. That's why the Company offers a disability program to help you in the event that you are disabled and unable to work full-time.

**Quick Tip!**

**If you become disabled, be sure to refer to "Living with Your Disability" in the Life Events section of this binder.**

The Company's disability program includes Sick Leave and the Long-Term Disability (LTD) Plan. The Company provides sufficient benefit dollars under the *flexCHOICE* plan for you to purchase LTD coverage with a 180 day waiting period. If you select a shorter waiting period, you will share the cost of coverage.

Current and Extended Sick Leave must be exhausted, and your waiting period met, prior to being eligible for LTD. If your disability continues for a longer period of time, the LTD Plan will provide benefits to help meet your ongoing living expenses while you are totally disabled.

**Quick Tip!**

**Important words and terms are defined at the end of this section, under "Terms You Should Know." These terms are *italicized* throughout the binder.**

An "At-A-Glance" chart of your disability benefits is on the next page, followed by detailed information about the plans.

# YOUR DISABILITY BENEFITS AT-A-GLANCE

| | Sick Leave | Extended Sick Leave | Short-Term Disability Plan | Long-Term Disability (LTD) |
|---|---|---|---|---|
| **Brief Description** | For absences not expected to last for a long period of time. | For absences that last longer than 10 days due to the employee's **own** medical condition. | For non-occupational *illness* or injury. Benefits are payable up to a *maximum* of 52 weeks. | For disabilities lasting at least 28 calendar days. Benefits may not be payable until you meet the waiting period you select and you use all available Current and Extended Sick Leave. |
| **Coverage Amount** | You receive 100% of your regular earnings. | You receive 100% of your regular earnings. | You receive a weekly benefit based on your earnings up to a maximum of $490. | You receive 60% of your earnings less deductible disability income for which you are eligible. |
| **Who Pays for Coverage** | The Company. | The Company. | You. | The Company provides sufficient benefit dollars under the *flexCHOICE* plan for you to purchase LTD coverage with a 180 day waiting period. If you select a shorter waiting period, you will share the cost of coverage. |

# About Sick Leave

## Your Annual Sick Leave Amount

**Did You Know?**

**The Company pays the full cost of your Sick Leave.**

The Company provides all regular employees with 10 days (or 80 hours) of Sick Leave per year. Sick days can be used for you or your family member's illness or *injury*, or for a medical doctor or dental appointment. Unused sick days can be carried over into the next calendar year and become part of your Extended Sick Leave bank.

Family members include your spouse, domestic partner and minor children whose illness or injury requires your presence at home to provide or arrange care.

### *Sick Leave for New Hires*

If you are a newly hired employee, the amount of Sick Leave you receive the first calendar year depends on your date of hire. For more information on the amount of Sick Leave you will receive, refer to the Sick Leave policy available from your HR Advisor.



## Maximum Benefit Amount

For each day of Sick Leave you use, you will receive 100% of your regular earnings.

## Using Your Sick Leave

You can use your Sick Leave if you are unable to work due to an illness or injury. The use of Sick Leave for more than an occasional absence may require that you document your illness or injury as follows:

| Duration of Your Absence | What Happens |
|---|---|
| **If you're absent for less than two weeks** | You may be required to provide medical information. You will be notified if this is the case. |
| **If you expect to be absent for two weeks or more** | You must provide a written statement from your doctor with the following information whether you are participating in the Company's Short-Term Disability plan or the State of California plan:<br>■ Evidence that you are under the regular care of a doctor<br>■ The date your disability began<br>■ Specific information that precludes you from performing your regular job duties (e.g., maximum weight to be lifted, amount of bending, stooping, walking allowed)<br>■ Expected return-to-work date.<br><br>If you are participating in the Company's Short-Term Disability plan, you must also provide the following forms:<br>■ Authorization to obtain and release information<br>■ Employee's statement<br>■ Voluntary Disability Plan Medical Report Form completed by your doctor. |
| **If you're continuously disabled for the length of your chosen LTD waiting period** | You will be required to provide medical information and a completed LTD application to Disability Management Services (DMS) and comply with all reasonable requests before LTD benefits are approved. |

Other than functional job limitations that may be shared with your supervisor, medical information will remain confidential and be kept in a medical file, separate from personnel files.

## Extended Sick Leave

If you have unused Current sick days at the end of the calendar year, the balance is carried over to the next calendar year and goes into your Extended Sick Leave bank. When your Current Sick Leave runs out, you may use any available Extended Sick Leave. Extended Sick Leave is available only for your own illness or injury.

## Using Your Extended Sick Leave

The following chart explains how to use Extended Sick Leave:

| | |
|---|---|
| **What happens if I have Current Sick Leave left over at the end of the year?** | Your unused Current Sick Leave is carried over to the next calendar year and into your Extended Sick Leave bank. You will receive a new 10-day sick leave award for the new calendar year. |
| **When can I use Extended Sick Leave?** | You use Extended Sick Leave for your own illness or injury after you have used all of your Current Sick Leave. |
| **What happens if I use all of my Extended Sick Leave before I am eligible for LTD benefits?** | You may use floating holidays and vacation time if Extended Sick Leave is exhausted before you meet the waiting period for LTD benefits; otherwise, you will be on an unpaid leave. |



## Coordinating Benefits with Other Disability Income

Your Sick Leave benefit may be coordinated with any Workers' Compensation benefit for which you are eligible. Disability Management Services will coordinate payment of Workers' Compensation benefits.

Please see "Other Sources of Disability Income" on page 24 for a brief description of Workers' Compensation benefits.

## Using Vacation/Holiday Time as Sick Pay

If you use all your Sick Leave, including any Extended Sick Leave (if available), you can then use any floating holidays and available vacation allowance (including purchased vacation) for verified absences from work.

## If You Are Disabled and Continue to Work

If the Company receives medical information indicating that you are unable to perform the regular duties of your job, but are capable of performing other full-time work, you may be placed in a limited-duty assignment. Limited-duty assignments are based on availability. If limited-duty work is available, you will be required to return to work in that assignment. If you refuse a limited duty assignment, you will not receive disability payments.

## If You Become Disabled While on Vacation

If you become disabled while on vacation, you can cancel the remainder of your scheduled vacation period and use your available Sick Leave. You must notify your supervisor at the onset of your disability and provide medical proof as soon as possible. If you are hospitalized, you must notify your supervisor as soon as possible, but not later than the day you are discharged from the *hospital.*

## Reporting Absences

Whenever you are absent, you must notify your supervisor, or an employee designated by your supervisor.

# About the Short-Term Disability Plans

## When Coverage Begins

The Company offers a Voluntary Short-Term Disability (VDI) Plan that you may elect instead of California State Disability Insurance (SDI). Coverage under the Company plan begins on your date of hire provided you have applied for coverage within eight days. If you do not enroll for coverage within eight days, you will not be covered until the first day of the calendar quarter after your complete application is received by Employee Benefits.

You may elect coverage under either plan. However, if you do not enroll in the Company VDI plan, you will be covered automatically under the State of California plan.

**Important!**

**You must enroll in the SDG&E Voluntary Disability plan within eight days of your hire date to have coverage effective on your hire date. If you do not enroll within eight days, you will be covered in the California SDI plan. Coverage under the SDG&E plan can begin the first day of any calendar quarter after your completed application is received by Employee Benefits.**

## Changing Coverage During the Year

You can elect to change from the Company VDI plan to the State of California plan by completing a new election form provided to all employees in December of each year.

## Cost

The cost of the VDI plan is a percentage of your pay and is the same as the cost for the State of California plan. Deductions are automatically taken from your pay. You will be notified each December of the percentage that will be deducted from your wages.

## Coverage Amount

The VDI benefit is meant to provide you with coverage after you have used all of your Current and Extended Sick Leave, and you are still not able to return to work. Currently, you are eligible for a weekly benefit between $50 and $490 (the same as SDI), depending on your wage earnings. VDI benefits are calculated weekly and paid bi-weekly. Benefit levels for new disabilities are set each year by the State of California.

If you have not contributed to the VDI plan during your *base wage period*, you will not be eligible for VDI benefits; however, you may be eligible for SDI benefits.

## Coordinating Benefits with Other Disability Income

Any benefits you receive from SDI or VDI will be coordinated with other sources of income you receive. See "Other Sources of Disability Income" on page 24 for more information.

## Comparing the VDI Plan with SDI

The Company Voluntary Disability plan is designed to provide the same benefits as California State Disability Insurance, but with a shorter waiting period. With the Voluntary plan, you are eligible for benefits on the fourth consecutive day of disability. With SDI you are not eligible for benefits until the eighth consecutive day of disability. The premium you pay for the California SDI plan is also deductible on your Federal Income Tax Return. You may not deduct premiums paid for coverage under the Company's Voluntary plan. See the benefit summary of the Voluntary Disability Plan and the California State Disability Insurance (SDI) on the next page.

**Remember**

**The cost you pay for either SDI or VDI, and the weekly benefit you receive based on your earnings under either plan, is set each year by the State of California. You may not receive either SDI or VDI benefits until you use all Current and Extended Sick Leave.**

| | Voluntary Disability Plan | California State Disability Insurance (SDI) |
|---|---|---|
| **When Benefits Begin** | ■ You will receive your first benefit payment within 14 days of the date DMS receives and approves your claim<br>■ Once you have used all available Current and Extended Sick Leave, your benefits will begin on the earliest of:<br>– The first day of your disability due to an accident or the fourth day of disability due to an illness<br>– The first day of hospitalization<br>– The first day of treatment in a hospital or clinic requiring a stay of less than 24 hours as long as you are disabled at least four days due to this treatment. | After you have been disabled for seven consecutive days and you have used all Company provided Current and Extended Sick Leave. |
| **When Payments End** | ■ The date you are no longer disabled<br>■ The date you fail to furnish proof, when requested by DMS, that you continue to be disabled<br>■ The date you are no longer under the regular care of a physician, or refuse to be examined by a physician, if DMS requires such an examination<br>■ The date you die<br>■ The end of the maximum payment period (see page 14)<br>■ The date on which other benefits exceed the maximum weekly benefits. | The earliest of:<br>■ The date you are no longer disabled<br>■ The date you return to work<br>■ After 52 weeks of benefits have been paid<br>■ When you fail to comply with any instructions given by the Employment Development Department<br>■ The date you die. |
| **When Benefits Are Not Paid** | ■ If you willfully make a false statement or representation, or fail to fully report a material fact to obtain benefits<br>■ If you are no longer certified as disabled<br>■ If you are covered by California SDI. | ■ If you willfully make a false statement or representation, or fail to fully report a material fact to obtain benefits<br>■ If you are no longer certified as disabled<br>■ If you are covered by the Company VDI plan. |
| **Tax Status** | Premiums are not tax deductible. | Premiums can be deducted when you file your Federal Income Tax Return. |

# Receiving Your Benefits

## Receiving Disability Payments

If you are enrolled in the California SDI plan, you will receive a bi-weekly check from the California Employment Development Department.

