UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BROWNELL,<br>Plaintiff,<br>v.<br>SAN DIEGO GAS & ELECTRIC COMPANY; SEMPRA ENERGY,<br>Defendants. | Case No. 08cv53-DMS (BLM)<br>**ORDER SETTING (1) TELEPHONIC CASE MANAGEMENT CONFERENCE, AND (2) SETTLEMENT DISPOSITION CONFERENCE** |

On September 17, 2008, the Court convened a Mandatory Settlement Conference in the above matter. The case settled at this conference.

Therefore, in order to monitor the progress of settlement, an attorneys-only Case Management Conference is scheduled for **October 6, 2008** at **1:15 p.m.** Counsel shall appear by phone. The Court will initiate the conference call.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **October 24, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the District Judge's

chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **October 24, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **October 28, 2008** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the District Judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: September 18, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE DANA M. SABRAW
U.S. DISTRICT JUDGE

ALL COUNSEL

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").