If you are enrolled in the Company's VDI plan, you will receive disability payments directly from the Company on a bi-weekly basis.

Benefits under either plan will not begin until you have used all available Current and Extended Sick Leave.

## How to File A Claim

To file a claim for California SDI benefits, contact the nearest office of the Employment Development Department. To find the nearest office, look in the phone book under the State of California. This form needs to be completed by you and your doctor.

If you elected coverage under the Company VDI plan, you should contact DMS within 30 days after the date your disability begins. You must return all completed forms to DMS within 49 days after the start of your disability or your eligibility for benefits, whichever is later.

You can obtain claim forms by calling DMS at 1-619-696-4348. The form must be completed by both you and your doctor. Once you have completed the appropriate sections, the form should be given to your doctor. Your doctor should complete his or her section of the form and return it to DMS.

## Overpayment of Benefits

The Company has the right to recover any overpayment of benefits.

# About the Long-Term Disability (LTD) Plan

## When Coverage Begins

Your Long-Term Disability Insurance coverage will automatically start at 12:01 a.m. on the first day of the month following the date of your hire.

If you are absent from work due to injury, sickness, temporary layoff or leave of absence, your coverage will begin on the date you return to active employment.

## Cost

The Company provides sufficient benefit dollars under the *flexCHOICE* plan for you to purchase LTD coverage with a 180-day waiting period. If you elected a shorter waiting period, you will share in the cost of coverage.

## Coverage Amount

If you become disabled, you will receive a bi-weekly LTD benefit after you have used all Current and Extended Sick Leave, meet the *elimination period* which you elected and your claim is approved.



The Company provides you with 60% of your monthly pay for the period of time you are disabled. You have the opportunity when you are hired, and during each annual open enrollment period, to select an elimination period. You may want to consider the amount of sick leave and vacation you have available, when you select your elimination period. The approximate number of sick leave and vacation hours you would need to sustain full pay for each elimination period is shown below:

**Important!**

**LTD Plan benefits are reduced by other sources of disability income. This is described in detail under "Other Sources of Disability Income" on page 24.**

| Number of Calendar Days in Elimination Period | Approximate Sick Leave and Vacation Hours Needed |
|---|---|
| 180 | 1,028 |
| 90 | 512 |
| 60 | 342 |
| 28 | 160 |

You must choose your elimination period when you are hired and during the annual open enrollment period, or your waiting period will automatically be 180 days or your prior year's election.

Your monthly benefit will equal 60% of your *monthly earnings*, paid on a bi-weekly basis, up to a maximum benefit of $10,000 per month.

If you are eligible to receive income from other sources, called *deductible sources of income*, this income will be subtracted from your LTD benefit (see "What are Considered Deductible Sources of Income" on page 16).

If you are disabled for less than one month after the elimination period, you will receive 1/30th of your monthly benefit for each day of disability.

**Important!**

**You must choose your waiting period when you are hired and during the annual open enrollment period, or your waiting period will automatically be 180 days or your prior year's election.**

### *Survivor Benefit*

If you die as a result of your disability, your beneficiary may receive a lump-sum benefit equal to three months of LTD benefits. The survivor benefit will not be reduced by other sources of deductible income. The survivor benefit will be paid if, on the date of your death:

- You have been disabled for at least 180 consecutive days, and
- You were receiving or were entitled to receive LTD benefits.

The survivor benefit will be reduced by an overpayment, if any, made to you.

Your beneficiary is automatically your spouse; otherwise your child(ren) under age 25 will be your beneficiary. If you do not have a beneficiary, payment will be made to your estate. If there is no estate, the survivor benefit will not be paid.

## Change in Coverage Amount

If you have a salary increase, your coverage under this plan will also increase. For the increase to take effect, you must be actively at work. If you are not actively at work due to an injury or *sickness*, any increase in coverage will take effect on the date you return to active service.

Any decrease in coverage will take effect immediately but will not affect a claim that is *payable* to you prior to the decrease.

## If You Become Disabled During an Approved Leave of Absence

If you're on an approved leave of absence such as a Family Medical Leave, your coverage will continue to the end of the month that immediately follows the month in which your leave of absence begins. If, however, you become disabled while you are on a covered leave of absence **and** you're still covered under the plan (for example, you're on an approved leave to take care of a family member and you break your leg before your coverage ends), you may be eligible for monthly benefits from the plan. Your monthly benefit will be determined using your monthly earnings in effect just prior to the date your absence begins.

## When Benefit Payments Begin

Benefit payments begin when:

- You become disabled while covered under this plan
- You are disabled throughout the elimination period
- You remain disabled beyond the elimination period
- You are, and have been during the elimination period, under the *regular care* of a physician and
- You submit proof of loss satisfactory to DMS.



Benefits accrue as of the first day after the elimination period and are paid bi-weekly.

If your disability stops during the elimination period, and then occurs again, your disability may be treated as continuous. Depending on the elimination period you elected, a disability will be considered continuous if your return to work does not exceed the number of days shown below:

| Elimination Period | Return to Work Days |
|---|---|
| 180 days | 30 |
| 90 days | 15 |
| 60 days | 10 |
| 28 days | 5 |

The time you are not disabled will not count toward your elimination period. If your disability stops for more than the number of days shown, the elimination period will start over again.

You can satisfy the elimination period even if you are working, provided you meet the definition of "disabled" (see "What Is Considered a Disability" on page 15).

## When Benefit Payments End

The plan will stop paying your LTD benefits and your claim will end on the earliest of the following:

- The date you are no longer disabled
- The date you fail to furnish proof, when requested by DMS, that you continue to be disabled
- The date you are no longer under the regular care of a physician, or refuse to be examined by a physician, if DMS requires such an examination
- The date you die
- The date determined by the Maximum Duration of Benefits Table shown below
- The date your current monthly earnings exceed 80% of your indexed pre-disability earnings or
- The date on which other benefits exceed the maximum monthly benefits.

The maximum period of payment depends on your age when you become disabled, as shown below:



| Age When Disability Begins | Maximum Period of Payment |
|---|---|
| Less than 62 | To age 65 or for 42 months, if greater |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

## Disabilities with a Limited Benefit Period

If you are disabled because of:

- *Mental illness* that results from any cause
- Any condition that may result from mental illness
- Alcoholism or
- The non-medical use of narcotics, sedatives, stimulants, hallucinogens or any other such substance.

Then, benefits will be payable:

- Only for so long as you are confined in a hospital or other place licensed to provide medical care for the disabling condition or
- When you are not so confined, a total of 24 months for all such disabilities during your lifetime.

## What is Considered a Disability

The following summarizes the definition of disability:



| You are considered to be disabled... | If you... |
|---|---|
| **During the first 24 months** | ■ Are unable to perform your usual and customary occupational duties due to your illness or injury and<br>■ Lose 20% or more of your monthly earnings due to the same sickness or injury. |
| **After the first 24 months** | ■ Are unable to perform the duties of any *gainful occupation*, due to the same illness or injury, for which you are reasonably suited by education, training or experience or<br>■ Are working in any occupation and have a 60% or more loss in your monthly earnings due to your illness or injury. |

The loss of a professional or occupational license or certification does not in itself constitute disability.

DMS, at its own expense, may require you to be examined by a *doctor*, a vocational expert or a medical practitioner as often as it is reasonable to do so. You may also be required to be interviewed by an authorized representative.

## Coordinating Benefits with Other Disability Income

### *What Are Considered Deductible Sources of Income*

If you are eligible to receive income from other sources, called deductible sources of income, this income will be subtracted from your LTD benefit. The following are considered deductible sources of income:

**Quick Tip!**

**If you are eligible to receive income from other sources, your LTD benefit may be reduced. However, the total amount you receive from all sources (including the LTD Plan) will be 60% of your monthly earnings.**

| Sources of Income | What is Deductible |
|---|---|
| **Payments under:**<br>■ **Workers' Compensation law**<br>■ **An occupational disease law**<br>■ **Any other act or law with similar intent.** | The amount you receive or are entitled to receive. |
| **Disability income payments under:**<br>■ **State compulsory benefit act or law**<br>■ **Other group insurance plan**<br>■ **Governmental retirement system as a result of your job with the Company**<br>■ **Total disability under the pension plan.** | The amount you receive or are entitled to receive. |
| **Disability payments because of your disability under:**<br>■ **The United States Social Security Act**<br>■ **The Canada Pension Plan**<br>■ **The Québec Pension Plan**<br>■ **Any similar plan or act.** | The amount you, your spouse and your children receive or are entitled to receive. |
| **Retirement payments under:**<br>■ **The United States Social Security Act**<br>■ **The Canada Pension Plan**<br>■ **The Québec Pension Plan**<br>■ **Any similar plan or act.** | The amount you receive or the amount your spouse and children receive because you are receiving retirement payments. |
| **Retirement payments you voluntarily elect under the Company Cash Balance Plan.** | The amount you receive. |
| **Retirement payments or disability payments under the Company Cash Balance plan.** | The amount you receive. |
| **Payments under Title 46, United States Code Section 688 (The Jones Act).** | The amount you receive. |

Please see "Other Sources of Disability Income" on page 24 for a brief description of some deductible sources of income.

## Estimating Your Deductible Sources of Income

In cases where the amount you or your dependents are entitled to receive is considered deductible, DMS will estimate your entitlement as follows:

| Your LTD benefit WILL BE REDUCED by an estimated amount if the payment: | Your LTD benefit WILL NOT BE REDUCED by an estimated amount if: |
|---|---|
| ■ Has not been awarded or denied or<br>■ Has been denied and you are appealing the denial. | ■ Payment has been denied and you appeal the denial to all administrative levels DMS feels are necessary and<br>■ You sign a payment option form, stating your promise to pay back any overpayments you receive. (This form is available from DMS.) |

If your LTD benefit is reduced by an estimated amount, your LTD benefit will be adjusted once you provide DMS with proof:

- Of the actual amount you receive from the other source or
- That payment has been denied after all appeals have been completed (in this case, a lump-sum refund of the estimated amount will be made to you).

If you receive a lump-sum payment from any deductible source of income, the lump-sum will be prorated on a monthly basis over the time period the sum was given. If no time period is stated, DMS will use a reasonable one.

**Quick Tip!**

**Once your deductible sources of income have been subtracted from your disability benefit amount, your payment will not be further reduced due to a cost of living increase from that source.**

## What Are *Not* Considered Deductible Sources of Income

Certain income sources you receive are **not** considered deductible sources of income. This means your gross LTD benefits will not be reduced by the income you receive from these sources. The following list includes most income sources that are **not** considered deductible sources of income:

- 401(k) plans
- Profit sharing plans
- Thrift plans
- Tax sheltered annuities
- Stock ownership plans
- Non-qualified plans of deferred compensation
- Pension plans for partners
- Military pension and disability income plans
- Credit disability insurance
- Franchise disability income plans
- Individual Retirement Accounts (IRAs)
- Individual disability income plans
- No fault motor vehicle plans.

**Did You Know?**

**If you receive income from sources that are not considered deductible, such as from an IRA or an individual disability plan, your LTD benefits will not be reduced by the income you receive from these sources. The list to the left shows which sources of income do not reduce your LTD benefits.**

## If You Are Disabled But Continue to Work

If you become disabled but you are able to continue working to some extent, you may be eligible for a reduced LTD benefit.

You may be required to provide proof of your *disability earnings* at least quarterly and submit appropriate financial records to verify your income. Your LTD benefit will be adjusted based on your quarterly disability earnings.

You will not receive a benefit payment for any month during which disability earnings exceed the amount allowable under the plan.

## If You Return to Work Full-Time and You Are Disabled Again

If you have a *recurrent disability*, your disability may be treated as part of your prior claim and you will not be subject to another elimination period if you meet both of the following conditions:

- You were continuously covered under the plan for the period between your prior claim and your recurrent disability and
- Your recurrent disability occurs within six months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of this plan as your prior claim.

Any disability that occurs after six months from the date your prior claim ended will be treated as a new claim. The new claim will be subject to all plan provisions.

## When Benefits Are Not Paid

The LTD plan will not pay benefits for disabilities that are caused by or contributed to by the following:

- Intentionally self-inflicted injury
- War, whether declared or not, or any act of war
- Service in the Armed Forces of any country or international authority
- Commission, or attempted commission, by an insured person of an assault or felony, or participation in a demonstration or civil unrest
- Chronic alcoholism, addiction or the use of any hallucinogenic after the monthly benefit has been paid for a total of 24 months in your lifetime
- Mental or nervous disorder after the monthly benefit has been paid for a total of 24 months, unless you are under the care of a physician and are continually confined in an *institution* that provides care for the mentally ill on an inpatient basis.

**Did You Know?**

**If you return to work full-time after overcoming a disability and you are disabled again within six months, you may not be required to satisfy another elimination period before receiving benefits.**

Regardless of the cause of disability, no benefit payments will be made during the period:

- You are no longer under the care of a physician
- You are engaged in any work for wage or profit unless it is part of an approved rehabilitation program

- You are confined to a penal or correctional institution, in connection with a criminal or other public offense
- You, under the terms of your employment, are scheduled to be away from work without pay.

### Pre-existing Conditions

You have a *pre-existing condition* if you meet both of the following conditions:

- You received medical treatment, consultation, care or services including diagnostic measures, or took prescribed medication (or had symptoms for which an ordinarily prudent person would have consulted a health care provider) in the three months prior to your effective date of coverage and
- You became disabled from the pre-existing condition within the first 12 months after your effective date of coverage.

If you change to a shorter waiting period and become disabled during the first 12 months following this change, you will receive a benefit once your old waiting period has been met. If you do not have a pre-existing condition, your benefit will be paid based on the new waiting period.



Example:

You had a 180-day waiting period in effect for 1999 and elect a 28-day waiting period for 2000. You are treated for arthritis in November 1999. If during 2000 you become totally disabled due to your arthritis, you will have to wait 180 days before benefits will be paid. If you become disabled from the same condition after December 31, 2000, you will be subject to the 28-day waiting period.

## Services Offered by the LTD Plan

The following are services offered by the LTD plan that may help you remain at work, return to work or obtain benefits from Social Security.

| Service | Brief Description |
|---|---|
| **Vocational Rehabilitation** | The Vocational Rehabilitation program, which is voluntary on your part and on the part of the Company, includes:<br>■ Coordination with the Company to assist you in returning to work<br>■ Vocational testing<br>■ Vocational training<br>■ Job placement services<br>■ Resume preparation<br>■ Prosthesis. |
| **Worksite Modification** | A modification of your worksite may help you perform the material and substantial duties of your regular job with the Company. This program helps to identify whether a modification or adjustment made to your worksite will allow you to remain at or return to work. |

## Continuation of Other Benefits During Disability

The table below shows what happens to other benefits while you are receiving LTD benefits.

| Benefit | What Happens |
|---|---|
| **Health Care Coverage (Medical, Dental, Vision)** | ■ Your health care coverage will continue while you are receiving LTD benefits. Your share of the cost will be deducted from your LTD pay. If there are not sufficient funds to collect your premium, you will be billed for your share of the cost.* |
| **Flexible Spending Accounts** | ■ Contributions to your FSA will continue as long as you have adequate pay for a full deduction unless you notify Employee Benefits. See the Flexible Spending Accounts section of this binder for more information. |
| **Vacation Buy/Sell Plan** | ■ Deductions for buying vacation will stop<br>■ If the Company has deducted more from your pay than the cost of the purchased vacation you have used, you will receive a lump-sum payment as taxable income for those unused purchased vacation hours at the end of the calendar year<br>■ If the purchased vacation you have used costs more than the amount deducted from your pay, the Company will deduct the remaining amount from your disability pay. |
| **Employee, Spouse and Dependent Child Life Insurance** | ■ Your coverage will continue while you are receiving LTD benefits. Your share of the cost will be deducted from your LTD pay. If there are not sufficient funds to collect your premium, you will be billed for your share of the cost.* |
| **Accidental Death and Dismemberment (AD&D) Insurance** | ■ Your coverage will continue while you are receiving LTD benefits. Your share of the cost will be deducted from your LTD pay. If there are not sufficient funds to collect your premium, you will be billed for your share of the cost.* |
| **Cash Balance Plan** | ■ You will continue to receive employer credits once you begin receiving benefits under the LTD plan<br>■ Your credits will be calculated on your base salary just prior to the time you go on a disability leave. |
| **Savings Plan** | ■ Contributions to this plan will stop. When you return to work, the Company will resume deductions from your regular paycheck<br>■ After you have received benefit payments from the LTD plan for at least one year, you can elect to receive full payment of your entire account balance. This distribution will be taxed as ordinary income. Because you are disabled, you will not be subject to the 10% penalty tax if paid to you before you reach age 59½<br>■ If you have an outstanding loan, you may continue to make loan payments through automatic debits from your personal checking account. If you do not want to make payments while you are disabled, your loan will remain outstanding. When you return to work, your loan repayment will be increased so that you can repay the loan in full by the original due date. The due date cannot be extended. Failure to repay the loan will result in a "deemed distribution" and you will incur a tax liability on the amount that is unpaid. |

**Employees disabled prior to January 1, 2000 will continue to have costs accumulate. These costs will be deducted from your pay when you return to work, or from any compensation you receive, such as your annual incentive award.*

## When Coverage Ends

Your LTD coverage ends on the earliest of the following days:

- You are no longer an eligible employee
- Your eligible group is no longer covered
- You terminate employment with the Company for any reason
- The last day you are in active service except as provided under the covered leave of absence provision
- The plan terminates.

# OTHER SOURCES OF DISABILITY INCOME

The following table provides a description of some deductible sources of income:

| | When You Should Apply | Brief Description |
|---|---|---|
| **SDG&E Voluntary Disability Plan (VDI)*** | If you are absent for more than three consecutive calendar days due to a non-industrial illness or injury, or a Workers' Compensation claim that has been delayed or denied, you can apply for the Short-Term Disability Plan benefits. Benefits are tax-free. | Starting on your fourth consecutive calendar day, you may be eligible for VDI benefits. Depending on your earnings, benefits will range between $50 and $490 per week. Benefits will not begin until you use all Current and Extended Sick Leave. |
| **California State Disability Insurance (SDI)*** | If you are absent for more than seven consecutive calendar days due to a non-industrial illness or injury, or a Workers' Compensation claim that has been delayed or denied, you may file for tax-free California SDI benefits. | Starting on your eighth consecutive calendar day, you may be eligible for SDI benefits. Depending on your earnings, benefits will range between $50 and $490 per week. Benefits will not begin until you use all Current and Extended Sick Leave. |
| **Workers' Compensation** | If you have an on-the-job injury or work-related illness. | Benefits begin on the fourth consecutive day of disability or on the first day you are hospitalized or if the disability lasts more than 14 days. Your Sick Leave benefits may be pro-rated with any Workers' Compensation benefits for which you may be eligible. The Company pays all benefits and is responsible for all other valid costs in connection with its Workers' Compensation program. |
| **Social Security Disability** | As soon as you apply for LTD benefits. | ■ If you are awarded Social Security Disability (SSD) benefits while receiving LTD benefits, an amount equal to your initial monthly SSD payment will be deducted from your plan benefits each month. Social Security cost-of-living increases will not result in larger deductions from your plan benefits<br>■ If you are not receiving SSD benefits, your LTD benefits under this plan will be reduced by the amount of estimated SSD benefits you would have received, unless benefits were denied by the Social Security Administration<br>■ The amount of any offset will equal your SSD award amount<br>■ Your LTD benefits will not increase if there are liens, garnishes or legal fees associated with getting the award. |

**You can only be covered by one of these plans.*

| What You Need to Do |
|---|
| ■ You must enroll in the VDI plan by completing and returning the appropriate forms to Employee Benefits<br>■ It is your responsibility to contact DMS for the proper claim forms once you are disabled. |
| ■ It is your responsibility to file for any other disability income for which you are entitled<br>■ Contact your local California Employment Development Department for more information on SDI benefits. |
| You must report any job-related accident, injury or illness (however minor) to your supervisor immediately after it occurs. |
| ■ You will be expected to file for SSD benefits at the same time you apply for LTD benefits, and to send DMS a copy of the award or denial letter when it is received<br>■ No reduction will occur if you:<br>–Apply for SSD benefits within 6 months after your last day of work and have been denied<br>–Show proof of your SSD application<br>–Provide a copy of any award or denial letter to the Company and<br>–Appeal any denial from Social Security.<br>■ For additional information, or to apply for SSD benefits, contact your local Social Security Administration office. |

# Receiving Your Benefits

## Who Receives Disability Payments

You will receive disability payments directly from the Company on a monthly basis. If a survivor benefit is payable, it will be paid directly to your beneficiary.

## How to File a Claim

**Important!**

**When you're submitting your claim, be sure to provide all the necessary information to ensure your claim is processed in a timely manner.**

You can obtain a claim form by calling Disability Management Services at 1-619-696-4348.

There are sections of the claim form that must be completed by:

- You, and
- Your doctor.

After you have completed the appropriate sections, the form should be given to your doctor. Your doctor should complete his or her section of the form and send it to Disability Management Services.

## What Information Is Required When You're Submitting a Claim

The following information (provided at your own expense) is **required** as proof of your claim:

- Employee statement
- Attending physician statement.

Your claim may be denied (or payments will stop) if the appropriate information is not submitted.

## Overpayment of Benefits

DMS has the right to recover from you any amount that is determined to be an overpayment of benefits under this plan. Repayment to DMS must be made within 60 days of your receipt of a notice of the amount of the overpayment. If you do not repay the overpayment within the 60-day period, we may, without forfeiting our right to collect an overpayment through any means legally available to us, recover all or any portion of the overpayment by reducing or withholding future benefit payments.



**Your ERISA Rights**

**Your rights as a participant in the Company's Disability insurance plan are protected by the Employee Retirement Income Security Act of 1974 (ERISA). See the Plan Information section of this binder for information regarding your rights under this law.**

# Terms You Should Know

**Base wage period** — A specific 12 month period determined by your date of illness or injury

**Deductible sources of income** — Income from other sources listed in the plan which you receive (or are eligible to receive) while you are disabled and which reduce your benefit from the LTD plan so you receive a total benefit equal to 60% of your pre-disability pay.

**Disabled** — When you are limited from performing the usual and customary duties of your regular occupation due to a sickness or injury *and* you lose 20% or more in earnings due to the same sickness or injury.

**Disability earnings** — The earnings you receive while you are disabled and working, plus the earnings you could receive if you were working to your maximum capacity.



**Doctor** — A person:

- Performing tasks that are within the limits of his or her medical license, is licensed to practice medicine and prescribe and administer drugs, or to perform surgery, or
- With a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients or
- Who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

*You, your spouse, children, parents or siblings are not recognized as qualified doctors for a claim that you submit.*

**Elimination period** — A period of continuous disability you must satisfy before you are eligible to receive benefits.

**Gainful occupation** — An occupation that is or can be expected to provide you with monthly earnings.

**Hospital or institution** — An accredited facility licensed to provide care and treatment for the condition causing your disability.

**Illness** — A sickness or disease. Disability must begin while you are covered under the plan.

**Injury** — A bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

**Institution** — A medical facility such as a hospital or skilled nursing facility that provides care on a inpatient basis.

**Maximum capacity** — Based on your restrictions and limitations:

- During the first 24 months of disability, the greatest extent of work you are able to do in your regular occupation, that is reasonably available
- Beyond 24 months of disability the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

**Maximum period of payment** — The longest period of time you will receive benefits for any one period of disability.

**Mental illness** — Mental illness means any psychological, behavioral or emotional disorder or ailment of the mind, including physical manifestations of psychological, behavioral or emotional disorders, but excluding demonstrable, structural brain damage.

**Monthly earnings** — One twelfth of your gross annual income in effect immediately prior to the disability date. It includes base salary, lump-sum salary planning award, if any, and the annual incentive award, if any, paid prior to your date of illness or injury.

**Part-time basis** — The ability to work and earn 20% or more of your earnings.

**Payable claim** — A claim for which DMS is liable under the terms of the plan.

**Pre-existing condition**

- You received medical treatment, consultation, care or services, including diagnostic measures, took prescribed drugs or medicines, or had symptoms for which an ordinarily prudent person would have consulted a health care provider during the three months prior to your effective date of coverage
- You became disabled from this condition within the first 12 months after your effective date of coverage.

**Recurrent disability**

A disability which is caused by a worsening in your condition and due to the same cause(s) as your prior disability for which you received disability benefits.

**Regular care**

- You personally visit a doctor as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s) and
- You are receiving the most appropriate treatment and care which conforms with generally accepted medical standards for your disabling condition(s) by a doctor whose specialty or experience is the most appropriate for your disabling condition(s) according to generally accepted medical standards.

**Regular occupation**

The occupation you are routinely performing when your disability begins. DMS will look at your occupation as it is normally performed in the national economy, rather than as it may be performed for a specific employer or at a specific location.

**Self-reported symptoms**

The manifestations of your condition which you tell your doctor that are not able to be verified using tests, procedures or clinical examinations accepted by standard in the practice of medicine. Examples of self-reported symptoms include, but are not limited to headaches, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy.

**Sickness**

An illness or disease. Disability must begin while you are covered under the plan.

**Important!**

This SPD is intended to be easy to use and understand. This binder contains only highlights of the Company benefits program. The Plan Documents contain the details of the plans. This SPD does not replace the official Plan Documents that legally govern the operation of the plan. If there is a discrepancy between this SPD and those documents, the documents will govern. Copies of the Plan Documents can be obtained from Employee Benefits. In all cases, benefits will be paid according to the terms of the plans. The Company or plan administrator has the right to interpret the plan and to exercise discretionary authority.

The Company intends to continue these plans, but reserves the right to amend, modify or terminate any plan or benefit, in whole or in part, at any time, or to modify eligibility requirements. You will be notified if any material changes are made to the plan or if the plan is terminated.

Your eligibility for, or your rights to the benefits under the plan, cannot be interpreted as a guarantee of employment. The Company makes employment decisions without regard to the benefits it offers as part of your total compensation.

# EXHIBIT H

# TABLE OF CONTENTS

**INTRODUCTION** ... 1

**YOUR CASH BALANCE PLAN AT-A-GLANCE** ... 2

**WHEN PARTICIPATION BEGINS** ... 3

Breaks-in-Service ... 3

**HOW THE PLAN WORKS** ... 4

Employer Credit Account ... 4

Interest Credits ... 5

Opening Balance ... 6

Special Features for Employees Transitioning to the Cash Balance Plan ... 6

*Wear Away Account Under the Opening Balance (Base Account)* ... 7

Vesting ... 9

Service ... 9

Your Annual Statement ... 10

**RECEIVING A BENEFIT FROM THE PLAN** ... 11

When You Leave the Company ... 11

When You Reach Age $70^1/_2$ ... 11

If You Become Disabled ... 11

Suspension of Benefits ... 11

**YOUR PAYMENT OPTIONS** ... 12

**DEATH BENEFITS** ... 15

While Actively Employed ... 15

After Your Employment Ends ... 15

About Your Beneficiary ... 15

**OTHER IMPORTANT PLAN INFORMATION** ... 16

Non-Assignable Benefits ... 16

Top-Heavy Rules ... 16

Restrictions on Contributions to an IRA ... 16

PBGC Information ... 16

Official Plan Documents Govern ... 17

**TERMS YOU SHOULD KNOW** ... 18

# INTRODUCTION

**Quick Tip!**

**Important words and terms are defined at the end of this section, under "Terms You Should Know." These terms are *italicized* throughout the binder.**

The Company recognizes the importance of planning for the future and wants you to have the opportunity to receive a meaningful retirement benefit by providing you with plans that can meet your needs today and in later years. The Cash Balance Plan provides flexibility not found in *traditional pension plans* and is simple to understand.

Take a look at the "At-A-Glance" chart on the next page. It highlights the features of your Cash Balance Plan as compared to a traditional pension plan (like your prior pension, if you are a former Enova, Pacific Enterprises, SDG&E or SoCalGas employee). You'll find more detailed information throughout the rest of this summary plan description (SPD).

# YOUR CASH BALANCE PLAN AT-A-GLANCE

| Feature | Cash Balance Plan | Traditional Pension Plan |
|---|---|---|
| **Contributions** | The plan is fully paid for by the Company—you are not permitted to make any contributions to this plan. | |
| **Account Value** | The value of your benefit is expressed as an account balance, similar to that of the Savings Plan, making it much easier to know what your benefit is worth. | The value of your benefit is determined by a formula based on your age, years of service and typically final average pay. As a result, the value of your benefit may not be easily calculated. |
| **Account Growth** | You can easily watch your account balance grow with employer credits and *interest credits.* | It's difficult to determine the growth of your benefit because it is based on the formula mentioned above. |
| **Payment Options** | Both lump-sum and monthly payment options are available to you if you leave the Company after you are vested (that is, you complete at least five years of service)—even if you're not near retirement. | If your employment ends before you reach retirement age, your monthly benefit usually isn't payable until you reach age 65. Then, your only option is to receive an *annuity*, since most traditional pension plans do not offer lump-sum payments or, as with the Pacific Enterprises and SoCalGas plans, offer the lump-sum payment with some restrictions. |
| **Security** | Your benefit is protected by the Pension Benefit Guaranty Corporation (PBGC). | |
| **Vesting** | Your account is vested when you complete five years of service or if you are at least age 55 and have completed a year of service with at least 1,000 hours worked. | |
| **Death Benefit** | If you die before you receive payment of your benefit, your account balance can be paid to your *beneficiary* immediately. | If you die before age 55, your spouse is eligible for 50% of an actuarially reduced benefit at the time you would have been 55. If you die after age 55, your spouse is eligible for 50% of an actuarially reduced benefit based on your age at the time of your death. If you are not married there is no survivor benefit. |

# When Participation Begins

**Did You Know?**

**You become a participant in the Cash Balance Plan on your hire date provided you work 1,000 hours during the next 12 months.**

In general, as an eligible *employee*, you automatically begin participating in the plan on your hire date provided that you complete one year of *eligibility service*. A year of eligibility service means a 12-month period in which you work at least 1,000 hours. If you don't have 1,000 hours in your first 12 months of employment, you will become a participant on a subsequent employment anniversary, provided you've worked at least 1,000 hours in the preceding year.

## Breaks-in-Service

Once you are in the plan, you continue as a participant for as long as you remain with the Company. If you leave the Company, your plan participation stops if you are not vested. If you are vested, your participation in the plan stops when you receive the total benefit provided under this plan. If you return to the Company, and you were vested, you participate in the plan as of your rehire date. If you were not vested when you left the Company, you may be entitled to have your prior service and account restored under the plan, depending on the length of your absence.

The relevant rules regarding breaks-in-service are complicated. Plan participants who have left the Company and returned should address any questions to Employee Benefits.

# How the Plan Works

Under the Cash Balance Plan, an account is established in your name. The value of your benefit is expressed as a "cash balance" in your account. Your account earns *employer credits*, along with interest credits, until you retire or otherwise terminate from the Company. You are neither required nor permitted to make any contributions to your account. The Company pays the entire cost.

**Did You Know?**

**You do not make contributions to the Cash Balance Plan. The Company establishes an account in your name and pays the entire cost of the plan!**

## Employer Credit Account

Employer credits are generally your account's primary source of future growth. They equal a percentage of your *eligible pay* received during the month and are credited to your account at the end of each month. The Company will contribute 7.5% of your eligible pay to your account.

For purposes of the plan, your eligible pay refers to the earnings you receive from the Company during the *Plan Year* (January 1 to December 31). Eligible pay includes your base pay, lump-sum merit, if any, and incentive pay under the Incentive Compensation Plan. For more details, please refer to the definition of "eligible pay" in the "Terms You Should Know" section at the end of this document.

Federal law limits the amount of benefits that can be paid to you under this plan when you leave the Company. This limit is reviewed by the government and changed periodically. If you exceed this limit, you will be notified.

## Interest Credits

Your Cash Balance Plan account also grows with interest credits each month. Then, month after month, as interest compounds, these credits become a significant source of account growth. The interest credit rate is applied to your account at the end of each month. The plan's interest rate is equal to the average 30-year *Treasury Bond rate* for the November preceding the first day of the current plan year (calendar year).

Once you are *vested* in the plan, you can take the value of your account with you when your employment ends. Or, you can leave your balance in the plan and continue to earn interest credits until you are ready to begin receiving payments. Keep in mind, once your employment ends, your account will no longer earn employer credits.

### *Example*

To help you understand how the Cash Balance Plan works, let's look at an example. John is age 35 and works for San Diego Gas & Electric (so his account earns employer credits at the end of each month of 7.5%) with a current annual salary (eligible pay) of $60,000. Let's assume that John's salary increases 3% each year and that the Treasury Bond rate results in his account earning a constant interest credit rate of 6%. Employer credits and interest credits are applied at the end of each month. Here is how John's account could grow over time:

| Year | Annual Pay | Account Value | Employer Credit (7.5%) | Interest Credit (6%) | Account Value (End of Year) |
|---|---|---|---|---|---|
| 1 | $60,000 | $0 | $4,500 | $126 | $4,626 |
| 2 | $61,800 | $4,626 | $4,635 | $407 | $9,668 |
| 3 | $63,654 | $9,668 | $4,774 | $714 | $15,156 |
| 4 | $65,564 | $15,156 | $4,917 | $1,047 | $21,120 |
| 5 | $67,531 | $21,120 | $5,065 | $1,409 | $27,594 |
| 10 | $78,287 | $59,320 | $5,872 | $3,723 | $68,915 |
| 20 | $105,210 | $196,150 | $7,891 | $11,989 | $216,030 |
| 30 | $141,393 | $472,115 | $10,604 | $28,624 | $511,343 |

*Please note that interest is compounded monthly based on an end of month deposit.*

## Opening Balance

If you participated in the Pacific Enterprises or SoCalGas Pension Plan, or you were a Management or C&T employee in the SDG&E pension plan before July 1, 1998, your participation in the Cash Balance Plan began on July 1, 1998. Union employees of SDG&E began participation in this plan on November 1, 1998. Your new account was opened with an initial balance that represented the value of the accrued benefit you earned under the prior plan based on your age, salary history and eligible service with the Company as of June 30, 1998 if you were a management or C&T employee, or on October 31, 1998 if you were a SDG&E union employee. Since your prior plan benefit was expressed as a monthly payment beginning at age 65, it was converted to a lump-sum amount based on your age on June 30, 1998 or October 31, 1998 depending on when your participation in this plan began.

## Special Features for Employees Transitioning to the Cash Balance Plan

With time, your Cash Balance Plan account can grow substantially as employer credits increase and your account compounds with interest. But what if you don't have a lot of time? To eliminate or minimize any adverse effect of the transition to a Cash Balance Plan for employees nearing retirement, special features were added to the plan for employees eligible to participate on either July 1, 1998 (Management and C&T) or November 1, 1998 (Union). The features are described below:

| Provision | Requirement | Description |
|---|---|---|
| **Opening Balance Adjustment** | You were a participant in the pension plan on July 1, 1998 (Management and C&T) or November 1, 1998 (Union). | The lump-sum amount representing your benefit in the prior plan received a 2.5% COLA adjustment. |
| **10-Year Projection** | You were a participant in the plan on July 1, 1998 and were an employee of Sempra Energy Corporate Center or an employee of either utility. | Your account was projected out for 10 years using actuarial and interest rate assumptions. If the projection showed that your benefit (on June 30, 2008) from the Cash Balance Plan would be less than the future benefit from your previous pension plan, an additional amount was added to your initial account balance to minimize any potential adverse effects of transitioning to the Cash Balance Plan. |

(cont.)

| Provision | Requirement | Description |
|---|---|---|
| **Special Interest Rate** | You were a participant in the plan on July 1, 1998 or November 1, 1998 (Union) and had less than 30 years of service. | Your opening balance will earn the plan's interest rate plus an additional 2%. Your opening balance will continue to earn this special rate of interest for as long as you remain with the Company, or until you complete 30 years of service. If you leave the Company, or complete 30 years of service and have not yet received a benefit from the plan, you will stop receiving the additional 2% and will only be credited with the Treasury Bond rate. |
| **Special Employer Credit** | You were a participant in the plan on July 1, 1998 or November 1, 1998 (Union), and were at least 40 years of age with less than 15 years of service at that time. | Your account will be credited with an additional 2%. This special contribution credit will be made for as long as you remain with the Company, or until you complete 15 years of service. |
| **Five-Year Grand-Fathering** | If you were a participant in the plan on the effective date of the plan, and start receiving benefit payments prior to June 30, 2003, you will receive the **greater of:**<br>■ Your Cash Balance Plan benefit or<br>■ A benefit calculated under the plan formula used prior to July 1, 1998. | |
| **Frozen Benefit** | If you were a participant in the plan on the effective date of the plan, your benefit will always be the greater of your Cash Balance Plan account or the present value of your June 30, 2003 benefit under the prior plan. | |



### *Wear Away Account Under the Opening Balance (Base Account)*

The purpose of the Wear Away Account is to maintain the intended effect of the prior plan's early retirement subsidy. This provision applies to you if, as of June 30, 1998 (Management or C&T) or October 31, 1998 (Union), you were age 59 to 64.

Under the prior plan's formula, you earned the majority of your benefit in the last few years before retirement. If you chose to retire before the normal retirement age of 65, your benefit was reduced significantly. However, to lessen the impact of this reduction, the prior plan provided an early retirement subsidy. The subsidy was largest at the youngest age and decreased to zero at age 65.

When your benefit under the prior plan was converted to your opening balance under the Cash Balance Plan, special early retirement factors were used to account for the prior plan's early retirement subsidy. As a result, this subsidy increased the value of all eligible participant's accounts.

However, to maintain the intended purpose of the prior plan's early retirement subsidy, the opening balance of your new Cash Balance Plan account was split into two separate accounts and will be tracked separately until you reach age 65. The primary account or "Base Account" represents the majority of your benefit under the new plan. This is the account that earns full interest credits. The other account or "Wear Away Account" represents a portion of the early retirement subsidy you will receive **only if you retire early**. The Wear Away Account does not earn employer or interest credits.

As the name implies, the latter account wears away month after month and eventually decreases to zero when you reach the normal retirement age of 65, just as the subsidy in the prior plan decreased to zero at age 65.

The following chart illustrates the split of the Cash Balance Plan's opening account balance on June 30, 1998 for an employee eligible to participate in this plan on July 1, 1998:

| Age on 6/30/98 | Percentage of Opening Balance on 6/30/98 | |
|---|---|---|
| | Base Account | Accrued Benefit Wear Away Account |
| Up to 63 and 9 months | 90% | 10% |
| 63 and 10 months to 64 | 92% | 8% |
| 64 and 1 to 3 months | 94% | 6% |
| 64 and 4 to 6 months | 96% | 4% |
| 64 and 7 to 9 months | 98% | 2% |
| 64 and 10 months to 65 | 100% | 0% |

**Keep in mind, this chart provides the split of the opening balance account for a July 1, 1998 participant, on June 30, 1998 only, based on the participant's age.** After June 30, 1998, the Wear Away Account begins to decrease every month proportionally, so that it will equal zero at age 65. The Base Account, on the other hand, continues to grow with full employer credits and interest credits under the new Cash Balance Plan. For participants eligible on November 1, 1998, the split of the opening balance will be based on your age on October 31, 1998.

If you retire before age 65, you receive the full value of your Base Account, and your employer credit account, and any remaining value of your Wear Away Account, as determined by your age.

If you retire at age 65 or later, you receive the full value of your Base Account and your employer credit account, but your Wear Away Account will have decreased to zero when you reached age 65.

### Example

Assume Joe is age 59 on June 30, 1998, and his Cash Balance Plan account has an opening balance of $300,000. Also assume Joe's eligible pay is $60,000. Joe will receive employer credits of 7.5% and interest credits of 6% a year. His opening balance will be split and will continue to grow as follows:

| Date | Age | Base Account | Wear Away Account | Total |
|---|---|---|---|---|
| June 30, 1998 | 59 | $270,000 (90% of opening balance) | $30,000 (10% of opening balance) | $300,000 |
| June 30, 1999 | 60 | Continues to grow with full employer credits and interest credits under the new Cash Balance Plan | $25,000 | $315,822 |
| June 30, 2000 | 61 | | $20,000 | $332,894 |
| June 30, 2001 | 62 | | $15,000 | $351,290 |
| June 30, 2002 | 63 | | $10,000 | $371,090 |
| June 30, 2003 | 64 | | $5,000 | $392,378 |
| ↓ June 30, 2004 | ↓ 65 | | ↓ $0 | ↓ $415,243 |

Since Joe had exactly 6 years until he reached age 65 at the time his participation began, his Wear Away Account decreases by 1/72 per month, or 1/6 per year of his opening balance, or $5,000 each year until it reaches $0. However, if he retires at any point before reaching age 65, he will receive the full value of both his Base Account, including employer and interest credits, and the remaining balance in his Wear Away Account.

**Did You Know?**

**You're vested in your account after five years of service with the Company.**



## Vesting

You earn an irrevocable right to, or "vest" in, your account after completing five years of vesting service with the Company. You also become fully vested upon reaching age 65, regardless of your years of service, or at age 55 if you have completed one *year of vesting service* with the Company. If you are vested and die before retiring from the Company, your beneficiary or estate will receive the full value of your account.

## Service

Generally, if you are absent from work for more than one year, or work less than 500 hours in a given year, you are considered to have a *break-in-service year*. The period of your employment prior to the break will count as service if you return to the Company before five years have elapsed or if you were vested at the time of your break in service.

If a break in service results from your service in the U.S. armed forces and you return to the Company within the period that your re-employment rights are protected by law, you will be considered to have continued your employment during your absence for military service.

## Your Annual Statement

During the first quarter of each calendar year, you will receive a statement showing the value of your account, including your balance at the beginning of the year, employer credits and interest credits earned during the calendar year and your closing balance. This will help you track the growth of your account over time and help you plan for retirement.

# Receiving a Benefit from the Plan

The following describes when your benefit is available to you.

## When You Leave the Company

**Did You Know?**

**If you leave the Company, but do not take payment of your account, it will continue to earn interest credits at the 30-year Treasury Bond rate.**

If you leave the Company at any time after you are vested, you will be able to access your benefit. Keep in mind, depending on your age and personal situation you may incur tax penalties, as well as ordinary taxes, when you receive your balance.

In the year you retire from or leave the Company, you will receive an employer credit based on your pay and service to your date of termination or retirement. If you are eligible for an incentive payment after you retire, this amount will be estimated based on your last three incentives, and your employer credit for this amount will be added to your account immediately, so no further adjustment will be necessary.



## When You Reach Age 70½

The law requires that you begin receiving retirement payments no later than April 1 following the calendar year in which you reach age 70½, unless you are still an active employee.

## If You Become Disabled

In the event you become disabled and are eligible to receive long-term disability (LTD) benefits, your account will continue to earn both employer and interest credits. Once you are receiving LTD benefits, your account will be credited based upon your eligible **base pay rate** prior to going on disability and will continue at that rate until you come back to work or leave the Company. You will also receive interest on your account, including your opening balance, if applicable.

## Suspension of Benefits

If you continue employment after your normal retirement age (age 65), you will continue to earn service credits for your retirement benefits. Benefits are not payable until you actually leave the Company. At the time you leave the Company, your normal retirement benefit will be recalculated, and will include the additional service credits you earned after your normal retirement age.

# Your Payment Options

**Important!**

**Be sure to consult a tax advisor before receiving a distribution from the plan.**

The Cash Balance Plan allows you to receive payment of your vested account balance when you leave the Company. At that time, you have a variety of payment options from which to choose.

| Payment Option | Description |
|---|---|
| Lump-Sum Cash Distribution | You receive the total value of your plan account in a single cash payment (provided your spouse consents, if you are married). It is important to note that under current tax law, a lump-sum distribution that is not rolled over into an IRA or another qualified plan is subject to a 20% federal income tax withholding. An additional 10% federal penalty tax may apply if you take a lump-sum distribution without a *rollover* and have not reached age 59½. Other exemptions may apply for distributions due to early retirement. Please note, if your balance is $5,000 or less, this is the automatic form of payment. |
| Single Life Annuity | You receive a level monthly payment for your life, and after you die, all payments stop. |
| 50% Joint and Survivor Annuity | You receive a reduced monthly benefit for your lifetime. After you die, your surviving spouse or beneficiary receives 50% of your monthly benefit for the remainder of his or her life. |



Annuity benefit amounts are the actuarial equivalent of the account balance or other lump-sum benefits available. The conversion from a lump-sum to an annuity is based on factors such as your age, your spouse's or beneficiary's age (if a joint and survivor annuity), interest specified by the plan and mortality expectations.

You may choose to roll your lump-sum distribution over to an Individual Retirement Account (IRA) or another employer's qualified plan. By electing a rollover, you will avoid the 20% federal income tax withholding on the taxable portion, as well as avoid early distribution penalties. In addition, electing a rollover distribution allows you the freedom to direct your own investment.

Other options apply only to participants with opening balances on the plan effective date. These options are:

**Important!**

**Please note that if you elect an annuity you may not change your payment option or the joint annuitant once payments begin.**

- Joint and Survivor Option

  In addition to the 50% joint and survivor option described in the chart on page 12, you may also select a 100% survivor annuity. After your death your survivor will continue to receive the same benefit you received. Your monthly benefit is reduced since it will be continued over both your life and your survivor's life

- 50% Joint and Survivor Annuity with a *"Pop-up" Option:*

  This option continues 50% of your benefit to your survivor for the survivor's lifetime. If, however, the joint annuitant dies before you, your benefit will increase to the amount of a single life annuity for the rest of your life

- *Certain and Life:*

  You receive a level monthly payment for your lifetime. This option has a specified "certain" time period (10 years), during which the payment will continue to your beneficiary if you die. Once this time period has expired, no payments continue to your beneficiary

- *Level Income Annuity:*

  You receive an adjusted monthly payment that is greater for the time period before you become eligible to receive Social Security benefits. At age 62, payments decrease by the amount of your age 62 Social Security benefit that was estimated at the time your annuity began.

Annuity options are eligible for periodic cost of living adjustments.

Plan participants who were in the Enova or Pacific Enterprises/SoCalGas plan prior to July 1, 1998 and have subsequently transferred to SDG&E, will also have options that were available in their prior plan. You will be notified when you leave the Company of all options available to you based on the plans in which you were a participant.

Refer to the following chart to see which payment options may be available to you based on your personal situation.

| Your Personal Situation | Payment Options/Description |
|---|---|
| If you are married | All payment options described on page 12 are available. If you elect an option that provides less than the 50% **joint and survivor annuity** or if you elect a beneficiary other than your spouse, the law requires that you obtain your spouse's written, notarized consent. If you do not specify a payment option, the plan automatically pays your benefits in the form of the 50% joint and survivor annuity option. |
| If you are not married | You can elect any option described on page 12. If you do not specify a method of payment, the plan automatically pays your benefits in the form of the **single life annuity** option. |
| If the vested value of your account is less than $5,000 | You will automatically receive a lump-sum distribution. |
| If you are not fully vested | If you have not yet completed five years of service with the Company, you will forfeit your entire balance in the plan. |

# Death Benefits

The plan provides payments to your beneficiary if you die before receiving the full value of your Cash Balance Plan account, as described below.

## While Actively Employed

If you are vested and die before retiring from the Company, your beneficiary or estate will receive the full value of your account as a lump-sum. Beneficiaries can also elect a single life annuity instead of a lump-sum.

## After Your Employment Ends

If you die while receiving annuity payments following your retirement or termination from the Company, your beneficiary or estate may continue to receive payments depending on the payment option you selected. Keep in mind, not all payment options provide survivor benefits. If you have not started receiving payments and have not made any election, your beneficiary or estate will receive your vested account balance as a lump-sum or, at your beneficiary's election, in the form of a single life annuity.



## About Your Beneficiary

Your beneficiary is the person who will receive your benefits in the event of your death. If you are married at the time of your death, your spouse is automatically your beneficiary. If you designate someone other than your spouse, even if you name a trust and your spouse is a co-trustee, the law requires that you provide your spouse's written, notarized consent to a different beneficiary. If you are not married and have not designated any beneficiary, or your beneficiary is not living at the time of your death, benefits will be paid to your estate. If your marital status changes, it is important to review your beneficiary designation.

If you are not married and have named a beneficiary, remember that if you subsequently marry, your spouse automatically becomes your beneficiary, making any prior beneficiary designation null and void.

To elect or change your beneficiary, please contact Employee Benefits.

# Other Important Plan Information

## Non-Assignable Benefits

Generally, your account may not be assigned and is not subject to garnishment, attachment or other legal process. The law provides an exception with respect to benefits payable pursuant to a *Qualified Domestic Relations Order (QDRO)*. A QDRO is a court judgment, decree or order which governs child support, spousal support or alimony or marital property rights, and which assigns benefits to your spouse, former spouse or children.

Payments under a QDRO to an alternate payee may begin as early as your age 50 even if you are still employed. You will be notified if the Company receives such an order, and the plan's procedures for determining if a proposed order is a QDRO will be provided to you.

## Top-Heavy Rules

The Internal Revenue Service (IRS) has certain rules intended to ensure that tax-qualified plans like the Cash Balance Plan don't discriminate in favor of the highly compensated. A plan in which benefits are concentrated among "key employees"—that is, owners, officers and highly compensated employees—is considered by the IRS to be a "top-heavy" plan. When a plan becomes top-heavy, special minimum benefit rules and accelerated vesting rules automatically become applicable. In the unlikely event that the Cash Balance Plan becomes top-heavy, you will be notified.



## Restrictions on Contributions to an IRA

In 1987, the IRS established restrictions on an employee's ability to make tax deductible contributions to an IRA. For a non-technical explanation of the current IRA rules, see Internal Revenue Service publication 590 available at any IRS district office.

## PBGC Information

Benefits under the Cash Balance Plan are insured by the Pension Benefit Guaranty Corporation (PBGC) to protect you if the plan terminates. However, the PBGC does not guarantee all types of benefits under covered plans, and the amount of benefit protection may be limited. The PBGC only guarantees pension benefits, such as normal retirement benefits, early retirement benefits (up to the amount earned for normal retirement) and certain survivors' pensions.

The PBGC guarantees vested benefits at the level in effect on the date of plan termination. However, if a plan which has been in effect less than five years should terminate, or if benefits have been increased within the five years before plan termination, the whole amount of the plan's vested benefits or the benefit increases may not be guaranteed. No benefit or benefit increase that has been in effect for less than 12 full months before the plan terminates is guaranteed. In addition, there is a statutory ceiling on the amount of an individual's monthly benefits that PBGC guarantees; this ceiling is periodically adjusted. The maximum PBGC guarantee is lower if benefits begin before age 65, or if benefits are paid in a form other than a life annuity.

## Official Plan Documents Govern

This Summary Plan Description does not replace the official documents that legally govern the operation of the plans. In any cases of conflict, the legal documents will be used to determine when, what and to whom benefits will be paid. Copies of the plan documents can be obtained from Employee Benefits. The plan administrator has authority to interpret the plan provisions.



**Your ERISA Rights**

Your rights as a participant in San Diego Gas & Electric's Cash Balance Plan are protected by the Employee Retirement Income Security Act of 1974 (ERISA). See the Plan Information section of this binder for information regarding your rights under this law.

# TERMS YOU SHOULD KNOW

| | |
|---|---|
| Annuity | A monthly benefit paid to you for the rest of your life. Some annuities provide survivor benefits that continue after your death. |
| Beneficiary | The person you designate to receive your benefit if you die. |
| Break-in-service year | You have a break-in-service year if you leave the Company or work less than 500 hours in one calendar year. |
| Certain and life annuity | A type of annuity that allows you to receive a level monthly payment for your lifetime. This option has a specified "certain" time period (for example 10 years), during which the payment will continue to your beneficiary if you die. Once this time period has expired, no payments continue to your beneficiary. |
| Direct rollover | The plan issues a check made out to another qualified plan or individual retirement account (IRA) into which you're depositing the funds. No taxes are withheld. |
| Eligibility requirement | All employees and certain employees under contract are eligible to participate in the plan as of their date of hire provided they meet the eligibility service requirement. |
| Eligibility service | A year of eligibility service means a 12-month period in which you work at least 1,000 hours—normally measured from your date of hire. Participation begins on your hire date provided eligibility service is met. |
| Eligible pay | Your eligible pay from the Company includes base salary, eligible annual incentive and lump-sum merit programs. Although you receive merit pay as a single payment, under the provisions of the Cash Balance Plan, lump-sum merit pay is allocated each month after it is awarded. Therefore, each month you receive cash balance employer credits based on $\frac{1}{12}$ of your annual base pay and $\frac{1}{12}$ of your lump-sum merit pay award. |

| | |
|---|---|
| Employee | For purposes of the plan, an employee excludes any individual who is hired or retained by the Company, pursuant to a written Employment Agreement, Personal Services Agreement, Independent Contractor Agreement or Consulting Agreement, unless such agreement specifically provides for participation, either in this plan specifically or employee benefit plans generally. |
| Employer credit | Employer credits equal a percentage of your eligible pay for the month and are credited to your account at the end of each month. Refer to page 4 for your employer credit percentage. |
| Interest credit | Each month, the Company adds an interest credit to your account. This amount is based on the average 30-year Treasury Bond rate in effect the previous November multiplied by your account balance at the end of the month. |
| Level income annuity | A type of annuity that allows you to receive an adjusted monthly payment that is greater for the time period before you become eligible to receive Social Security benefits. At age 62, payments decrease by the amount of your age 62 Social Security benefit that was estimated at the time your annuity began. |
| Plan year | January 1 to December 31. |
| Pop-up option | A provision under the SDG&E pension plan that allows the retiree to receive an increased benefit equal to a single life annuity if the spouse dies before the retiree when the 50% joint and survivor option is selected. |
| Qualified Domestic Relations Order (QDRO) | A court judgment, decree or order which governs child support, spousal support or alimony or marital property rights and which assigns benefits to your spouse, former spouse or children. |
| Qualified Joint & Survivor Annuity (QJSA) | You receive a monthly benefit for life and your spouse continues to receive a percentage (based on your pre-retirement election) of that monthly amount after you die. |
| Rollover | A transfer of funds out of the Cash Balance Plan to a new employer's tax-qualified plan or to an IRA after you leave the Company. |

| | |
|---|---|
| Traditional pension plan | A pension plan in which you earn the bulk of your benefit in the years closest to retirement. Usually, you must receive your benefit in the form of an annuity (monthly payment for life) after you retire. |
| Treasury Bond rate | The Treasury Bond rate is the yield on actively traded U.S. Treasury issues adjusted to constant maturities currently 1, 2, 3, 5, 7, 10, 20 and 30 years. |
| Vesting | Your right to receive a benefit from the plan when you retire or leave the Company. You become fully vested in the Cash Balance Plan after five years of vesting service with the Company. |
| Year of vesting service | 12-month period that ends on the anniversary of your hire date in which you complete at least 1,000 hours of service. |



**Important!**

This SPD is intended to be easy to use and understand. This binder contains only highlights of the Company benefits program. The Plan Documents contain the details of the plans. This SPD does not replace the official Plan Documents that legally govern the operation of the plan. If there is a discrepancy between this SPD and those documents, the documents will govern. Copies of the Plan Documents can be obtained from Employee Benefits. In all cases, benefits will be paid according to the terms of the plans. The Company or plan administrator has the right to interpret the plan and to exercise discretionary authority.

The Company intends to continue these plans, but reserves the right to amend, modify or terminate any plan or benefit, in whole or in part, at any time, or to modify eligibility requirements. You will be notified if any material changes are made to the plan or if the plan is terminated.

Your eligibility for, or your rights to the benefits under the plan, cannot be interpreted as a guarantee of employment. The Company makes employment decisions without regard to the benefits it offers as part of your total compensation.

# EXHIBIT I

# Welcome

When joining the Company, each employee receives a certain number of vacation days each year. In addition to this vacation time, you have the option of purchasing up to five vacation days each year. If you have more than ten days of vacation, you have the option to sell up to five days each year.

To be eligible to purchase vacation days, you need to:

- Be a regular employee below the Vice President level
- Be a regular provisional employee (union employees with less than six months of service) hired before June 1
- Be scheduled to work at least 40 hours a week
- Purchase during the annual open enrollment period or when electing benefits as a newly hired employee.

To be eligible to sell vacation days, you need to:

- Be a regular employee below the Vice President level
- Be scheduled to work at least 40 hours a week
- Sell during an annual open enrollment period
- Have more than 10 days of regular vacation available on January 1 for use during the calendar year.

Provisional employees hired before June 1 can buy up to five additional vacation days. However, these vacation days may only be used between the date the provisional period ends and December 31.

# About the Vacation Buy/Sell Plan

The Vacation Buy/Sell Plan is managed on a calendar-year basis. This means that participation begins January 1 and ends December 31 of each year. Once you elect to buy or sell vacation, you do not need to reenroll in the plan each year. Your election will continue until you change it during a future annual open enrollment period.

**Did You Know?**

**Eligible employees can buy or sell up to 40 hours of vacation time in eight-hour increments each calendar year.**

You can buy up to 40 hours (five days) of additional vacation time, or if you have vacation time that you don't plan on using and would rather be reimbursed for, you can sell up to 40 hours of your vacation time in eight-hour increments if you are eligible. For more information on eligibility requirements, see page 1.

You may only change your election during the annual open enrollment period. Your election will continue each year until the first of the year following your election to make a change.

# When Participation Begins

If you are a new employee, during your first 31 days of employment, you may elect to buy up to five days of vacation at the time you enroll in your benefits.

If you don't enroll during the first 31 days of employment, you can enroll during any subsequent annual open enrollment period.

Provisional employees (union employees with less than six months of service) who elect to buy vacation time will begin paying the cost of the purchased days through bi-weekly payroll deductions immediately following the election. Vacation, however, cannot be scheduled until the provisional period ends, and must be taken prior to the end of the calendar year.

**Quick Tip!**

**You can participate in the Vacation Buy/Sell Plan beginning on your date of hire. You can also enroll during any subsequent annual open enrollment period.**

# Buying Vacation

You can buy up to 40 hours of vacation time in eight-hour increments. This means you can buy 8, 16, 24, 32 or 40 hours of vacation time each year.

**Quick Tip!**

**Check the Personalized Enrollment Worksheet you receive during the annual open enrollment period for your cost to purchase vacation.**

The cost of buying vacation is based on your annual base salary on a date designated by the Company, usually in August or September prior to the annual open enrollment period. The cost of one vacation hour is equal to your annual base salary converted into an hourly rate. The date used to calculate your hourly rate may change from year to year. The date used for the 1999 and 2000 plan years was September 1. Your annual cost for buying vacation, as well as the date used to calculate this cost, is shown on the Personalized Enrollment Information Worksheet you receive during each annual open enrollment period. If you are newly hired, the cost of buying vacation will be based on your salary as of your hire date.

Your annual cost for purchased vacation is divided by 24, and this amount is deducted from the first two regular paychecks each month during the calendar year. If you are a newly hired employee, your cost will be equally divided over the remainder of the calendar year and deducted from the first two regular paychecks each month. The payroll deductions are taken on a before-tax basis, which means you do not pay taxes on the amount you pay for purchased vacation. However, the pay you receive when you use purchased vacation days is taxable and subject to applicable federal, state and Social Security (FICA) taxes. Deductions for California State Disability Insurance or the SDG&E Voluntary Disability Insurance Plan and your Savings Plan will also be taken.

**Important!**

**Remember, once you have made an election to buy vacation time, you can't change your election until the following annual open enrollment period.**

# Using Your Purchased Vacation Time

Once you have purchased vacation time, there are a few rules you need to keep in mind:

**Important!**

**When you purchase vacation time, you must use it all within that calendar year or it will be paid as cash at the end of the year.**

1. Purchased vacation time must be used after you have used all your regular vacation days.
2. Purchased vacation time (just like regular vacation) must be approved by your supervisor before it is used. The Company reserves the right to schedule all vacation, both regular and purchased, at its convenience.
3. Purchased vacation time cannot be used to sustain pay during an extended illness or absence due to injury.
4. You must use all purchased vacation time by December 31 of each year. Vacation time that is unused at the end of the calendar year will be paid on your last check (at the pay rate in effect at the end of the calendar year), and is subject to all federal and state taxes. It is not eligible for Cash Balance credits or Savings Plan contributions.

# Selling Vacation

Just as you can purchase vacation time, you can also sell vacation time in 8-hour increments, up to 40 hours a year. You must have more than 10 days of normal vacation before you are eligible to sell vacation.

The cost of selling vacation is based on your annual base salary on a date determined by the Company, usually in the August or September prior to the annual open enrollment period for the next calendar year. The cost of one vacation hour is equal to your annual base salary converted into an hourly rate. The date used to calculate your hourly rate may change from year to year. The date used for the 1999 and 2000 plan years was September 1. Your annual cost for selling vacation, as well as the date used to calculate this cost, is shown on the Personalized Enrollment Information Worksheet you receive during each annual open enrollment period.

If you elect to sell vacation, you will receive the credit over 24 pay periods during the calendar year in the first two regular paychecks each month. The payment is considered taxable pay and all applicable federal, state and Social Security (FICA) taxes will be withheld. Deductions for California State Disability Insurance or the SDG&E Voluntary Disability Insurance Plan and your Savings Plan will also be taken.

**Important!**

**When you sell vacation time to the Company, you must pay all applicable taxes.**

**Important!**

**Remember, once you have made an election to sell vacation time, you can't change your election until the following annual open enrollment period.**

# EFFECT ON OTHER BENEFITS

When you participate in this Plan, your taxable pay will be reduced if you buy vacation or increased if you sell vacation. Your other benefits will not be affected by your participation in the plan.

**Your ERISA Rights**

Your rights as a participant in the Company's benefits program are protected by the Employee Retirement Income Security Act of 1974 (ERISA). See the Plan Information section of this binder for information regarding your rights under this law.

# If Your Employment Status Changes

If you go on an unpaid leave of absence such as disability leave, terminate employment or retire and the Company has deducted more from your pay than the cost of the purchased vacation you have used, you will receive a lump-sum payment as taxable income for unused vacation hours that have already been paid.

If, on the other hand, the purchased vacation time you have used is greater than what has been deducted from your pay, the Company will deduct the remaining amount from your final paycheck when you leave the Company or if you take a leave of absence. Following a leave of absence, you can re-elect vacation time under this plan during the first annual open enrollment period after you return to work.

For example, let's assume you buy 16 hours of vacation and leave the Company at the end of June. The Company will have deducted from your pay the cost for the first 8 hours of purchased vacation.

| If you have used | The Company will |
|---|---|
| 4 hours of purchased vacation | Give you a taxable lump sum payment for the cost of 4 hours of purchased vacation |
| 12 hours of purchased vacation | Deduct the cost of 4 hours of purchased vacation from your final paycheck |

**Important!**

This SPD is intended to be easy to use and understand. This binder contains only highlights of the Company benefits program. The Plan Documents contain the details of the plans. This SPD does not replace the official Plan Documents that legally govern the operation of the plan. If there is a discrepancy between this SPD and those documents, the documents will govern. Copies of the Plan Documents can be obtained from Employee Benefits. In all cases, benefits will be paid according to the terms of the plans. The Company or plan administrator has the right to interpret the plan and to exercise discretionary authority.

The Company intends to continue these plans, but reserves the right to amend, modify or terminate any plan or benefit, in whole or in part, at any time, or to modify eligibility requirements. You will be notified if any material changes are made to the plan or if the plan is terminated.

Your eligibility for, or your rights to the benefits under the plan, cannot be interpreted as a guarantee of employment. The Company makes employment decisions without regard to the benefits it offers as part of your total compensation.

# EXHIBIT J

SDGE Southern California Gas Company

Sempra Energy utilities

8306 Century Park Court, CP41C
San Diego, CA 92123-1530

August 24, 2006

Mark S Brownell
4851 County Road 3437
Atlanta, TX 75551

| | |
|---|---|
| **Employee:** | **Mark S Brownell** |
| **~~Employer:~~** | SAN ~~DIEGO~~ ~~GAS & ELECTRIC~~ |
| **Date of Injury:** | **06/06/2003** |
| **Claim Number:** | **03S00784** |

Mr. Brownell:

As you are aware, Disability Management Services is the administrator for Workers' Compensation, Company Sickness and Long-Term Disability (LTD) benefits for SDG&E. This notice is to advise you of the status of your Long Term Disability Benefits.

The Disability Benefit Plan provides for integration of Social Security disability benefits with your Long Term Disability Plan benefits. In our recent audit of your LTD benefits we noticed the Social Security disability payment reduction was inadvertently dropped from 8/27/05 through 811/06 during conversion to our new payroll system. This resulted in LTD overpayment of $25,239.16. Enclosed is a breakdown of our calculations.

I am sorry this occurred and realize this may present a financial hardship, however, the Plan requires reimbursement in full for all overpayments. You may elect to submit a check in the full amount, payable to San Diego Gas & Electric, or have your benefits suspended until the overpayment has been collected from your future LTD benefits. If you elect to haveyour LTD benefits suspended we will reinstate them once the overpayment has been collected providing you still qualify for the benefit.

I would like to hear from you by 08/31/2006. I can be reached at(858) 636-5516.

Sincerely,

Tess Del Rosario
Claims Specialist

Encls: LTD Calculation Worksheet

LTD Calculation Worksheet

MARK BROWNELL EE#10814

LTD Calculation Worksheet

| Pay Period | | Total Gross | Should be Paid | Reduction | Total |
|---|---|---|---|---|---|
| From | To | Dollar Paid | LTD | SSRENF | Overpayment |
| 08/27/2005 | 09/23/2005 | $ 3,386.62 | $ 2,605.08 | $ 1,636.00 | $ 2,417.54 |
| 09/24/2005 | 10/21/2005 | $ 3,907.62 | $ 2,605.08 | $ 1,636.00 | $ 2,938.54 |
| 10/22/2005 | 11/04/2005 | $ 2,605.08 | $ 1,302.54 | $ 818.00 | $ 2,120.54 |
| 11/05/2005 | 11/18/2005 | $ 2,605.08 | $ 1,302.54 | $ 818.00 | $ 2,120.54 |
| 11/19/2005 | 08/11/2006 | $ 24,748.64 | $ 24,748.64 | $ 15,542.00 | $ 15,542.00 |
| | | | | | |
| Total Overpayment | | | | | $ 25,139.16 |

- PPE 9/23/05 covers (8/27/05 through 9/23/05 total of 4 weeks) 4 weeks of LTD should only be $2605.08, EE was paid $3,386.62 overpaid by $781.54. with the SSI integration $1,636.00 EE was overpaid by $2417.54 for this pay period.

- PPE 10/21/05 covers (9/24/05 through 10/21/05 total of 4 weeks) 4 weeks of LTD should only be $2605.08, EE was paid $3907.62 overpaid by $1302.54 with the SSI integration $1,636.00 EE was overpaid by $2,938.54 for this pay period.

- PPE 11/04/05 covers (10/22/05 through 11/04/05 total of 2 weeks) 2 weeks of LTD should be $1302.54, EE was paid $2605.08 overpaid by $1302.54 with the SSI integration $1636.00 EE was overpaid by $2120.54 for this pay period

- PPE 11/18/05 covers (11/05/05 to 11/18/05 total of 2 weeks) 2 weeks of LTD should be $1302.54, EE was paid $2605.08 overpaid by $1302.54 with the SSI integration $1,636.00 EE was overpaid by $2120.54 for this pay period.

- PPE from 12/05/05 through 08/11/06 covers (from 11/19/05 through 08/11/06) this pay period no SSI integration was applied. EE was overpaid by $15,542.00.

Total overpayment was $25, 139.16.

# EXHIBIT K

SDGE

Southern California Gas Company

Sempra Energy utilities

8306 Century Park Court, CP41C
San Diego, CA 92123-1530

August 26, 2008

Mark S Brownell
4851 County Road 3437
Atlanta, TX 75551

| | |
|---|---|
| **Employee:** | **Mark S Brownell** |
| **Employer:** | **SAN DIEGO GAS & ELECTRIC** |
| **Date of Injury:** | **06/06/2003** |
| **Claim Number:** | **03S00784** |

Mr. Brownell:

I am the claims examiner handling your worker's compensation claim and your disability benefits on behalf of San Diego Gas & Electric. This notice is to advise you of your Long Term Disability benefits status.

Please be advised that as of 8/22/08 your LTD overpayment has been satisfied and your LTD, benefit is being reinstated beginning 8/23/08. Please remember LTD benefit is subject to tax, and also will offset any other money received from Social Security.

Attached is your updated Benefit Calculation Worksheet for your file.

If you have questions or concern, I can be reached at (858)636-5516.

Sincerely,

Tess Del Rosario
Claims Analyst

Encls: LTD calculation worksheet

# REVISED LONG TERM DISABILITY BENEFIT CALCULATION WORKSHEET

EMPLOYEE NAME: Mark S. Brownell

TOTAL COMPENSATION LAST DAY WORKED: $56,601.20

BENEFIT PERCENTAGE:

(A) Maximum biweekly benefit: $1,302.56

(B) Other income (offsets):
SDI/UCDI ____________
Workers' Compensation ____________
Social Security ____________ 818.00

BIWEEKLY LONG TERM DISABILITY BENEFIT (A minus B): $ 484.56

DISABILITY DATE: 6/6/03

ELIMINATION PERIOD: 6/6/03-12/02/03

EFFECTIVE DATE: 8/23/08

DATE INITIAL PAYMENT COMMENCES: 9/5/08

REMARKS:

COMPLETED BY: Tess Del Rosario ____________ DATE: 8/26/08 ____________

(Forms/SDTL03)

# EXHIBIT L

**Ena A. Charles**
Case Manager
Life Claim Administration

CIGNA Group Insurance
Life · Accident · Disability

P O Box 22326
Pittsburgh, PA 15222-0325
Telephone 412-402-3238
Facsimile 412-402-3506

September 15, 2004

Mark Brownell
1695 Pepper Drive
El Caton, CA 92021

| | | |
|---|---|---|
| **Re:** | **Insured Name:** | **Mark Brownell** |
| | **Date of Birth:** | **03-01-1953** |
| | **Policy Number:** | **FLX 50554** |
| | **Policyholder:** | **Trustee of the National Consumer Insurance Trust** |
| | **Subscriber:** | **San Diego Gas & Electric** |
| | **Underwriting Company:** | **Life Insurance Company of North America** |

Dear Mr. Brownell:

Your claim for Waiver of Premium for your Supplemental benefits on your Group Life Insurance Policy has been approved. Your premiums will be waived after the 9 months benefit waiting period. As of March 6, 2004, your supplemental life insurance amount of $155,000.00 will be continued without further premium payment.

Your life insurance premiums will be waived as long as you remain continuously disabled. Your policy defines Disability as:

"An Employee is disabled, if, because of injury or sickness, he or she is unable to perform all the material duties of any occupation for which he or she may reasonably become qualified based on education, training or experience".

Each year we will contact you to request updated information regarding your disability. You should notify us immediately of any change in your condition that would allow you to return to any form of active employment. If you are no longer totally disabled, this benefit will end. Your policy describes other circumstances under which your benefit will end.

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries

Please note:

"This coverage will end when any of these things happen:

- The date he/she is no longer disabled.
- The date he/she refuses to submit to any physical examination required by the Insurance Company or
- The last day of the 12 months period of total disability during which he/she fails to submit due proof of continued total disability.
- The date the maximum benefit period for this benefit, if any, ends.

Our records reflect that you have elected Yolanda Brownell, your spouse, as your primary beneficiary of record under this policy. If you should wish to change your beneficiary, please call us and we will send you the forms necessary to make a change to your beneficiary designation.

Keep this letter with your other important insurance and estate documents.

Please feel free to contact our office should you have any questions.

Sincerely,

Ena A Charles

Ena A Charles

C: San Diego Gas & Electric